IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BELK, INC., *et al.*,[1] | ) Case No. 21-30630 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR COMBINED FIRST DAY HEARING ON FIRST
DAY MOTIONS AND CONFIRMATION HEARING SCHEDULED
FOR FEBRUARY 24, 2021 AT 8:00 A.M. (PREVAILING CENTRAL TIME),
BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.     Evidentiary Support for First Day and Confirmation Pleadings.**

A.   ***First Day Declaration.***  Declaration of William Langley, Chief Financial Officer of Belk, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 8].

B.   ***Hickman Confirmation Declaration.***  Declaration of Jonathan C. Hickman in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 21].

C.   ***Cowan Confirmation Declaration.***  Declaration of Tyler W. Cowan in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 24].

D.   ***Langley Confirmation Declaration.***  Declaration of William Langley, Chief Financial Officer of Belk, Inc. in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 25].

E.   ***Johnson Voting Declaration.***  Declaration of Craig E. Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/belk.  The location of the Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

Prepackaged Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Cod*e* [Docket No. 33].

**II.** **Confirmation Pleadings.**

    A. ***Scheduling Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection Deadlines and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Confirmation Hearing Notice, and (V) Waiving the Requirements that the U.S. Trustee Convene a Meeting of Creditors and the Debtors File Schedules and SOFAs [Docket No. 14].

    <u>Status</u>:  This matter is going forward.

    B. ***Plan of Reorganization.*** Joint Prepackaged Plan of Reorganization of Belk, Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications) [Docket No. 10].

    C. ***Disclosure Statement.*** Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Belk, Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9].

    D. ***Confirmation Brief.*** Memorandum of Law of Belk, Inc., *et al.*, in Support of an Order Approving the Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Belk, Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 16].

    E. ***Proposed Confirmation Order***. Order Approving the Debtors' Disclosure Statement For, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan [Docket No. 41].

    F. ***Plan Supplement Documents.*** Notice of Filing Plan Supplement for the Joint Prepackaged Plan of Reorganization of Belk, Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 38].

**III.** **First Day Pleadings.**

    A. ***Prime Clerk Retention Application.*** Debtors' <u>Emergency</u> Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 37].

    <u>Status</u>: This matter is going forward.

    B. ***Creditor Matrix Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personal Identification Information, and (II) Granting Related Relief [Docket No. 5].

        **Status**: This matter is going forward.

C.    ***Cash Management Motion.***  Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintaining Existing Bank Accounts, (C) Continue to Perform Intercompany Transactions, and (D) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 11].

        **Status**: This matter is going forward.

D.    ***Customer Programs Motion.***  Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Customer Programs and (II) Granting Related Relief [Docket No. 4].

        **Status**: This matter is going forward.

E.    ***Ordinary Course Payments Motion.***  Debtors' Emergency Motion for Entry of an Order Authorizing, but not Directing, the Debtors to Continue Their Prepetition Business Operations, Policies, and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis [Docket No. 36].

        **Status**: This matter is going forward.

Houston, Texas
February 23, 2021

*/s/ Kristhy M. Peguero*

| | |
|---|---|
| Kristhy M. Peguero (TX Bar No. 24102776) | Joshua A. Sussberg, P.C. (*pro hac vice* admission pending) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Steven N. Serajeddini, P.C. (*pro hac vice* admission pending) |
| **JACKSON WALKER L.L.P.** | Matthew C. Fagen (*pro hac vice* admission pending) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone:   (713) 752-4200 | 601 Lexington Avenue |
| Facsimile:   (713) 752-4221 | New York, New York 10022 |
| Email:   kpeguero@jw.com | Telephone:   (212) 446-4800 |
|   mcavenaugh@jw.com | Facsimile:   (212) 446-4900 |
| | Email:   joshua.sussberg@kirkland.com |
| | steven.serajeddini@kirkland.com |
| | matthew.fagen@kirkland.com |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

KE 73200217

**Certificate of Service**

I certify that on February 23, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kristhy M. Peguero*
Kristhy M. Peguero
