**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| BELK, INC., *et al.,*[1] | § Case No. 21-30630 (MI) |
| | § |
| Debtors. | § (Jointly Administered) |
| | § |

## AFFIDAVIT OF SERVICE

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Debtors' Emergency Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases. [Hearing Scheduled for February 24, 2021 at 8:00 a.m. (CT)] [Docket No. 2]

- Notice of Designation of Complex Chapter 11 Bankruptcy Case [Docket No. 3]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Customer Programs and (II) Granting Related Relief [Docket No. 4]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personal Identification Information, and (II) Granting Related Relief [Docket No. 5]

- Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 6]

- Order Granting Complex Chapter 11 Bankruptcy Case Treatment [Docket No. 7]

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/belk. The location of the Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

- Declaration of William Langley, Chief Financial Officer of Belk, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 8]

- Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Belk, Inc., and its Debtor Affiliates [Docket No. 9]

- Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates (Technical Modifications) [Docket No. 10]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintaining Existing Bank Accounts, (C) Continue to Perform Intercompany Transactions, and (D) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 11] (the "***Cash Management Motion***")

- Debtors' Emergency Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection Deadlines and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Confirmation Hearing Notice, and (V) Waiving the Requirements that the U.S. Trustee Convene a Meeting of Creditors and the Debtors File Schedules and SOFAs [Docket No. 14]

- Memorandum of Law of Belk, Inc., *et al*., in Support of an Order Approving the Disclosure Statement For, and Confirming, the Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates [Docket No. 16]

- Declaration of Jonathan C. Hickman in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates [Docket No. 21]

- Declaration of Tyler W. Cowan in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates [Docket No. 24]

- Declaration of William Langley, Chief Financial Officer of Belk, Inc. in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates [Docket No. 25]

- Declaration of Craig E. Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates [Docket No. 33]

- Debtors' Emergency Motion for Entry of an Order Authorizing, but not Directing, the Debtors to Continue Their Prepetition Business Operations, Policies, and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis [Docket No. 36]

- Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 37]

- Notice of Filing Plan Supplement for the Debtors' Joint Prepackaged Plan of Reorganization [Docket No. 38]

- (Proposed) Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan [Docket No. 41]

- Notice of Electronic Hearing [Scheduled for February 24, 2021 at 8:00 a.m. (CT)] [Docket No. 47] (the "*First Day Hearing Notice*")

- Agenda for Combined First Day Hearing on First Day Motions and Confirmation Hearing Scheduled for February 24, 2021 at 8:00 a.m. (Prevailing Central Time), Before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002 [Docket No. 48] (the "*First Day Hearing Agenda*")

On February 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the First Day Hearing Notice, First Day Hearing Agenda, and Cash Management Motion to be served via email on the Bank Parties Service List attached hereto as **Exhibit B**.


Dated: February 24, 2021


*/s/ Kelsey L. Gordon*
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn (or affirmed) me on February 24, 2021, by Kelsey L. Gordon, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**<u>Exhibit A</u>**

