# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BELK, INC., *et al.*,[1] | ) Case No. 21-30630 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 10, 61, and 62** |

## NOTICE OF (I) ENTRY OF ORDER APPROVING THE DEBTORS' DISCLOSURE STATEMENT FOR, AND CONFIRMING, THE DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN AND (II) OCCURRENCE OF THE EFFECTIVE DATE

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on February 24, 2021, the Honorable Marvin Isgur, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 61] (the "Confirmation Order"), confirming, as modified therein, the *Joint Prepackaged Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 10] (the "Plan"), and immediately afterward entered the *Due Process Preservation Order* [Docket No. 62] (the "Due Process Preservation Order") with respect thereto.[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on February 24, 2021.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be Filed no later than forty-five (45) days after the Effective Date. The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Court. The Reorganized Debtors shall pay Professional Fee Claims in Cash in the amount the Bankruptcy Court allows, including from the Professional Fee Escrow Account, which the Reorganized Debtors will

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/belk. The location of the Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Plan or the Confirmation Order, as applicable.

establish in trust for the Professionals and fund with Cash equal to the Professional Fee Amount on the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Due Process Preservation Order, (a) each person or governmental unit will have until March 31, 2021 to elect to opt out of the releases contained in the Plan or the Confirmation Order, and (b) the Debtors, in consultation with the United States Trustee, are preparing an opt-out notice to be served on each "Releasing Party" under the Plan (the "Opt-Out Notice").

**PLEASE TAKE FURTHER NOTICE** that, the Court will conduct a hearing on March 1, 2021 at 4:00 p.m. (Central Time) to approve the form of the Opt-Out Notice.

**PLEASE TAKE FURTHER NOTICE** that, subject to the Due Process Preservation Order, the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Plan and Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that copies of the Due Process Preservation Order, the Confirmation Order, the Plan, and all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/belk.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
February 24, 2021

/s/ *Kristhy M. Peguero*

| | |
|---|---|
| Kristhy M. Peguero (TX Bar No. 24102776) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Matthew C. Fagen (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 601 Lexington Avenue |
| Facsimile: (713) 752-4221 | New York, New York 10022 |
| Email: kpeguero@jw.com | Telephone: (212) 446-4800 |
| mcavenaugh@jw.com | Facsimile: (212) 446-4900 |
| | Email: joshua.sussberg@kirkland.com |
| | steven.serajeddini@kirkland.com |
| | matthew.fagen@kirkland.com |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on February 24, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Kristhy M. Peguero*
                                                Kristhy M. Peguero