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | Alfred Dunner Inc | Attn: Ray Barrick | rbarrick@alfreddunner.com |
| Counsel to the Administrative Agent under the Debtors' Prepetition Term Loan Facilities | Ballard Spahr LLP | Attn: Mark C. Dietzen | dietzenm@ballardspahr.com |
| The Administrative Agent Under the ABL Facility | Bank of America, Merrill Lynch | Attn: Christine Hutchinson | christine.hutchinson@bofa.com |
| Top 30 Unsecured Creditor | Brahmin Leather Works | Attn: Susan Thacker | sjthacker@sbcglobal.net |
| Top 30 Unsecured Creditor | Columbia Sportswear Co | Attn: Abel Navarrete | anavarrete@columbia.com |
| Top 30 Unsecured Creditor | Euroitalia USA Inc | Attn: Giovanni Sgariboldi | gsgariboldi@euroi.com |
| Top 30 Unsecured Creditor | F F Apparel Int'L Inc | Attn: Jan Marchant | jmarchant@tesco.com |
| Top 30 Unsecured Creditor | Footwear Unlimited Inc | Attn: Bill Downey | bdowney@footwearunlimited.com |
| Top 30 Unsecured Creditor | Haddad Apparel Group Ltd | Attn: Amy Salerno | amys@haddad.com |
| Counsel to Sycamore Partners II, L.P. | Haynes and Boone, LLP | Attn: Charles A. Beckham, Jr., Arsalan Muhammad, David Trausch | charles.beckham@haynesboone.com arsalan.muhammad@haynesboone.com david.trausch@haynesboone.com |
| Counsel to Debtor | Jackson Walker L.L.P. | Attn: Kristhy M. Peguero, Matthew D. Cavenaugh | kpeguero@jw.com mcavenaugh@jw.com |
| Top 30 Unsecured Creditor | Jones Lang Lasalle Americas | Attn: Marcus Pitts | marcus.pitts@jll.com |
| Counsel to Debtor | Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Steven N. Serajeddini, Matthew C. Fagen | joshua.sussberg@kirkland.com steven.serajeddini@kirkland.com matthew.fagen@kirkland.com |
| Counsel to the Sponsor and Sycamore Partners II, L.P. | Latham & Watkins LLP | Attn: Ebba Gebisa | ebba.gebisa@lw.com |
| Counsel to the Sponsor and Sycamore Partners II, L.P. | Latham & Watkins LLP | Attn: George A. Davis, Michael W. Benjamin, Joshua A. Tinkelman, Eric Leon | george.davis@lw.com michael.benjamin@lw.com joshua.tinkelman@lw.com eric.leon@lw.com |
| Counsel to the Sponsor and Sycamore Partners II, L.P. | Latham & Watkins LLP | Attn: Ted A. Dillman and Amy C. Quartarolo | ted.dillman@lw.com amy.quartarolo@lw.com |
| Top 30 Unsecured Creditor | LF Centennial Pte Ltd | Attn: Lesley Ho | lesleyho@sin.lfcentennial.com |
| Top 30 Unsecured Creditor | Michael Kors (USA) Inc | Attn: Michael Cole | michael.cole@michaelkors.com |
| The Administrative Agent under the Debtors' Prepetition Term Loan Facilities | Morgan Stanley | Attn: Lisa Hanson, Scott Evan, Rebecca Elane | Lisa.Hanson@morganstanley.com Scott.Evan@morganstanley.com Rebecca.Elane@morganstanley.com |
| Counsel to the Administrative Agent under the ABL Facility and Bank of America, N.A., as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies,  Marjorie Crider, Christopher Carter | julia.frost-davies@morganlewis.com marjorie.crider@morganlewis.com christopher.carter@morganlewis.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Office of the United States Trustee for the Southern District of Texas | Office of the United States Trustee for the Southern District of Texas | Attn: Hector Duran | Hector.Duran.Jr@usdoj.gov |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Ad Hoc First Lien Term Lender Group | O'Melveny & Myers LLP | Attn: Joseph Zujkowski, Daniel S. Shamah, Adam P. Haberkorn, David J. Johnson, Jr. | jzujkowski@omm.com<br>dshamah@omm.com<br>ahaberkorn@omm.com<br>djohnson@omm.com |
| Top 30 Unsecured Creditor | One Jeanswear Group LLC | Attn: Jack Gross | jackgross@gloria-vanderbilt.com |
| Top 30 Unsecured Creditor | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly | Kelly.Patricia@PBGC.gov |
| Top 30 Unsecured Creditor | Performics a Division of VN | Attn: Paul Tibbitt | ptibbit@cj.com |
| Top 30 Unsecured Creditor | Polo Ralph Lauren Corp, Ralph Lauren Childrenswear | Attn: Jacqueline Philbin | jacqueline.philbin@ralphlauren.com |
| Top 30 Unsecured Creditor | Richline Group Memo | Attn: Mark Hanna | mark.hanna@richlinegroup.com |
| Top 30 Unsecured Creditor | Ruby Rd | Attn: Stephanie Baron | sbaron@alfreddunner.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Top 30 Unsecured Creditor | Skechers USA Inc | Attn: Kristen Van Cott | kristenv@skechers.com |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Dept | attorney.general@alaska.gov |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept | aginfo@azag.gov |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Dept | attorney.general@ct.gov |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Dept | Attorney.General@state.DE.US |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Dept | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept | webmaster@atg.state.il.us |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept | info@atg.in.gov |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept | webteam@ag.iowa.gov |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Dept | ConsumerInfo@ag.state.la.us |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Dept | consumer.mediation@maine.gov |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Dept | oag@oag.state.md.us |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Dept | ago@state.ma.us |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept | miag@michigan.gov |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept | attorney.general@ago.mo.gov |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Dept | contactdoj@mt.gov |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept | ago.info.help@nebraska.gov |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept | AgInfo@ag.nv.gov |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Dept | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Dept | askconsumeraffairs@lps.state.nj.us |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Dept | ndag@nd.gov |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept | consumer.hotline@doj.state.or.us |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Dept | consumerhelp@state.sd.us |

Exhibit A

Master Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Dept | public.information@oag.state.tx.us |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept | uag@utah.gov |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Dept | ago.info@vermont.gov |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept | consumer@wvago.gov |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Attn: Jeffrey A. Cohen | CohenJA@sec.gov |
| Top 30 Unsecured Creditor | Under Armour | Attn: Meeta Patel | meeta.patel@underarmour.com |
| United States Attorney's Office for the Southern District of Texas | United States Attorney's Office for the Southern District of Texas | Attn: Ryan K. Patrick | usatxs.atty@usdoj.gov |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Dept | oag@dc.gov |
| Top 30 Unsecured Creditor | Westpoint Home Inc | Attn: Jonathon Witmer | jwitmer@westpointhome.com |
| Counsel to the Ad Hoc Crossover Lender Group | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Weston T. Eguchi, Debra McElligott Sinclair | mfeldman@willkie.com<br>weguchi@willkie.com<br>dsinclair@willkie.com |

**<u>Exhibit B</u>**

Exhibit B

Bank Parties Service List

Served via email

| MMLID | NAME | NOTICE NAME | EMAIL |
|-------|------|-------------|-------|
| 12435692 | FIFTH THIRD | ATTN: MARY J RAMSEY | MARY.RAMSEY@53.COM |
| 12435695 | JP MORGAN CHASE | ATTN: MATT TUGWELL | MATT.TUGWELL@JPMORGAN.COM |
| 12435697 | MECHANICS & FARMERS BANK | ATTN: TANYA DIAL-BETHUNE | TANYA.DIAL-BETHUNE@MFBONLINE.COM |
| 12435696 | PNC | ATTN: KEITH W. CLARK SR. | KEITH.CLARK@PNC.COM |
| 12435693 | REGIONS | ATTN: ALFRED J. BACCHI | ALFRED.BACCHI@REGIONS.COM |
| 12435694 | TD BANK | ATTN: JOE GRIFFETH | JOE.GRIFFETH@TD.COM |
| 12435691 | US BANK | ATTN: MAX REDIC | MAX.REDIC@USBANK.COM |
| 12435690 | WELLS FARGO | ATTN: ZACH SHIMOTA | ZACHARY.J.SHIMOTA@WELLSFARGO.COM |