**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BELK, INC., *et al.,*[1] | ) Case No. 21-30630 (MI) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**REORGANIZED DEBTORS' APPLICATION FOR ENTRY OF**
**AN ORDER (I) AUTHORIZING THE REORGANIZED DEBTORS TO RETAIN**
**AND EMPLOY LAZARD FRÈRES & CO. LLC AS INVESTMENT**
**BANKER EFFECTIVE AS OF THE PETITION DATE, (II) MODIFYING CERTAIN**
**TIME-KEEPING REQUIREMENTS, AND (III) GRANTING RELATED RELIEF**

---

**This application seeks an order that may adversely affect you. If you oppose the application, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the application should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the application and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the application at the hearing.**

**Represented parties should act through their attorney.**

---

The above-captioned reorganized debtors (collectively, the "Reorganized Debtors," and before the Effective Date (as defined herein), the "Debtors") state as follows in support of this application (the "Application"):[2]

---

[1]   A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/belk. The location of the Reorganized Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

[2]   The facts and circumstances supporting this Application are set forth in the *Declaration of William Langley, Chief Financial Officer of Belk, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), filed substantially contemporaneously with the Debtors' voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on February 23, 2021, and incorporated by reference herein. Capitalized terms used but not immediately defined in this Application shall have the meanings assigned to them elsewhere in this Application or in the First Day Declaration, as applicable.

## Relief Requested

1.      The Reorganized Debtors seek entry of an order, substantially in the form attached hereto (the "Order"), (a) authorizing the employment and retention of Lazard Frères & Co. LLC ("Lazard") as investment banker to the Debtors and the Reorganized Debtors, effective as of February 23, 2021 (the "Petition Date"), (b) modifying certain time-keeping requirements, and (c) granting related relief, all in accordance with the terms and conditions set forth in the engagement letter dated February 1, 2021 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to the Order, and the indemnification agreement, dated December 21, 2020 (the "Indemnification Agreement"), a copy of which is attached as Exhibit 2 to the Order.  In support of the Application, the Reorganized Debtors submit the *Declaration of Tyler Cowan in Support of the Reorganized Debtors' Application for An Order (I) Authorizing the Reorganized Debtors to Retain and Employ Lazard Frères & Co. LLC as Investment Banker Effective as of the Petition Date, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief*, attached hereto as **Exhibit A** (the "Cowan Declaration").

## Jurisdiction, Venue, and Statutory Bases for Relief

2.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  The Reorganized Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

4.      The bases for the relief requested herein are sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(a), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules").

## Background

5.      On February 23, 2021, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  In connection therewith, on the Petition Date, the Debtors filed the *Debtors' Joint Prepackaged Plan of Reorganization of Belk, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* (the "Plan") [Docket No. 10] and a related *Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Belk, Inc., and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") [Docket No. 9].

6.      At a hearing on February 24, 2021, the Court approved the Disclosure Statement, confirmed the Plan, and entered its *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 61].

7.      On February 24, 2021, the effective date of the Plan occurred (the "Effective Date") and the Reorganized Debtors filed their *Notice of (I) Entry of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan and (II) Occurrence of Effective Date* [Docket No. 66].

8.      During these chapter 11 cases, the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

## Lazard's Qualifications

9.      In light of the size and complexity of these chapter 11 cases, the Debtors and the Reorganized Debtors require a qualified and experienced investment banker with the resources,

capabilities, and experience of Lazard to assist them in pursuing the transactions that are crucial to the success of the chapter 11 cases. An investment banker such as Lazard fulfills a critical role by complementing the services provided by the Debtors' and Reorganized Debtors' other professionals. The Reorganized Debtors believe that retaining Lazard as their investment banker is in the best interests of their estates and creditors because, among other things, Lazard has extensive experience in, and an excellent reputation for, providing investment banking and financial advisory services to debtors in bankruptcy reorganizations and other restructurings.

10. Lazard and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies, both out-of-court and in chapter 11 cases. Lazard's employees have advised debtors, creditors, equity constituencies, and government agencies in many complex reorganizations, including within the retail industry. Since 1990, Lazard's professionals have been involved in more than 250 restructurings, totaling more than $1 trillion in debtors' liabilities. Lazard's professionals have been retained as investment bankers in a number of troubled company situations, including, among others, the following chapter 11 cases: *In re Valaris PLC*, No. 20-34114 (MI) (Bankr. S.D. Tex. 2020); *In re Neiman Marcus Group LTD LLC*, No. 20-32519 (DRJ) (Bankr. S.D. Tex. 2020); *In re Forever 21, Inc.*, No. 19-12122 (KG) (Bankr. D. Del. 2019); *In re Weatherford International PLC*, No. 19-33694 (DRJ) (Bankr. S.D. Tex. 2019); *In re Insys Therapeutics, Inc.,* No. 19-11292 (KG) (Bankr. D. Del. 2019); *In re Sears Holdings Corporation,* No. 18-23538 (RDD) (Bankr. S.D.N.Y. 2018); *In re FirstEnergy Solutions Corp.,* No. 18-50757 (Bankr. N.D. Ohio 2018); *In re Claire's Stores, Inc.,* No. 18-10584 (MFW) (Bankr. D. Del. 2018); *In re CGG Holding (U.S.) Inc.*, No. 17-11637 (MG) (Bankr. S.D.N.Y. 2017); *In re Toys "R" Us, Inc.*, No. 17-34665 (KLP) (Bankr. E.D. Va. 2017); *In re The Gymboree Corp.*, No. 17-32986 (KLP) (Bankr. E.D. Va. 2017); *In re Stone Energy Corp.*, No. 16-36390 (MI) (Bankr.

S.D. Tex. 2017); *RCS Capital Corp.*, No. 16-10223 (MFW) (Bankr. D. Del. 2016); *In re LINN Energy, LLC*, No. 16-60040 (Bankr. S.D. Tex. 2016); *In re Peabody Energy Corp.*, No. 16-42529 (Bankr. E.D. Mo. 2016); *In re Paragon Offshore plc*, No. 16-10386 (CSS) (Bankr. D. Del. 2016); *In re Hercules Offshore, Inc.*, No. 15-11685 (KJC) (Bankr. D. Del. 2015); *In re Sabine Oil & Gas Corp.*, No. 15-11835 (SCC) (Bankr. S.D.N.Y. 2015); *In re Chassix Holdings, Inc.*, No. 15-10578 (MEW) (Bankr. S.D.N.Y. 2015); *In re Dendreon Corp.*, No. 14-12515 (LSS) (Bankr. D. Del. 2014); *In re Legend Parent, Inc.*, No. 14-10701 (RG) (Bankr. S.D.N.Y. 2014); *In re AWI Delaware, Inc.*, No. 14-12092 (KJC) (Bankr. D. Del. 2014); *In re QCE Finance LLC*, No. 14-10543 (PJW) (Bankr. D. Del. 2014).   Accordingly, Lazard developed significant relevant experience and expertise that enabled Lazard and its professionals to provide necessary investment banking services in these chapter 11 cases.

11.     Since being retained by the Debtors in December 2020, Lazard has advised and assisted the Debtors in connection with, among other things (i) analyzing the Debtors' capital structure and various restructuring alternatives related thereto, (ii) negotiating with certain of the Debtors' various creditor constituencies regarding a potential restructuring, and (iii) securing an infusion of $225 million in new money.  In providing the foregoing and other prepetition services, Lazard has worked closely with the Debtors, their management, and their other advisors and became well acquainted with, among other things, the Debtors' operations, business needs, and capital structure.  Thus, Lazard was particularly well-suited to provide the investment banking services to the Debtors and the Reorganized Debtors that are contemplated by the Engagement Letter and described herein.

## Services to Be Rendered

12.     Lazard has agreed to continue to provide services to the Debtors or Reorganized Debtors (as applicable) in these chapter 11 cases in accordance with the terms and conditions set

forth in the Engagement Letter.  The terms of the Engagement Letter reflect the mutual agreement between the Debtors and Lazard as to the substantial efforts required of Lazard throughout the course of these proceedings.   The Engagement Letter provides, in consideration for the compensation contemplated thereby, that Lazard will, to the extent reasonably requested by the Debtors, perform the following investment banking services (collectively, the "Services"):[3]

(a)     reviewing and analyzing the Debtors' businesses, operations, and financial projections;

(b)     evaluating the Debtors' potential debt capacity in light of its projected cash flows;

(c)     assisting in the determination of an appropriate capital structure for the Debtors;

(d)     assisting in the determination of a range of values for the Debtors on a going concern basis;

(e)     assisting in analyzing potential liability management transactions or other capital structure alternatives, including any Restructuring;

(f)     advising the Debtors on tactics and strategies for negotiating with Transaction counterparties and the Debtors' Stakeholders;

(g)     rendering financial advice to the Debtors and participating in meetings or negotiations with the Debtors' Stakeholders or other appropriate parties in connection with any Restructuring;

(h)     advising the Debtors on the timing, nature, and terms of new securities, other consideration, or other inducements to be offered pursuant to any Restructuring;

(i)     assisting the Debtors in preparing documentation within Lazard's area of expertise that is required in connection with any Restructuring;

(j)     attending meetings of the Board of Directors of the Debtors with respect to matters on which Lazard has been engaged to advise under the Engagement Letter;

---

[3]     In the event of any inconsistency between the description of the Services as set forth herein and the Engagement Letter, the Engagement Letter shall control.  Also, capitalized terms not otherwise defined in this description of the Services shall have the meanings ascribed to such terms in the Engagement Letter.

(k)     providing testimony in any proceeding before the Court, as necessary, with respect to matters on which Lazard has been engaged to advise under the Engagement Letter; and

(l)     providing the Debtors with other advice relevant to the foregoing.

13.     As set forth above, prior to the Petition Date, Lazard provided Services to the Debtors in connection with their negotiations with certain of their stakeholders on the terms of a prepackaged restructuring of the Debtors, Services which Lazard continues to provide now that the Debtors have filed these chapter 11 cases.  As a result, Lazard has gained significant, specific knowledge of the Debtors' businesses and the proposed restructuring pursued in these cases. Lazard's provision of the aforementioned Services is critical to enable the Debtors and the Reorganized Debtors to maximize the value of their estates.  Lazard has indicated a willingness to act on behalf of the Debtors and the Reorganized Debtors, on the terms described herein and in the Engagement Letter.  Additionally, Lazard has advised the Debtors and the Reorganized Debtors that it will endeavor to coordinate with the other retained professionals in these chapter 11 cases to avoid unnecessary duplication or overlap of work.

## Professional Compensation

14.     Subject to Court approval, and in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, the Reorganized Debtors will compensate Lazard in accordance with the terms and provisions of the Engagement Letter, which provides a compensation and expense reimbursement structure (the "Fee and Expense Structure") in relevant part as follows:[4]

---

[4]     In the event of any inconsistency between the description of the Fee and Expense Structure as set forth herein and the Engagement Letter, the Engagement Letter shall control.  Also, capitalized terms not otherwise defined in this description of the Fee and Expense Structure shall have the meanings ascribed to such terms in the Engagement Letter.

(a)     Monthly Fees equal to $270,967.74, which already has been paid by the Debtors.

(b)     A fee payable upon the consummation of a Restructuring, equal to $7,729,032 (the "Restructuring Fee").

(c)     In addition to any fees that may be payable to Lazard and, regardless of whether any transaction occurs, the Debtors shall promptly reimburse Lazard for all reasonable expenses incurred by Lazard (including travel and lodging, data processing and communications charges, courier services, and other expenditures) and the reasonable fees and expenses of counsel, if any, retained by Lazard.

(d)     As part of the compensation payable to Lazard under the Engagement Letter, the Debtors agreed that the Indemnification Agreement shall also apply to Lazard's engagement under the Engagement Letter.

15.     The Reorganized Debtors believe that the Fee and Expense Structure described above is comparable to compensation generally charged by other firms of similar stature to Lazard for comparable engagements, both in and out of bankruptcy.  The Reorganized Debtors also have been advised by Lazard that the Fee and Expense Structure is consistent with Lazard's normal and customary billing practices for cases of this size and complexity, which require the level and scope of services outlined.

16.     In determining the level of compensation to be paid to Lazard and its reasonableness, the Debtors compared Lazard's proposed fees with the range of investment banking fees in other large and complex restructurings and chapter 11 cases.  The Fee and Expense Structure was agreed upon by the parties in anticipation that a substantial commitment of professional time and effort would be required of Lazard and its professionals, that such commitment may foreclose other opportunities for Lazard, and that the actual time and commitment required of Lazard and its professionals to perform the services hereunder may vary substantially from week to week or month to month.  Additionally, the Fee and Expense Structure was established to reflect the difficulty of the extensive assignments Lazard expects to undertake,

as well as the potential for failure.  The Reorganized Debtors thus believe that the Fee and Expense Structure is reasonable.

17.     Lazard has obtained valuable institutional knowledge of the Debtors' businesses, financial affairs, and creditors as a result of its providing services to the Debtors before the Petition Date.  Therefore, Lazard is not only well qualified, but also uniquely able to perform these services and assist the Debtors in these chapter 11 cases.  Moreover, the Reorganized Debtors believe that Lazard's services assisted the Debtors in achieving a successful outcome of these chapter 11 cases.

18.     Lazard's strategic and financial expertise as well as its capital markets knowledge, financing skills, restructuring capabilities, and mergers and acquisitions expertise, some or all of which might have been required by the Debtors and the Reorganized Debtors during the term of Lazard's engagement hereunder, were important factors in determining the Fee and Expense Structure.  The Reorganized Debtors believe that the ultimate benefit of Lazard's services hereunder cannot be measured by reference to the number of hours to be expended by Lazard's professionals in the performance of such services.

19.     It is not the general practice of investment banking and financial services firms, including Lazard, to keep detailed time records similar to those customarily kept by attorneys, nor do such investment banking and financial services firms keep time records on a "project category" basis.  Notwithstanding that Lazard does not charge for its services on an hourly basis, Lazard intends to file interim and final fee applications (as applicable) for the allowance of compensation for services rendered and reimbursement of expenses incurred.  Such applications will include time records setting forth, in a summary format, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.  Because Lazard does not ordinarily maintain contemporaneous

time records in one-tenth-hour (.1) increments or provide or conform to a schedule of hourly rates for its professionals, Lazard will file time records in half-hour (.5) increments.  Lazard also will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the Services discussed above.  Lazard's applications for compensation and expenses will be paid by the Debtors upon approval by this Court.

20.     Lazard has not shared or agreed to share any compensation to be paid by the Debtors or the Reorganized Debtors with any other person, other than principals and employees of Lazard, in accordance with section 504 of the Bankruptcy Code.

21.     The Debtors and Lazard negotiated the Fee and Expense Structure to function as and be an interrelated, integrated unit, in correspondence with Lazard's services, which Lazard renders not in parts, but as a whole.  It would be contrary to the intention of Lazard and the Debtors for any isolated component of the entire Fee and Expense Structure to be treated as sufficient consideration for any isolated portion of Lazard's services.  Instead, the Debtors and Lazard intend that Lazard's services be considered and be compensated by the Fee and Expense Structure in its entirety.

22.     In sum, in light of the foregoing and given the numerous issues that Lazard is addressing and may be required to address in the performance of its services hereunder, Lazard's commitment to the variable level of time and effort necessary to address all such issues as they arise, and the market prices for Lazard's services for engagements of this nature, both out-of-court and in a chapter 11 context, the Reorganized Debtors believe that the Fee and Expense Structure is market-based and fair and reasonable under the standards set forth in section 328(a) of the Bankruptcy Code.

23.     Accordingly, as more fully described below, the Reorganized Debtors believe that this Court should approve Lazard's retention subject solely to the standard of review set forth in section 328(a) of the Bankruptcy Code and that Lazard's compensation should not be subject to any additional standard of review under section 330 of the Bankruptcy Code.

### Indemnification and Related Provisions

24.     As part of the overall compensation payable to Lazard under the terms of the Engagement Letter, the Debtors have agreed to indemnification, contribution and reimbursement obligations as described in the Indemnification Agreement, which remains in full force and effect. Generally, these provisions provide that the Debtors will, among other things, indemnify, hold harmless, and provide contribution and reimbursement to Lazard and its affiliates, and the respective directors, officers, members, employees, agents or controlling persons of each of the foregoing under certain circumstances.[5]

25.     The Reorganized Debtors and Lazard believe that these indemnification and related provisions are customary and reasonable for financial advisory and investment banking engagements, both in- and out-of-court, and reflect the qualifications and limitations on indemnification provisions that are customary in this District and other jurisdictions.  Similar indemnification arrangements have been approved and implemented in other large chapter 11 cases by courts in this jurisdiction.

26.     The Debtors and Lazard negotiated the terms of the Engagement Letter and Indemnification Agreement at arm's length.  The provisions of the Indemnification Agreement, and viewed in conjunction with the other terms of Lazard's proposed retention and the importance

---

[5]     To the extent there is any inconsistency between this Application's summary of the Indemnification Agreement provisions and the actual terms of the Indemnification Agreement, the terms of the Indemnification Agreement shall control.

of the Services, are reasonable and in the best interests of the Debtors, their estates, and their creditors. Accordingly, as part of this Application, the Reorganized Debtors request that this Court approve the terms of the Indemnification Agreement.

## No Duplication of Services

27.     The services provided by Lazard were intended to complement, and not duplicate, the services rendered by other professionals retained in these chapter 11 cases. Lazard understands that the Debtors and Reorganized Debtors retained additional professionals during the term of the engagement and worked cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors and to avoid unnecessary duplication of services.

## Disinterestedness

28.     To the best of the Reorganized Debtors' knowledge, information, and belief, and except and to the extent disclosed herein and in the Cowan Declaration, Lazard is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and holds no interest materially adverse to the Debtors, or the Reorganized Debtors, or their estates in connection with the matters for which Lazard is to be retained by the Debtors.

29.     During the ninety-day period prior to the Petition Date, Lazard was paid in the ordinary course certain fees and expense reimbursements. Specifically, (a) on December 30, 2020, Lazard was paid $70,967.74 on account of the prorated December 2020 Monthly Fee and (b) on January 8, 2021, Lazard was paid $200,000 on account of the January 2021 Monthly Fee.

## Relief Requested Should Be Granted

30.     The Reorganized Debtors seek authority to employ and retain Lazard as their investment banker under section 327 of the Bankruptcy Code, which provides that a debtor is

authorized to employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [Reorganized Debtors] in carrying out their duties under this title." 11 U.S.C. § 327(a). Section 1107(b) of the Bankruptcy Code elaborates upon sections 101(14) and 327(a) of the Bankruptcy Code as those sections relate to cases under chapter 11 of the Bankruptcy Code, providing that "a person is not disqualified for employment under section 327 of the Bankruptcy Code by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).

31.     The Reorganized Debtors seek approval of the Engagement Letter, including the Fee and Expense Structure and the Indemnification Agreement pursuant to section 328(a) of the Bankruptcy Code, which provides that the Debtors, "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a). Accordingly, section 328(a) of the Bankruptcy Code permits the compensation of professionals, including investment bankers, on flexible terms that reflect the nature of their services and market conditions.

> Thus, section 328 is a significant departure from prior bankruptcy practice relating to the compensation of professionals. Indeed, as the United States Court of Appeals for the Fifth Circuit recognized in *Donaldson Lufkin & Jenrette Securities Corp. v. National Gypsum (In re National Gypsum Co.)*, 123 F.3d 861, 862 (5th Cir. 1997): Prior to 1978 the most able professionals were often unwilling to work for bankruptcy estates where their compensation would be subject to the uncertainties of what a judge thought the work was worth after it had been done. That uncertainty continues under the present § 330 of the Bankruptcy Code, which provides that the court award to professional consultants "reasonable compensation" based on relevant factors of time and comparable costs, etc. Under present § 328 the professional may avoid that

> uncertainty by obtaining court approval of compensation agreed to with the trustee (or debtor or committee).

*Id.* (internal citations omitted).

32.     Furthermore, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 amended section 328(a) of the Bankruptcy Code as follows:

> The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, *on a fixed or percentage fee basis*, or on a contingent fee basis.

11 U.S.C. § 328(a) (emphasis added).  This change makes clear that the Reorganized Debtors may retain, with Court approval, a professional on a fixed or percentage fee basis such as the Fee and Expense Structure provided for in the Engagement Letter.

33.     The Reorganized Debtors believe the Engagement Letter, including the Fee and Expense Structure, and Indemnification Agreement contain reasonable terms and conditions of employment and should be approved under section 328(a) of the Bankruptcy Code.  The Fee and Expense Structure adequately reflects (a) the nature of the services to be provided by Lazard and (b) fee and expense structures and indemnification provisions typically utilized by Lazard and other leading investment banking firms, which do not bill their time on an hourly basis and generally are compensated on a transactional basis.  In particular, the Reorganized Debtors believe the Fee and Expense Structure creates a proper balance between fixed monthly fees and contingency fees based on the successful raises of new capital and the overall success of these chapter 11 cases.  Moreover, Lazard's substantial experience with respect to investment banking services, coupled with the nature and scope of work already performed by Lazard before the Petition Date, further supports the reasonableness of the Fee and Expense Structure.

**Notice**

34.     The Reorganized Debtors will provide notice of this Application to:  (a) the United States Trustee for the Southern District of Texas; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) the administrative agent under the ABL Facility and counsel thereto; (d) the administrative agent under the Debtors' prepetition term loan facilities and counsel thereto; (e) counsel to the Ad Hoc First Lien Term Lender Group; (f) counsel to the Ad Hoc Crossover Lender Group; (g) counsel to the Sponsor; (h) the United States Attorney's Office for the Southern District of Texas; (i) the Internal Revenue Service; (j) the United States Securities and Exchange Commission; (k) the state attorneys general for states in which the Debtors conduct business; and (l) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Reorganized Debtors request that the Court enter an order granting the relief requested in this Application and such other and further relief as is appropriate under the circumstances.

Dated:  March 8, 2021                                    /s/  *William Langley*
                                                                    William Langley
                                                                    Belk, Inc.,
                                                                    Chief Financial Officer

## **Certificate of Service**

I certify that on March 8, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kristhy M. Peguero*
Kristhy M. Peguero

## Exhibit A

**Cowan Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BELK, INC., *et al.,*[1] | ) | Case No. 21-30630 (MI) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF TYLER COWAN IN SUPPORT OF THE REORGANIZED DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REORGANIZED DEBTORS TO RETAIN AND EMPLOY LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER EFFECTIVE AS OF THE PETITION DATE, (II) MODIFYING CERTAIN TIME-KEEPING REQUIREMENTS, AND (III) GRANTING RELATED RELIEF**

I, Tyler Cowan, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am a Managing Director of the firm Lazard Frères & Co. LLC ("Lazard"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10020.  I am authorized to execute this Declaration on behalf of Lazard and in support of the Reorganized Debtors' application (the "Application") for entry of an order authorizing the Debtors and the Reorganized Debtors to retain and employ Lazard as their sole investment banker in these chapter 11 cases, effective as of the Petition Date.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.[2]  Lazard was originally retained by and entered into the

---

[1]      A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/belk. The location of the Reorganized Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

[2]      Certain disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

Indemnification Agreement with the Debtors on December 21, 2020, and entered into the Engagement Letter on February 1, 2021.[3]

2. Lazard is a preeminent international financial advisory and asset management firm. Lazard, together with its predecessors and affiliates, has been advising clients around the world for over 150 years.  Lazard has dedicated professionals who provide restructuring services to its clients and the current managing directors, directors, vice presidents, and associates of Lazard have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in chapter 11 proceedings.  Lazard and its principals have been involved as advisor to debtor, creditor, and equity constituencies and government agencies in many reorganization cases.  Since 1990, Lazard and its affiliates have been involved in more than 250 restructurings, totaling more than $1 trillion in debtor liabilities.

3. Notably, Lazard has been retained as an investment banker and financial advisor in numerous large and complex chapter 11 cases, including, among others: *In re Valaris PLC*, No. 20-34114 (MI) (Bankr. S.D. Tex. 2020); *In re Nieman Marcus Group LTD LLC*, No. 20-32519 (DRJ) (Bankr. S.D. Tex. 2020); *In re Forever 21, Inc.*, No. 19-12122 (KG) (Bankr. D. Del. 2019); *In re Weatherford International PLC*, No. 19-33694 (DRJ) (Bankr. S.D. Tex. 2019); *In re Insys Therapeutics, Inc.,* No. 19-11292 (KG) (Bankr. D. Del. 2019); *In re Sears Holdings Corporation,* No. 18-23538 (RDD) (Bankr. S.D.N.Y. 2018); *In re FirstEnergy Solutions Corp.,* No. 18-50757 (Bankr. N.D. Ohio 2018); *In re Claire's Stores, Inc.,* No. 18-10584 (MFW) (Bankr. D. Del. 2018); *In re CGG Holding (U.S.) Inc.*, No. 17-11637 (MG) (Bankr. S.D.N.Y. 2017); *In re Toys "R" Us, Inc.*, No. 17-34665 (KLP) (Bankr. E.D. Va. 2017); *In re The Gymboree Corp.*, No. 17-32986

---

[3] Except as provided in the Engagement Letter, the Engagement Letter supersedes and restates certain prior agreements between Lazard and the Debtors.  Copies of the Engagement Letter and the Indemnification Agreement are attached to the proposed Order as Exhibit 1 and Exhibit 2, respectively.

(KLP) (Bankr. E.D. Va. 2017); *In re Stone Energy Corp.*, No. 16-36390 (MI) (Bankr. S.D. Tex. 2017); *RCS Capital Corp.*, No. 16-10223 (MFW) (Bankr. D. Del. 2016); *In re LINN Energy, LLC*, No. 16-60040 (Bankr. S.D. Tex. 2016); *In re Peabody Energy Corp.*, No. 16-42529 (Bankr. E.D. Mo. 2016); *In re Paragon Offshore plc*, No. 16-10386 (CSS) (Bankr. D. Del. 2016); *In re Hercules Offshore, Inc.*, No. 15-11685 (KJC) (Bankr. D. Del. 2015); *In re Sabine Oil & Gas Corp.*, No. 15-11835 (SCC) (Bankr. S.D.N.Y. 2015); *In re Chassix Holdings, Inc.*, No. 15-10578 (MEW) (Bankr. S.D.N.Y. 2015); *In re Dendreon Corp.*, No. 14-12515 (LSS) (Bankr. D. Del. 2014); *In re Legend Parent, Inc.*, No. 14-10701 (RG) (Bankr. S.D.N.Y. 2014); *In re AWI Delaware, Inc.*, No. 14-12092 (KJC) (Bankr. D. Del. 2014); *In re QCE Finance LLC*, No. 14-10543 (PJW) (Bankr. D. Del. 2014).

4.    Furthermore, since being retained by the Debtors in December 2020, Lazard has advised and assisted the Debtors in connection with, among other things, (i) analyzing the Debtors' capital structure and various restructuring alternatives related thereto, (i) negotiating with certain of the Debtors' various creditor constituencies regarding a potential restructuring, and (iii) securing an infusion of $225 million in new money.  In providing the foregoing and other prepetition services, Lazard has worked closely with the Debtors, their management, and their other advisors and has become well acquainted with, among other things, the Debtors' operations, business needs, and capital structure.

5.    In connection with its proposed retention by the Debtors in these chapter 11 cases, Lazard obtained from the Debtors' counsel the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest"), which parties are listed on **Schedule 1**, annexed hereto.[4]  Lazard then compared the names of the Potential Parties in Interest

---

[4]    Among other parties, the Schedule 1 received from the Debtors' counsel includes non-Debtor affiliates; equity holders holding 5% or more of the Debtors' equity; administrative agents; lenders; current officers and directors; banks; insurers; professionals; landlords; litigation parties; utilities; sureties and letters of credit holders; taxing

with the names of entities that have entered into engagement agreements with Lazard in the last three years.  To the extent that this inquiry revealed that any of the Potential Parties in Interest (or any of their known or apparent affiliates) entered into any such engagement agreements with Lazard within the last three years, such parties are listed on **Schedule 2** annexed hereto.  To the best of my knowledge and belief, Lazard's representation of each entity listed on **Schedule 2** (or its known or apparent affiliates) was or is only on matters that are unrelated to these chapter 11 cases.  Other than as listed on **Schedule 2**, I am unaware of any engagement agreements of Lazard with the Potential Parties in Interest within the last three years.  Given the size of Lazard and the breadth of Lazard's client base, however, it is possible that Lazard may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge.

6.      In addition to the parties listed on **Schedule 2**, Lazard may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties in Interest and Lazard may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties in Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lazard's and the applicable law firm).  Lazard may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are Potential Parties in Interest.  Certain of

---

authorities and regulatory agencies; bankruptcy judges in the Southern District of Texas; the U.S. Trustee's office for the Southern District of Texas; and the largest vendors based on twelve-month prepetition spend.

the Potential Parties in Interest may also be vendors and/or have other non-investment banking relationships with Lazard.

7.       Although Lazard has researched the Potential Parties in Interest list, the Debtors may also have numerous customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom Lazard may maintain business relationships.  Additionally, Lazard is a U.S. operating subsidiary of an international financial advisory and asset management firm that has several legally separate and distinct affiliates.  Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as Lazard is the only entity being retained by the Debtors, except as otherwise stated herein, we have researched only the electronic client files and records of Lazard, not of all of its affiliates, to determine relationships with any Potential Parties in Interest.

8.       In addition, as of the date hereof, Lazard and its affiliates have approximately 2,900 employees worldwide.  It is possible that certain of Lazard's and its affiliates' respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors or Reorganized Debtors, (ii) Potential Parties in Interest in these chapter 11 cases, or (iii) funds or other investment vehicles that may own debt or securities of the Debtors or Reorganized Debtors or other Potential Parties in Interest.

9.       Prior to filing the Application, Lazard confirmed that it and its financial advisory affiliates (the "Financial Advisory Affiliates") do not hold any debt or equity securities of the Debtors.  Lazard also confirmed that its Financial Advisory Affiliates are not engaged to advise any Potential Party in Interest in connection with these chapter 11 proceedings.  In addition, Lazard maintains a conflicts clearance system to ensure that any new or potential engagement by a

creditor, competitor or other interested party, in each case in connection with these chapter 11 proceedings, would not be approved to move forward.

10.     Lazard is wholly-owned by Lazard Group LLC, which is the primary holding company subsidiary of Lazard Ltd, a public company listed on the NYSE (together, Lazard Group LLC and Lazard Ltd, the "Parent Entities").  Lazard is a separate legal entity and is an SEC- and FINRA-regulated broker-dealer business of the Parent Entities.  Lazard also has asset management affiliates, Lazard Asset Management LLC ("LAM") and Lazard Frères Gestion SAS ("LFG"), and an affiliate, Edgewater HoldCo LLC, that hold interests in the management companies for certain private funds ("Edgewater" and collectively, the "Asset Management Affiliates").  Lazard, however, is the only entity being retained by the Debtors and Reorganized Debtors, and no employees of the Parent Entities or any other affiliates of Lazard (including the Financial Advisory Affiliates and the Asset Management Affiliates) will be engaged to advise the Debtors and Reorganized Debtors on these chapter 11 cases.

11.     Lazard hereby confirms that its Parent Entities have not entered into engagement agreements with the Potential Parties in Interest (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) within the last three years.  Also, no Parent Entity has a relationship with the Debtors or Reorganized Debtors of which Lazard is aware after due inquiry.

12.     As noted, Lazard also has asset management affiliates, LAM, LFG, and Edgewater. Although Lazard receives payments from LAM, LFG, and Edgewater generated by their respective business operations, each of LAM, LFG, and Edgewater is operated as a separate and distinct affiliate and is separated from Lazard's other businesses.  As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual funds, in which

6

cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard or its respective affiliates, managing directors and employees.  Some of these LAM or LFG accounts and funds may have held, may now hold, or may in the future hold debt or equity securities of the Debtors or Reorganized Debtors, or the Debtors' or Reorganized Debtors' creditors, equity holders, or other parties in interest in these cases, and LAM or LFG may have relationships with such parties.  Furthermore, some of the investment funds managed by Edgewater may have held, may now hold or may in the future hold debt or equity securities of the Debtors or Reorganized Debtors or the Debtors' or Reorganized Debtors' creditors, equity holders, or other parties in interest in these cases. Additionally, the Debtors, their creditors, equity holders, or other parties in interest in these cases, and Lazard or its affiliates, managing directors, and employees, may be investors in investment funds that are managed by Edgewater.

13.     The Asset Management Affiliates are not involved in the Debtors' engagement of Lazard in any capacity.  Moreover, Lazard has compliance procedures in place to ensure that (i) no third-party confidential or non-public information received by Lazard and/or the Financial Advisory Affiliates has been or will be available to employees of the Asset Management Affiliates, and (ii) no third-party confidential or non-public information received by the Asset Management Affiliates has been or will be available to employees of Lazard and/or the Financial Advisory Affiliates.  These procedures consist of, among other things:

    (a)     no shared or common spaces between Lazard and the Financial Advisory Affiliates, on the one hand, and the Asset Management Affiliates, on the other hand;

    (b)     keycard restricted access between Lazard and Financial Advisory Affiliates spaces, on the one hand, and Asset Management Affiliates spaces, on the other hand; and

(c)     system-email and file restrictions that (i) generally prevent emails and sharing of files between employees of Lazard and the Financial Advisory Affiliates, on the one hand, and Asset Management Affiliates employees, on the other hand, and (ii) capture emails that are transmitted between those groups for review by Lazard's legal and compliance department.

14.     Lazard and all of its direct and indirect affiliates, including the Financial Advisory Affiliates and Asset Management Affiliates, are ultimately owned directly or indirectly by the Parent Entities.  However, the Asset Management Affiliates are operated separately from Lazard and the Financial Advisory Affiliates.   Additionally, other than members of certain "control groups" such as compliance, legal and IT and members of senior management, who are tasked with, among other things, general management responsibilities or supervising and monitoring the various businesses' compliance with the aforementioned information barriers and/or other policies and procedures of Lazard, no officer, director or employee of Lazard, on the one hand, is an officer, director or employee of the operating entities in the Asset Management Affiliates, on the other hand.

15.     In addition to the procedures described in paragraph 13 above regarding the separation of Lazard and/or the Financial Advisory Affiliates and the Asset Management Affiliates, policies applicable to employees of Lazard and the Financial Advisory Affiliates include a "need to know" policy regarding the handling of sensitive information.   Such employees periodically re-affirm their knowledge of and compliance with such policies and procedures.

16.     During the ninety-day period prior to the Petition Date, Lazard was paid in the ordinary course certain fees and expense reimbursements.  Specifically, (a) on December 30, 2020, Lazard was paid $70,967.74 on account of the prorated December 2020 Monthly Fee and (b) on January 8, 2021, Lazard was paid $200,000 on account of the January 2021 Monthly Fee.

17.     Other than as disclosed herein, Lazard has no relationship with the Debtors or Reorganized Debtors of which I am aware after due inquiry.

18.     Based upon the foregoing, I believe Lazard is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors, or Reorganized Debtors, or their estates.

19.     The Indemnification Agreement includes standard and customary terms contained in Lazard's engagement letters both in and outside of bankruptcy cases.  Based on my experience in the market for investment banking services, the Indemnification Agreement is similar to the indemnification provisions in engagement letters of other similarly situated investment banking firms in engagements both in and outside of bankruptcy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 8, 2021                                   Respectfully submitted,

                                                        /s/  Tyler Cowan
                                                        Name: Tyler Cowan
                                                        Title:   Managing Director
                                                        Lazard Frères & Co. LLC

## <u>Schedule 1</u>

**Potential Parties in Interest**

**SCHEDULE 1[1]**

**List of Schedules**

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Debtor Affiliates |
| 1(c) | Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff |
| 1(f) | Bankruptcy Professionals |
| 1(g) | Banks and Lenders |
| 1(h) | Insurers |
| 1(i) | Landlords |
| 1(j) | Litigants |
| 1(k) | Sureties and Letter of Credit Providers |
| 1(l) | Taxing Authorities and Governmental/Regulatory Agencies |
| 1(m) | U.S. Trustee Personnel for the Southern District of Texas |
| 1(n) | Utilities |
| 1(o) | Significant Vendors |

---

[1]   Counsel for the Reorganized Debtors supplied this Schedule 1 to Lazard for the purposes of Lazard's conflicts search of potential parties in interest in connection with its preparation and submission of the Retention Application. This Schedule 1 should not be relied upon by any party for any other purpose. To the extent possible, entities are listed only once this Schedule; therefore, a party that otherwise would fall within multiple categories is likely to be listed under only one category.

# SCHEDULE 1(a)

## __Debtors__

Bear Parent Inc.
Belk Accounts Receivable LLC
Belk Administration Co.
Belk Center Inc., The
Belk Department Stores LP
Belk eCommerce LLC
Belk Gift Card Co. LLC
Belk Inc.
Belk International Inc.
Belk Merchandising LLC
Belk Sourcing LLC
Belk Stores of Mississippi LLC
Belk Stores of Virginia LLC
Belk Stores Services Inc.
Belk Texas Holdings LLC
Belk-Simpson Co. of Greenville

# SCHEDULE 1(b)

## **Debtor Affiliates**

Fashion Holdings Intermediate LLC
Fashion Holdings LLC
Fashion Intermediate Inc.
Fashion Top Co. LLC

# SCHEDULE 1(c)

### **Directors and Officers**

Fossati, Paul
Frizzley, Jill
Gray, Stacy S.
Harper, Lisa M.
Hawkins, Jacob
Hendricks, Donald L.
Langley, William R.
Mirandi, Peter
Panagos, Steve
Park, Hyon
Patel, Nir
Riggs, Leslie
Sweeney, Rob

# SCHEDULE 1(d)

## **5% or More Equity Holders**

Sycamore Partners

# SCHEDULE 1(e)

## **Bankruptcy Judges and Staff**

Alonzo, Albert
Andresen, Jeannie
Castro, Ana
Chavez, Jeannie
Conrad, Tracey
Do, Linhthu
Isgur, Marvin
Jones, David R.
Laws, Tyler
Lopez, Christopher M.
Miller, Elizabeth
Norman, Jeffrey P.
Ochsner, Nathan
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rodriguez, Eduardo V.
Saldana, Rosario

# SCHEDULE 1(f)

## **Bankruptcy Professionals**

Alvarez & Marsal
Evercore Inc.
Evercore LLC
Latham & Watkins LLP
Lazard Ltd.
Morgan, Lewis & Bockius LLP
O'Melveny & Myers LLP
PJT Partners LP
Willkie Farr & Gallagher LLP

# SCHEDULE 1(g)

## Banks and Lenders

1828 CLO Ltd.
3M Employee Retirement Income Plan
American Money Management
AMMC CLO
Apex Credit Partners
Arch Street CLO Ltd.
Assured Investment Management LLC
Axis Specialty Ltd.
Bank of America NA
Barclays Bank plc
Baycity Alternative Investment Funds
    SICAV-SIF-Baycity US Senior Loan
    Fund
Birchwood Park CLO Ltd.
Black Diamond Capital Management
Blackstone Debt Advisors (GSO Capital
    Partners)
Blackstone Group Inc.
Blair Funding LLC
Blue Cross & Blue Shield of Florida Inc.
BlueMountain CLO
BlueMountain Fuji
BMO Harris Bank NA
BNP Paribas Asset Management United
    States
BNPP IP CLO
Bowman Park CLO Ltd.
California Street CLO IX LP
Canaras Capital Management LLC
Capital One Business Credit Corp.
Carlyle Investment
Cent CLO
City National Rochdale Fixed Income
    Opportunities Fund
City National Rochdale Funds
Columbia Cent CLO Advisors LLC
Columbia Funds Series Trust
Columbia Management Investment Advisers
    LLC
Cork Street CLO Designated Activity Co.
CPS Managers Master Fund LP
Cumberland Park CLO Ltd.

Cutwater Holdings LLC
CVC Credit Partners
Deutsche Asset Management Inc.
    Syndicated Loans from Flagship Capital
    Corp.
Dorchester Park CLO Designated Activity
    Co.
EAF Complan II-Private Debt
Ellington CLO
Emerson Park CLO Ltd.
Endurance Specialty Insurance Ltd.
Evans Grove CLO Ltd.
Exelon Strategic Credit Holdings LLC
Fifth Third Bank
First Eagle Private Credit
Flatiron CLO 2015-1 Ltd.
Franklin Floating Rate Trust
FS KKR Capital Corp.
GAM (Luxembourg) SA - Zilux FCP-SIF-
    Zilux Senior Loans Global
GIC Special Investments Pte. Ltd.
Goldman Sachs Trust II - Goldman Sachs
    Multi-Manager Non-Core Fixed Income
    Fund
Great American Insurance Co.
Great American Life Insurance Co.
Greywolf Capital Management LP
GSO Capital Partners LP
Guggenheim Partners Investment
    Management LLC
Hamilton Finance LLC
HCA Inc. Master Retirement Trust
Hein Park Capital Management LP
Hempstead II CLO Ltd.
Highland Capital Management Fund
    Advisors LP
IAM National Pension Fund
Insight North America LLC
Intel Retirement Plans Collective Investment
    Trust
J.H. Lane Partners LP
Jefferies Finance LLC

Jefferies Leveraged Credit Products LLC
JFIN CLO
JSCC Holdings LLC
Katriona Investment Pte. Ltd.
KKR & Co. Inc.
KKR CLO
KKR PCOP II Caymen Investors A LP
KKR TFO Partners LP
Lockwood Grove CLO Ltd.
MainStay Funds Trust
Maverick Enterprises Inc.
Medtronic Holdings SARL
Menard Inc.
Mercer Field II CLO Ltd.
Midtown Acquisitions LP
MJX Asset Management LLC
MJX Asset Management LLC - Venture
    CLO
Monarch Grove CLO Ltd.
Morgan Stanley Bank NA
Mountain View CLO
Municipal Employees Annuity & Benefit
    Fund of Chicago
Nassau Corporate Credit LLC
New York City Police Pension Fund
Newark BSL CLO 1 Ltd.
NewStar Arlington Senior Loan Program
    LLC
NewStar Berkeley Fund CLO LLC
NewStar Exeter Fund CLO LLC
NewStar Fairfield Fund Clo Ltd.
Nikko AM Global Investments (Cayman) -
    Hyfi Aquamarine Loan Fund
NN (L) Flex - Senior Loans
Nomura Corporate Funding Americas LLC
Nut Tree Capital Management LP
Nuveen Fund
NYL Investors LLC
NZCG Funding Ltd.
Oaktree Capital Management LP
Oregon Public Employees Retirement Fund
OZLM
Pacific Life Insurance Co.
PCOP II Topco Intermediate B LP
PensionDanmark
    Pensionsforsikringsaktieselskab

PineBridge Investments
Polar Bear Fund LP
Principal Diversified Real Asset CIT
Principal Funds Inc. - Diversified Real Asset
    Fund
Prisma SPC Holdings Ltd.
Provident Life & Accident Insurance Co.
Prudential Insurance
Regions Bank
Salem Fields CLO Ltd.
Saranac CLO
SCOF-2 Ltd.
Sculptor Capital LP
Seix Advisors
Seneca Park CLO Ltd.
Seven Sticks CLO Ltd.
Sonoma County Employees' Retirement
    Association
South Carolina Retirement Systems Group
    Trust
South Dock Funding Designated Activity
    Co.
Strategic Credit Opportunities Partners LLC
Symphony Asset Management
Tactical Value SPN - Global Credit
    Opportunities LP
Tall Tree Investment Management LLC
TCI-Symphony CLO
TD Bank NA
Thacher Park CLO Ltd.
Trestles CLO
U.S. Bank NA
UBS AG
Verger Capital Fund LLC
Virtus Asset Trust - Virtus Seix Floating
    Rate High Income Fund
Vista US Subsidiary 1 Fund LLC
Voya CLO
Voya Investment Management
Wellfleet Credit Partners LLC
Wells Fargo Bank NA
Wilshire Institutional Master Fund SPC -
    Guggenheim Alpha Segregated Portfolio

# SCHEDULE 1(h)

### **Insurers**

Allianz SE
Allied World Assurance Co. (US)
American Guarantee & Liability Insurance Co.
American International Group Inc.
ANV Global Services
Arch Specialty Insurance Co.
Aspen Specialty Insurance Co.
AXA XL
Beazley plc
CapSpecialty Inc.
Chubb Ltd.
Columbia Casualty Co.
Crum & Forster Insurance Co.
Endurance American Specialty Insurance Co.
Evanston Insurance Co.
Everest Indemnity Insurance Co.
First Specialty Insurance Co.
Great American Insurance Co.
Hartford Financial Services Group Inc., The
Homeland Insurance Co. of New York
Ironshore Specialty Insurance Co.
James River Insurance Co.
Lexington Insurance Co.
Liberty Mutual Holding Co. Inc.
Lloyd's of London
Mitsui Sumitomo Insurance Co. of America
Nationwide Mutual Insurance Co.
Navigators Insurance Co.
North American Co. for Life & Health Insurance
Princeton Excess & Surplus Lines Insurance Co., The
QBE Insurance Group Ltd.
RSUI Indemnity Co.
Safety National Casualty Corp.
Scottsdale Insurance Co.
Sompo Holdings Inc.
Tokio Marine HCC
Travelers Cos. Inc., The
Travelers P&C Co. of America
W.R. Berkley Corp.
Zurich Insurance Group AG

# SCHEDULE 1(i)

## Landlords

0124 SPG Anderson Mall LLC
2505 S. Maint Street LLC
4661 Shopping Center Association
4825 Simon Property Group LP
8401 Michigan Road LLC
Aegis Realty Operating Partnership LP
Ahoskie Center LLC
A-L 95 Creekside Town Center PH 3 LP
Albany Mall LLC
Allied Development of Alabama LLC
American National Insurance Co.
Anchor Columbia 2 LLC
Applewood Shopping Center GP
Argento, Gina J.
Asheboro Mall LLC
Asprey Real Estate Corp.
Asset Management Technologies LLC
ATC Investors LP
Atlantic North Land Trust Property
    Management Support Inc.
Auburn Mall LLC
Bainbridge Mall LLC
Bank Ozk
Bel Air Mall Realty Holding LLC
Biggs Park Inc.
Blue Ridge Mall LLC
BPR-FF LLC
BRC JV LLC
Brixmor Operating Partnership LP
BVA Avenue LLC
BVCV High Point LLC
Capital Plaza Inc.
Capitol Funds Inc.
Carolina Mall LLC
Carolina Place LLC
Cary Towne Center Property LLC
Casto-Oakbridge Venture Ltd.
CBL & Associates LP
CBL-T-C LLC
CBL-TRS Joint Venture LLC
Century Capital Group LLC
Charlottesville Fashion Square LLC

Cherokee Mainstreet LLC
CK Belk Holdings LLC
Cole Credit Property Trust IV
Cole Operating Partnership IV LP
Cole/Faison JV Bethlehem GA
College Square TEI Equities LLC
Combined Property Service Group
CPA 18 LP
CPT Peachtree Forum I LLC
CRC Mount Pleasant REIT LLC
Credit Suisse First Boston Mortgage
    Securities Corp. Commercial Mortgage
    Pass
Creekstone Juban I LLC
Crossroads Greenville Properties Ltd.
Cullman Shopping Center Inc.
CVM Holdings LLC
CW Joint Venture LLC
D Mall LLC
Dalton Mall LLC
Danville Mall LLC
Danville, City of (VA), Industrial
    Development Authority
Dare Center LLC
DDR Crossroads Center LLC
DDRM Properties LLC
DDRTC Core Retail Fund LLC
DDRTC Fayette Pavilion III & IV
Decatur Mall LLC
Delplace & Co. GP
Destin Commons Ltd.
Distribution Technology Inc.
Douglas Associates
Eastdale Mall LLC
Eastgate Associates Ltd.
Ershig Properties Inc.
Excel Trust LP
Fickling & Co. Inc.
Finmarc Wildewood LLC
Five Properties Holding Co. LLC
Foothills Mall Equities LLC
Four Plus Corp.

Fourth Quarter Properties 93 LLC
G&I VII RCG Valley Park LLC
Galleria Mall Investors LP
Galleria Rock Hill LLC
Gardner, Bill
Gator Coastal Shopping Centre LLC
GCTC Holdings LLC
Gemini Alto Centerville Partners LLC
GF Valdosta Holding LLC
GGP Ivanhoe II Inc.
GGP LP
Gleason Mall LP
Glimcher Properties LP
Governor's Square Mall
Grand Central Parkersburg LLC
Greer Plaza Inc.
Grovenstein QI LLC
H/S Augustine LP
H/S Florence LLC
H/S New Bern LLC
Halpern Enterprises Inc.
Hatchers Square LLC
Hawthorne Pinecrest LLC
HC Lakeshore LLC
HCW Private Development Co. LLC
Heitman America Real Estate
Henderson Square LP
Hendon Golden East LLC
HH Conyers Crossroads LLC
Hines Global REIT 2615 Medical Center
    Parkway LLC
Hoover Mall Ltd. LLC
HRE Fund III LP
Hupps Mill Plaza Associates LLC
Hutton, David
Ingles Markets Inc.
Inland National Real Estate Services LLC
Institutional Mall Investors LLC
Intalytics Inc.
IP Rockford Recap Ventures LLC
Jacksonville Avenues LP
Jacobson 5th Street LLC
Jacobson Charlotte East LLC
Jasper Mall Realty Holding LLC
JG Winston-Salem LLC
JMCR Sherman LLC

Jones Lang LaSalle Americas Inc.
KDI Athens Mall LLC
Khezrie, James
KIMCO Income Operating Partnership LP
Kin Properties Inc.
Kingsport Mall LLC
Kroger LP I
Lake City Shopping Center
Lake Pointe Property Owners Association
Lakeview Pointe Shopping Center
Laurens Retail I LLC
Lazy B Cattle Venture Ltd.
LB UBS 2006 C1 Triangle Town Boulevard
    LLC
Lebcon Associates Ltd.
Lenoir Retail I LLC
Lexington Parkway Plaza LLC
Libby Boone Enterprises LLC
Libby Henderson Enterprises
Light ACD Holdings LLC
Longwood Village Shopping Center
Macerich EQ LP
Mall of South Carolina LP
Mansfield Shops at Broad LLC
Mayflower Apple Blossom LP
MD Ruston Properties LLC
Millan Enterprises LLC
Milledgeville Associates LP
Miller-Valentine of Columbia Ltd.
Ml-CFC 2007-7 N 46Th St LLC
Monroe Crossing TEI Funds LLC
Monroe Retail Group LLC
MRW Retail Joint Venture
Mullins Colony LLC
Myrtle Beach Mall LLC
New Port Richey Development Co. LLC
News Co. LLC
North Carolina, State of, Public Employees
    Retirement System
North Main Phase II & III LLC
Northpark Realty LP
NRV Mall Associates
Oaks Mall Gainesville LP
Orange Park Mall LLC
Oxford Retail Holding LLC
Pacific Management Group LLC

PC Sweet Home Bama LLC
Pecanland Mall LLC
Pengould LLC
Penrose Mall LLC
Perlis Plaza Associates LLC
Pinnacle North II LLC
Pizitz of Dothan LLC
Pleasant Ridge Town Center LLC
Port Orange I LLC
PR Magnolia LLC
Preferred Apartment Communities
     Operating Partnership LP
PREIT Associates LP
Prince of Orange LLC
Prisa LHC LLC
Provest Centre Pointe Plaza Associates LLC
ProVest Lincoln Center LLC
ProVest PDQ Springdale LLC
Publix Super Markets Inc.
Rae-Me Realty Inc.
Rancho Lufkin LP
RCG Ventures Fund IV LP
RCG-Waycross Mall LLC
RD Tulsa Hills LP
Regional Malls LLC
Retail Properties of America Inc.
Retail Property Trust, The
Ridgeview Crossing
River Chase Shopping Center LLC
River Hills Mall
River Place Investors LLC
River Ridge Mall JV LLC
Riverbirch Realty LLC
Riverchase Business Association Inc.
Riverchase Land Acquisition LLC
Roanoke Landing Associates LLC
Robertson's Creek Dunhill Investors LLC
RockStep Christiansburg LLC
Rockstep McComb LLC
Rockstep Meridian LLC
Rome Mall LLC
Rosen McIntosh Plaza LLC
RP Jackson Plaza LLC
RP Town & Country LLC
RPI Bel Air Mall LLC
RPI Greenville Mall LP

RPT Realty LP
RSE Independence LLC
S2 Forest Gate Associates LLC
Saint Smitty LLC
Samonds Legacy LLC
Sampson Crossing LLP
Sawmill Square Associates LP
Scotland Crossing Investors LLC
Scott Village Big Springs LLC
SE Aiken LLC
Seayco-THF Conway Development LLC
Shallotte Crossing LLC
Shelby Mall LLC
Shelter Cove Towne Centre LLC
Shoppes at River Crossing LLC
Signal Hill Mall
Simon Property Group LP
SL Nusbaum Realty Co.
Southampton CTR Joint Venture
SouthPark Mall LP
Spotsylvania Mall Co.
Statesboro Mall LLC
Staunton EM2 LLC
Stirling Bossier LLC
Stockbridge Lakeshore LLC
Sumter Mall LLC
T Surfside FL LLC
Tabani Natchez Mall LP
Tallahassee Retail Venture LLC
Tanglewood Venture LLC
Temecula's Elite LLC
Temples Co., The
Tifton Plaza Owner LLC
TKG Smith Farm LLC
TM Northlake Mall LP
TMP SRE 1 LLC
TN Oak Ridge Rutgers LLC
Town Center at Cobb LLC
Towne Mall LLC
Tran, Khanh Quang
Triangle East Shopping Center
Tri-City Inc.
TUP 130 LLC
Turtle Creek LP
Unison Mooresville LLC
University Mall LLC

University Mall Realty Ltd.
Urban Shopping Centers LP
US Properties Group Inc.
Valley Hills Mall LLC
Vernon Park Mall Holding Corp.
VG Venture LLC
VGEC LLC
Vicksburg Income Properties LLC
Victory Real Estate Investment LLC
Victory Square LLC
Village Lake Promenade LLC
Washington Prime Group LP
Waters Inc.
Waxahachie TC Partners Ltd.
Weatherford Dunhill LLC
West C Street Holdings LLC
West Georgia Commons LLC
West Town Mall LLC
Westgate Mall LP
Westminster Mall LLC
Whitestone REIT Operating Partnership LP
WHLR-Village of Martsinville LLC
Winbrook Management LLC
Winter Haven Citi Centre LLC
Wiregrass Realty LLC
WV Crossroads Realty LLC
Yale Waynesville LLC
YFP LLC

# SCHEDULE 1(j)

## Litigants

Alexander Ricks PLLC
Arnold & Porter Kaye Scholer LLP
Colclough, Thomas M.
Doniger / Burroughs Law Firm
Flachsbart & Greenspoon LLC
Fross Zelnick Lehrman & Zissu PC
Herrmann & Murphy PLLC
Holwell Shuster & Goldberg LLP
IP Edge LLC
K&L Gates LLP
Klestadt Winters Jureller Southard & Stevens LLP
Lincoln Derr PLLC
Nixon Jach Hubbard PLLC
Offit Kurmann
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Thompson Legal Center LLC
Unique Designs Inc.
Watson & Norris pllc
Zarin & Associates

# SCHEDULE 1(k)

## **Sureties and Letter of Credit Providers**

North American Specialty Insurance Co.
Wells Fargo Capital Finance Inc.

# SCHEDULE 1(l)

## Taxing Authorities and Governmental/Regulatory Agencies

Adams, County of (MS), Tax Collector
Ahoskie, Town of (NC)
Aiken, City of (SC)
Aiken, County of (SC), Treasurer
Alabama, State of, Department of Revenue
Alabama, State of, Secretary of State,
    Probate Judges
Alabama, State of, Treasurer
Alabaster, City of (AL)
Alabaster, City of (AL), Revenue
    Department
Alachua, County of (FL), Tax Collector
Albany, City of (GA)
Albemarle, County of (VA)
Alcorn, County of (MS), Tax Collector
Allen Parish School Board (LA)
Alston & Bird LLP
Americus, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer
Angelina, County of (TX), Tax Office
Anybill Financial Services Inc.
Arizona, State of, Department of Revenue
Arkansas, State of
Arkansas, State of, Department of Finance
    & Administration
Arkansas, State of, Secretary of State
Ashland, City of (KY)
Athens Clarke, County of (GA)
Athens, City of (TN)
Auburn, City of (AL)
Augusta, County of (VA), Treasurer
Bainbridge, City of (GA)
Baldwin, County of (AL)
Barrow, County of (GA), Tax
    Commissioner
Beaufort, City of (SC)
Beaufort, County of (SC), Tax Collector
Beauregard, Parish of (LA), Sheriff's Office
Berkeley, County of (SC), Treasurer
Biloxi, City of (MS)
Birmingham, City of (AL)

Birmingham, City of (AL), Tax Trust
    Account
Blount, County of (TN), Trustee
Bossier City, City of (LA)
Bossier, Parish of (LA)
Bossier, Parish of (LA), Sheriff's Office -
    Tax Office
Bowling Green, City of (KY)
Branson, City of (MO)
Brevard, City of (NC)
Brevard, County of (FL), Tax Collector
Bristol, City of (TN)
Brunswick, County of (NC), Revenue
    Department
Buncombe, County of (NC), Tax Collector
Burke, County of (NC), Tax Collector
Burke, County of (NC), Tax Office
Burlington, City of (NC)
Burlington, City of (NC), Tax Collector
Caddo, Parish of (LA)
Caldwell, County of (NC), Tax Collector
California, State of, Department of Tax &
    Fee Administration
California, State of, Franchise Tax Board
Camden, City of (SC)
Camden, County of (GA), Tax
    Commissioner
Canton, City of (GA)
Carroll, County of (GA), Tax Office
Carroll, County of (MD) Board of
    Commissioners
Carrollton, City of (GA)
Carteret, County of (NC), Tax Collector
Cartersville, City of (GA)
CBIZ Operations Inc.
Centerville, City of (GA)
Centerville, City of (GA), Tax Collector
Charleston, City of (SC)
Charleston, County of (NC), Treasurer
Charleston, County of (SC), Recycle &
    Disposal
Charlotte, City of (NC), Tax Collector

17

Charlotte, City of (NC), Tax Commissioner
Chattanooga, City of (TN), Treasurer
Cherokee, County of (SC), Treasurer
Christiansburg, Town of (VA)
Clarksville, City of (MO)
Clay, County of (FL), Tax Collector
Cobb, County of (GA)
Colleton, County of (SC), Tax Collector
Collin, County of (TX), Tax Assessor
    Collector
Colorado, State of, Department of Revenue
Columbia, City of (SC)
Columbia, City of (TN), Recorder
Columbia, County of (GA), Tax Collector
Columbia, County of (GA), Tax
    Commission
Columbus, County of (NC), Tax Collector
Comal, County of (TX), Tax Office
Conway, City of (SC)
Conyers, City of (GA)
Cookeville, City of (TN)
Cooperative Purchasing Group
Corbin, City of (KY)
Cordele, City of (GA), Tax Collector
Corinth, City of (MS), Tax Department
Cornelia, City of (GA)
Cornelia, City of (GA), Tax Collector
Cornerstone Consulting Inc.
Coweta, Couny of (GA), Tax Commissioner
Crisp, County of (GA), Tax Commissioner
Cullman, City of (AL)
Cullman, County of (AL)
Cullman, County of (AL), Revenue
    Commissioner
Dallas, County of (TX), Tax Collector
Dalton, City of (GA), Municipal Court
Danville, City of (VA)
Dare, County of (GA), Tax Collector
Darlington, County of (SC), Treasurer
Decatur, City of (AL)
Decatur, County of (GA), Tax
    Commissioner
Deland, City of (FL)
Delaware, State of, Division of Corporations
Deloitte Tax LLP

Denton, County of (TX), Tax Assessor
    Collector
Denton, County of (TX), Tax Office
Dewees, Heather S.
Don Barnhill Associates LLC
Dothan, City of (AL)
Dougherty, County of (GA), Tax
    Department
Douglas, City of (GA)
Douglasville, City of (GA)
Dublin, City of (GA)
Ducharme Mcmillen & Associates Inc.
Easley, City of (SC)
Elizabeth City, City of (NC)
Elizabethtown, City of (KY)
Elkin, Town of (NC), Tax Collector
Ellis, County of (TX), Tax Assessor-
    Collector
Ernst & Young LLP
Escambia, County of (FL), Tax Collector
Etowah, City of (AL)
Etowah, County of (AL), Revenue
    Commissioner
Fair, Jerry Michael
Farmville, Town of (VA)
Fayetteville, City of (GA)
FL 1527 Public Improvement Fee
Flagler, County of (FL), Tax Collector
Florence, City of (SC)
Florence, County of (SC), Treasurer
Florida, State of, Department of Financial
    Services
Florida, State of, Department of Revenue
Flowood, City of (MS)
Forest Acres, City of (SC)
Forsyth, County of (GA), Tax
    Commissioner
Forsyth, County of (NC), Tax Collector
Franklin, City of (VA), Treasurer
Gaffney, City of (SC)
Gainesville, City of (FL)
Gallatin, City of (TN)
Garner, Town of (NC)
Gaston, County of (NC), Tax Collector
Gautier, City of (MS)
Georgetown, City of (SC)

Georgetown, County of (SC), Treasurer
Georgia, State of, Department of Revenue
Glynn, County of (GA), Occupational Tax
    Department
Grant Thornton LLP
Grapevine-Colleyville Area Tax Office
Grayson, County of (TX), Tax Collector
Greeneville, Town of (TN)
Greensboro, City of (NC)
Greenville, City of (MS)
Greenville, County of (SC), Tax Collector
Greenwood, City of (SC)
Greenwood, County of (SC), Tax Collector
Greer, City of (SC)
Griffin, City of (GA)
Guilford, County of (NC), Tax Department
Gulfport, City of (MS)
Guntersville, City of (AL)
Gwinnett, County of (GA)
Halifax, County of (VA), Treasurer
Hamblen, County of (TN)
Hamilton, County of (TN), Trustee
Harbison Community Association
Hardin, County of (KY), Sheriff's Office
Harnett, County of (NC), Tax Department
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hart, County of (GA), Tax Commissioner
Hartford, City of (CT), Commissioner of
    Revenue
Hartsville, City of (SC)
Hartwell, City of (GA)
Hattiesburg, City of (MS)
Hawaii, State of, Department of Taxation
Helena, City of (AL)
Henry, County of (GA)
Hertford, County of (NC), Tax Collector
High Point, City of (NC)
Hilton Head Island, Town of (SC)
Hinds, County of (MS), Tax Collector
Hoover, City of (AL)
Horry, County of (SC), Business License
    Department
Horry, County of (SC), Treasurer
Hot Springs, City of (AR)

Houston, County of (GA), Tax
    Commissioner
Hulsey, Travis A.
Hunt, County of (TX), Tax Office
Huntsville, City of (AL)
Idaho, State of, Tax Commission
Illinois, State of, Department of Revenue
Indiana, State of, Department of Revenue
Iowa, State of, Department of Revenue &
    Finance
Iredell, County of (NC), Tax Collector
Jackson, City of (TN)
Jackson, County of (MS), Tax Collector
Jasper, City of (AL)
Jefferson Davis, Parish of (LA)
Jefferson, City of (AL), Department of
    Revenue
Jefferson, County of (AL), Tax Collector
Johnson, City of (TN), Recorder
Jones, County of (MS), Tax Assessor-
    Collector
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Department
    of Revenue
Kentucky, Commonwealth of, Treasurer
Kerr, County of (TX), Tax Office
Kerrville Independent School District (TX)
Kershaw, County of (SC), Treasurer
Kingsport, City of (TN)
Knox, County of (KY)
Knox, County of (KY), Sheriff's Office
Knox, County of (TN), Trustee
Knoxville, City of (TN)
Lady Lake, Town of (FL)
Lafayette, County of (MS), Tax Collector
Lake City, City of (SC)
Lake, County of (FL), Tax Collector
Lamar, County of (MS), Tax Assessor-
    Collector
Lamar County of Appraisal District (TX)
Lancaster, City of (SC)
Lancaster, County of (SC), Treasurer
Lauderdale, County of (MS), Tax Collector
Laurel, City of (MS)
Laurens, City of (SC)
Laurens, County of (SC), Treasurer

Laurinburg, City of (NC)
Lee, City of (AL), Business License Office
Lee, County of (MS), Tax Collector
Lenoir, City of (NC)
Lexington, County of (SC)
Lexington, County of (SC), Treasurer's
    Office
Little Rock, City of (AR)
Livingston, Parish of (LA), School Board
Livingston, Parish of (LA), Sheriff's Office
Livingston, Parish of (LA), Tax Collector
Louisiana, State of, Department of
    Agriculture
Louisiana, State of, Department of Revenue
Louisiana, State of, Department of Revenue
    & Taxation
Louisiana, State of, Department of the
    Treasury
Lowndes, County of (MS), Tax Assessor-
    Collector
Lumberton, City of (NC)
Lynchburg, City of (VA)
Macon-Bibb, County of (GA)
Madison, County of (AL), License
    Department
Madison, County of (AL), Sales Tax
    Department
Madison, County of (AL), Tax Collector
Madison, County of (TN), Trustee
Maine, State of, Revenue Services
Marion, County of (FL), Tax Collector
Martin, County of (NC), Tax Collector
Martinsville, City of (VA)
Martinsville, City of (VA), Treasurer
Maryland, Commonwealth of, Comptroller
Maryland, State of, Department of,
    Assessments & Tax
Maryville, City of (TN)
Massachusetts, Commonwealth of
Maury, County of (TN), General Sessions
    Court
McComb, City of (MS), Tax Collector
McLennan, County of (TX), Rural
    Transportation District
McLennan, County of (TX), Tax Office

Mercer, County of (WV), Sheriff's
    Department
Meridian, City of (MS)
Michigan, State of
Middlesboro, City of (KY)
Milledgeville, City of (GA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Board of Cosmetology
Mississippi, State of, Department of
    Revenue
Mississippi, State of, Treasurer
Missouri, State of, Department of Revenue
Missouri, State of, Director of Revenue
Mobile, City of (AL)
Mobile, County of (AL)
Mobile, County of (AL), Revenue
    Commissioner
Monroe, City of (GA)
Monroe, City of (LA)
Monroe, City of (LA), Taxation & Revenue
    Department
Montgomery, City of (AL)
Montgomery, County of (AL),
    Commissioner
Montgomery, County of (TN), Trustee
Montgomery, County of (VA), Treasurer
Moore & Van Allen PLLC
Morehead City, Town of (NC)
Morgan, County of (AL)
Morgan, County of (AL), Revenue
    Commissioner
Morganton, City of (NC)
Morganton, City of (NC), Tax Collector
Morristown, City of (TN)
Moultrie, City of (GA)
Mount Airy, City of (NC)
Mt. Juliet, City of (TN)
Myrtle Beach, City of (SC)
Nacogdoches Central Appraisal District
    (TX)
Nacogdoches, City of (TX)
Nacogdoches, City of (TX), Tax Assessor
    Collector
Nash, County of (NC), Tax Collector
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation

New Jersey, State of, Department of the
Treasurer
New Jersey, State of, Sales Tax
New Mexico, State of, Taxation & Revenue
Department
New York, State of, Sales Tax Processing
Newnan, City of (GA)
North Augusta, City of (SC)
North Carolina, State of, Department of
Labor
North Carolina, State of, Department of
Revenue
North Carolina, State of, Department of the
Treasurer
North Charleston, City of (SC)
Oconee, County of (NC), Treasurer
Ogletree Deakins Nash Smoak & Stewart
PC
Ohio, State of, Treasurer
Oklahoma, State of, Tax Commission
Oklahoma, State of, Treasurer
Orangeburg, City of (SC)
Orangeburg, County of (SC), Treasurer
Ouachita, Parish of (LA), Tax Collector
Oxford, City of (MS)
Paradigm Tax Group LLC
Paragould, City of (AR)
Parker County Appraisal District (TX)
Parker, County of (TX)
Payne, County of (OK), Treasurer
Peachtree Corners, City of (GA)
Pennsylvania, Commonwealth of,
Department of Revenue
Pickens, County of (SC), Treasurer
Pike, County of (MS), Tax Collector
Pitt, County of (NC), Tax Collector
Pope, County of (AR), Tax Collector
Port Orange, City of (FL)
Prattville, City of (AL)
PricewaterhouseCoopers LLP
Pulaski, County of (KY)
Pulaski, County of (KY), Sheriff's Office
Putnam, County of (TN), Trustee
Randolph, City of (NC), Tax Collector
Rankin, County of (MS), Tax Collector
Red River, Parish of (LA)

Reidsville, City of (NC)
Rhode Island, State of, Division of Taxation
Richland, County of (SC)
Richland, County of (SC), Treasurer
Richmond, City of (KY)
Richmond, County of (NC), Tax Collector
Ridgeland, City of (MS)
Roanoke, City of (VA)
Roanoke, City of (VA), Treasurer
Roanoke, County of (VA), Treasurer
Robertson, County of (TN), Trustee
Robeson, County of (NC), Tax Collector
Rock Hill, City of (SC)
Rockingham, City of (NC), Tax Department
Rockingham, County of (NC), Tax Collector
Rockwall Central Appraisal District (TX)
Rocky Mount, City of (NC)
Rogers, City of (AR)
Rome, City of (GA)
Russellville, City of (AK)
Ryan LLC
Sabine, Parish of (LA)
Sampson, County of (NC), Tax Collector
Savannah, City of (GA)
Scotland, County of (NC), Tax Department
Selma, City of (AL)
Shelby, County of (AL)
Shelby, County of (AL), Property Tax
Commissioner
Shreveport, City of (LA)
Simpsonville, City of (SC)
Snellville, City of (GA)
Somerset, City of (KY)
South Boston, Town of (VA)
South Carolina, State of, Department of
Labor
South Carolina, State of, Department of
Revenue
South Carolina, State of, Treasurer
South Dakota, State of, Department of
Revenue
Spalding, County of (GA), Tax
Commissioner
Spanish Fort, City of (AL)
Spartanburg, City of (SC)
Spartanburg, County of (SC), Treasurer

Spotsylvania, County of (VA), Treasurer
St. Marys, City of (GA)
Stanly, County of (NC), Tax Collector
Statesboro, City of (GA)
Streamline Tax Solutions LP
Stuttgart, City of (AR)
Suffolk, City of (VA), Treasurer
Sullivan, County of (TN), Trustee
Sumner, County of (TN), Trustee
Sumter, City of (SC)
Sumter, County of (SC), Treasurer
Surry, County of (NC), Tax Collector
Taney, County of (MO), Tax Collector
Tarrant, County of (TX), Tax Assessor-
     Collector
Tazewell, County of (VA), Treasurer
Tennessee, State of, B&E Division
Tennessee, State of, Department of Revenue
Tennessee, State of, Treasurer
Texas, State of, Comptroller
Texas, State of, Comptroller Public
     Accounts
Thomaston, City of (GA)
Thomasville, City of (GA)
Thomasville, City of (GA), School Tax
Tifton, City of (GA)
Toccoa, City of (GA)
Toombs, County of (GA), Tax Collector
Transaction Tax Consulting Group
Transylvania, County of (NC), Tax
     Administration
Transylvania, County of (NC), Tax
     Collector
Trussville, City of (AL)
Tucker, A. Lee
Tulsa, County of (OK), Treasurer
Tupelo, City of (MS)
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Special Tax
     Board
Tuscaloosa, County of (AL), Tax Collector
Tuscaloosa, County of (MS), License
     Department
United States, Government of the,
     Department of Homeland Security

United States, Government of the,
     Department of the Treasury
United States, Government of the,
     Department of the Treasury, Internal
     Revenue Service
Valdosta, City of (GA)
Vermont, State of, Department of Taxes
Vidalia, City of (GA)
Vidalia, City of (GA), Tax Collector
Vienna, City of (WV)
Virginia, Commonwealth of
Virginia, Commonwealth of, Comptroller
Virginia, Commonwealth of, Department of
     Taxation
Volusia, County of (FL)
Volusia, County of (FL), Revenue Division
Wake, County of (NC), Revenue
     Department
Walterboro, City of (SC)
Walters, Howard Moody, Jr.
Warren, County of (KY), Sheriff's Office
Warren, County of (MS), Tax Collector
Washington, County of (MS), Tax Collector
Washington, Parish of (LA), Tax Collector
Washington, State of, Department of
     Revenue
Waycross, City of (GA)
Waynesville, Town of (NC), Tax Collector
West Feliciana, Parish of (LA), Sales Tax
West Virginia, State of, Tax Department
West Virginia, State of, Treasurer
Westminster, City of (MD), Circuit Court
     Clerk
Whiteville, City of (NC)
Whitfield, County of (GA), Tax
     Commissioner
Wilkes, County of (NC), Tax Office
Wilkesboro, Town of (NC)
Wilkins, Dianne
Williamston, Town of (NC)
Williamston, Town of (NC), Tax Collector
Wilson, County of (TN), Trustee
Winchester, City of (VA)
Winchester, City of (VA), Treasurer
Winn Parish School Board (LA)
Wisconsin, State of, Department of Revenue

Wise, County of (VA)
Wise, Town of (VA)
Wise, Town of (VA), Treasurer
Wtowah, County of (AL), Revenue
    Commissioner
Wyoming, State of, Department of Revenue
York, County of (SC), Treasurer

# SCHEDULE 1(m)

## U.S. Trustee Personnel for the Southern District of Texas

Bujold, Michael J.
Barcomb, Alicia
Boykin, Jacqueline
Duran, Adrian
Duran, Hector
Epstein, Kevin M.
Goodwin, Valerie
Griffin, Barbara
Henicke, Genny
Johnson-Davis, Luci
Motton, Linda
Nguyen, Ha
Otto, Glenn
Ruff, Jayson B.
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Waxton, Clarissa
Whitworth, Jana

# SCHEDULE 1(n)

## Utilities

Ahoskie, Town of (NC)
Aiken Electric Cooperative Inc.
Aiken, City of (SC)
Alabama Power Co. Inc.
Alabaster Water Board
Albany, City of (GA), Utilities
Albemarle County Service Authority
Albemarle, City of (NC)
Alcorn County Electric Power
Americus, City of (GA)
AmeriGas LP
Appalachian Power Co.
Asheboro, City of (NC)
Asheville, City of (NC)
Ashland, City of (KY)
Athens Utilities Board
Athens-Clarke, City of (GA), Water
    Business Office
Atmos Energy Corp.
Auburn City Water Works Board
Augusta County Service Authority
Bainbridge, City of (GA)
Baldwin County Sewer Service LLC
Baltimore Gas & Electric Co.
Beaufort-Jasper Water & Sewer Authority
Birmingham Water Works & Sewer Board
Blue Ridge Electric Cooperative
Bluefield Gas Co.
Boone, Town of (NC)
Bossier, City of (LA), Utilities Department
Bowling Green Municipal Utilities
Bradley Public Service District (WV)
Branson, City of (MO)
Brevard, City of (NC)
BrightRidge
Bristol Tennessee Essential Services
Bristol, City of (TN)
Broad Creek Public Service District (SC)
Brunswick Electric Membership Corp.
Brunswick-Glynn County Joint Water &
    Sewer Commission
Buford, City of (GA)

Camden, City of (SC)
Canton, City of (GA)
Cape Coral, City of (FL)
Cape Fear Public Utility Authority
Carolina Water Service Inc. of NC
Carroll Electric Cooperative Corp.
Carrollton, City of (GA)
Cartersville, City of (GA)
Cary, City of (NC)
CDE Lightband
CenterPoint Energy Inc.
Centerville, City of (GA)
Charleston Water System
Charleston, County of (SC), Revenue
    Collections
Charlotte, City of (NC)
Chattanooga Gas Co.
Chattanooga, City of (TN)
Christiansburg, City of (VA)
City Corp. - Russellville Water & Sewer
Clarksville, City of (TN), Gas & Water
    Department
Clay County Utility Authority
Clay Electric Cooperative
Cleco Power LLC
Clermont, City of (FL)
Cleveland Utilities
Clinton, City of (NC)
Cobb Electric Membership Corp.
Cocoa, City of (FL)
Columbia County Water Utility
Columbia Gas of Kentucky Inc.
Columbia Gas of Maryland Inc.
Columbia Gas of Virginia Inc.
Columbia Power & Water Systems
Columbia, City of (SC)
Columbus Light & Water Department
Concord, City of (NC)
Conger LP Gas Inc.
Consolidated Utility District of Rutherford
    County
Constellation NewEnergy Gas Division LLC

Conway Corp.
Conway, City of (SC)
Cookeville, City of (TN)
Coolsprings Mall LLC
Corbin Utilities Commission
Cordele, City of (GA)
Corinth Gas & Water Department
Cornelia, City of (GA)
CoServ
Coweta-Fayette EMC
Crisp County Power Commission
Cullman Power Board
Cullman-Jefferson Counties Gas District
    (AL)
Cumming, City of (GA)
CyberSource Corp.
Dalton Utilities
Danville, City of (VA)
Daphne Utilities
Decatur Utilities
Deland, City of (FL)
Delta Natural Gas Co. Inc.
Dependabill Solutions LLC
Diverse Power
Dominion Energy North Carolina
Dominion Energy South Carolina
Dominion Energy West Virginia
Dothan Utilities
Douglas, City of (GA)
Douglasville-Douglas, County of (GA)
Dublin, City of (GA)
Duke Energy Corp.
Dunn, City of (NC)
Durham, City of (NC), Sewer/Water
Easley Combined Utilities
Electric City, City of (SC), Utilities
Elizabeth City, City of (NC)
Elkin, Town of (NC)
Emerald Coast Utilities Authority
Engie Insight Services Inc.
Engie Resources
Entergy Arkansas Inc
Entergy Gulf States LA LLC
Entergy Louisiana Inc.
Entergy Mississippi Inc.
EPB

Euless, City of (TX)
Farmville, Town of (VA)
Fayetteville Public Works Commission
First Utility District of Knox County (TN)
Flint EMC
Florence, City of (AL), Utilities Department
Florence, City of (SC)
Florida Power & Light Co.
Flower Mound, Town of (TX)
Flowood, City of (MS)
Floyd, County of (GA), Water Department
Forest City, Town of (NC)
Fort Hill Natural Gas Authority
Fort Worth, City of (TX)
Franklin, City of (VA)
Gaffney Board of Public Works
Gainesville Regional Utilities
Gainesville, City of (GA)
Gallatin Public Utilities
Gallatin, City of (TN), Department of
    Electricity
Gastonia, City of (NC)
Gautier, City of (MS), Billing Department
Georgetown, City of (SC)
Georgia Power
Goldsboro, City of (SC)
Grand Strand Water & Sewer
Granite Telecommunications LLC
Green Valley Glenwood Public Service
    District (WV)
Greeneville Light & Power System
Greeneville Water Commission
Greensboro, City of (SC)
Greenville Utilities Commission
Greenville Water
Greenville, City of (SC), Water Department
Greenville, City of (TX)
Greenwood Commissioners of Public Works
Greer Commission of Public Works
Griffin, City of (GA)
Gulf Power Co.
Gulfport, City of (MS)
Gwinnett, County of (GA), Water Resources
Halifax County Service Authority
Hampton Roads Sanitation District
Hardin County Water District # 2

26

Harrisonburg Electric Commission
Hartsville, City of (SC)
Hartwell, City of (GA)
Hattiesburg, City of (MS)
Henderson, City of (NC)
Hendersonville, City of (NC)
Hernando, County of (FL), Utilities
    Department
Hickory, City of (NC)
High Point, City of (NC)
Hixson Utility District
Hot Springs Water & Sewer Services
Huntsville Utilities
Jackson Electric Membership Corp.
Jackson Energy Authority
Jacksonville Electric Authority
Jacksonville, City of (NC)
Jasper Waterworks & Sewer Board Inc.
Jefferson, County of (AL), Sewer Service
Jim Wilson & Associates
Johnson, City of (TN), Utility System
Jointly Owned Natural Gas
Jones-Onslow Electric Membership Corp.
Kentucky Power Co.
Kentucky Utilities Co.
Kerrville Public Utility Board
Kerrville, City of (TX)
Kill Devil Hills Wastewater Treatment Plant
Kill Devil Hills, Town of (NC)
Kingsport, City of (TN)
Kinston, City of (NC)
Knoxville Utilities Board
Lagrange Sanitation Services LLC
Lagrange, City of (GA)
Lake City, City of (FL)
Lake City, City of (SC)
Lakeland Electric
Lancaster, City of (SC)
Laurel, City of (MS), Public Utility
Laurens Commission of Public Works
Laurinburg, City of (NC)
Lee County Electric Cooperative
Leesburg, City of (FL)
Lenoir City Utilities Board
Lenoir, City of (NC)
Lexington, City of (NC)

Liberty Utilities - Empire District
Lincolnton, City of (NC)
Lufkin, City of (TX)
Lumberton, City of (NC)
Lynchburg, City of (VA)
Mansfield, City of (TX)
Marshall-Dekalb Electric Cooperative
Martinsville, City of (VA)
Maryville, City of (TN), Utilities
McComb, City of (MS)
McKinney, City of (TX)
Meridian, City of (MS)
Middle Tennessee Electric Membership
    Corp.
Milledgeville, City of (GA)
Mississippi Power
Mobile Area Water & Sewer System
MonPower
Monroe, City of (LA)
Monroe, City of (NC)
Montgomery Water Works & Sanitary
    Sewer Board
Mooresville, City of (NC)
Morganton, City of (NC)
Morristown Utility Commission
Moultrie, City of (GA)
Mount Airy, City of (NC)
Mount Juliet, City of (NC)
Mount Pleasant Waterworks
Mountaineer Gas Co.
Myrtle Beach, City of (SC)
Nacogdoches, City of (TX)
Natchez Water Works
National Exemption Service
New Bern, City of (NC)
New Braunfels Utilities
New River Light & Power Co.
Newnan Utilities
North Augusta, City of (SC)
Norton, City of (VA)
Oak Ridge Utility District
Oak Ridge, City of (TN)
Ocala, City of (FL)
oi
Old Dominion Power Co.
Owasso Public Works

Oxford, City of (MS)
Palm Coast, City of (FL)
Palmetto Electric Cooperative Inc.
Palmetto Utilities Inc.
Paragould Light Water & Cable
Paris, City of (TX)
Pasco County Utilities
Pearl River Valley EPA
Piedmont Natural Gas
Pineville Electric & Telephone
Port Orange, City of (FL)
Potomac Edison
Prattville Water Works Board
Public Service Co. of Oklahoma
Raleigh, City of (NC)
Reidsville, City of (NC)
Republic Services #728 - Vidalia
Richmond Utilities
Ridgeland, City of (MS)
Riviera Utilities
Roanoke Gas Co.
Roanoke Rapids Sanitary District (NC)
Rock Hill, City of (SC)
Rockingham, City of (NC)
Rockwall, City of (TX)
Rocky Mount, City of (NC)
Rogers Water Utilities
S2S Communications Inc.
Salisbury, City of (NC)
Sanford, City of (NC)
SanteeCooper
Savannah, City of (GA)
Sawnee Electric Membership Corp.
Sebring, City of (FL)
Selma Waterworks & Sewer Board
Seneca Light & Water
Sevier County Electric System
Sevier County Utility District
Sevierville, City of (TN)
Shallotte, City of (NC)
Shenandoah Valley Electric Cooperative
Sherman, City of (TX)
Shreveport, City of (LA)
Singing River Electric Cooperative
Smithfield, City of (NC)
Somerset, City of (KY)

South Walton Utility Co. Inc.
Southern Maryland Electric Cooperative
Southern Pines, City of (NC)
Southwestern Electric Power Co.
Southwestern VA Gas Co.
Spartanburg Water System
Spire Inc.
Spotsylvania, County of (VA), Treasurer
Springfield, City of (TN), Department of
    Utilities
St. Augustine, City of (FL)
St. Mary's County Metropolitan
    Commission
St. Marys, City of (GA)
Statesboro, City of (GA)
Statesville, City of (NC)
Stillwater, City of (OK)
Stuttgart Municipal Water Works
Summerville Comissioners of Public Works
Summerville, City of (GA)
Sumter, City of (SC)
Tallahassee, City of (FL)
Tampa Electric Co.
Tanglewood Venture LLC
Tazewell County Public Service Authority
TECO Peoples Gas
Tennessee-American Water Co.
Thomaston, City of (GA)
Thomasville Utilities
ThompsonGas
Tifton, City of (GA)
Toccoa, City of (GA)
Tombigbee Electric Power Association -
    Fulton
Tri-County Electric Cooperative Inc.
Trussville Gas & Water
Tulsa, City of (AL), Utilities
Tupelo, City of (MS), Water & Light
    Department
Tuscaloosa, City of (AL)
TXU Energy
University Mall LLC
Utilities Inc. of Louisiana
Utility Billing Services (AR)
Valdosta, City of (GA)
Vicksburg, City of (MS)

Vidalia, City of (GA)
Vienna, City of (WV)
Village Center Service Area
Waco, City of (TX), Water Office
Walker, City of (LA)
Walterboro, City of (SC)
Walton Electric Membership Corp.
Ward 2 Water District
Washington Gas
Washington, City of (NC), Municipal
    Building
Waste Management National Services Inc.
Water Service Corp. of Kentucky
Waxahachie, City of (TX)
Waycross, City of (GA)
Waynesville, Town of (NC)
Weatherford, City of (TX)
West Wilson Utility District
Western Virginia Water Authority
Westminster, City of (MD)
Whiteville, City of (NC)
Wilkesboro, Town of (NC)
Williamston, Town of (NC)
Wilson, City of (NC)
Winchester, City of (VA)
Winston-Salem, City of (NC)
Wise, Town of (VA)
York County Natural Gas Authority

# SCHEDULE 1(o)

## Significant Vendors

Alfred Dunner Inc.
Alvarez & Marsal Holdings LLC
Bank of America Corp.
Bank of America Retail Group
Belk Stores Services Inc.
BH Multi Com Corp.
Blue Cross & Blue Shield of North Carolina
Brahmin Leather Works Inc.
Chanel Inc.
Clinique Laboratories
Columbia Sportswear Co.
Corporate Capital Markets
Diversified Distribution Systems
E&E Co. Ltd.
E-Lo Sportswear LLC
Engie Insight Services Inc.
Estée Lauder Inc.
Euroitalia USA Inc.
Euroitaly Inc.
F&F Apparel International Inc.
Federal Express Corp.
Footwear Unlimited Inc.
Fred David International USA Inc.
General Sportwear Co. Inc.
G-III Leather Fashions Inc.
Grant Thornton LLP
Haddad Apparel Group Ltd.
Haggar Apparel Co.
Hanesbrands Inc.
HMS Productions Inc.
Horizon Media Inc.
IBM Corp.
iCrossing Inc.
Izod Men's
JB Hunt Transport Inc.
Jones Lang LaSalle Americas Inc.
Keeco LLC
Lancome
Levi Strauss & Co.
LF Centennial Pte. Ltd.
L'Oreal USA S/D Inc.

Make-Up Art Cosmetics
Merchsource LLC
MGF Sourcing LLC
Michael Kors (USA) Inc.
Millwork Holdings Co. Inc.
Morgan Stanley Senior Funding Inc.
Nike USA Inc.
ONE Jeanswear Group LLC
Peerless Clothing International Inc.
Pem-America Inc.
Performics Inc.
Polo Ralph Lauren Corp.
Quad/Graphics Inc.
Ralph Lauren Childrenswear
Rare Editions for Girls
Richline Group
Ruby Rd Inc.
Santa Fe Apparel LLC
Skechers USA Inc.
Tata America International Corp.
U.S. Bank NA
Under Armour Inc.
United States Postal Service, The
Urban Outfitters Wholesale Inc.
Vinatex International Joint Stock Co.
VolumeCocomo Apparel Inc.
Westpoint Home Inc.

## Schedule 2

**Engagements with Potential Parties in Interest**

**SCHEDULE 2**

1828 CLO LTD.
AMERICAN INTERNATIONAL GROUP INC.
ARCH SPECIALTY INSURANCE CO.
ARCH STREET CLO LTD.
ASSURED INVESTMENT MANAGEMENT LLC
AXA XL
BARCLAYS BANK PLC
BIRCHWOOD PARK CLO LTD.
BLACKSTONE DEBT ADVISORS (GSO CAPITAL PARTNERS)
BLACKSTONE GROUP INC.
BLUEMOUNTAIN CLO
BLUEMOUNTAIN FUJI
BOWMAN PARK CLO LTD.
CARLYLE INVESTMENT
CAROLINA PLACE LLC
CENT CLO
CHUBB LTD.
COLUMBIA CENT CLO ADVISORS LLC
COLUMBIA FUNDS SERIES TRUST
COLUMBIA GAS OF KENTUCKY INC.
COLUMBIA GAS OF MARYLAND INC.
COLUMBIA GAS OF VIRGINIA INC.
COLUMBIA MANAGEMENT INVESTMENT ADVISERS LLC
CPS MANAGERS MASTER FUND LP
CUMBERLAND PARK CLO LTD.
CUTWATER HOLDINGS LLC
CYBERSOURCE CORP
DEUTSCHE ASSET MANAGEMENT, INC. SYNDICATED LOANS FROM FLAGSHIP CAPITAL
CORP.
DORCHESTER PARK CLO DESIGNATED ACTIVITY CO.
EMERSON PARK CLO LTD
ENGIE INSIGHT SERVICES INC.
ENGIE RESOURCES
EXELON STRATEGIC CREDIT HOLDINGS LLC
FRANKLIN FLOATING RATE TRUST
FS KKR CAPITAL CORP.
GGP IVANHOE II INC.
GGP LP
GOLDMAN SACHS TRUST II - GOLDMAN SACHS MULTI-MANAGER NON-CORE FIXED
INCOME FUND
GSO CAPITAL PARTNERS LP
GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT LLC
HEMPSTEAD II CLO LTD.
IBM CORP.
INSIGHT NORTH AMERICA LLC
INTEL RETIREMENT PLANS COLLECTIVE INVESTMENT TRUST
KIMCO INCOME OPERATING PARTNERSHIP LP
KKR & CO. INC.
KKR CLO

KKR PCOP II CAYMEN INVESTORS A LP
KKR TFO PARTNERS LP
LANCOME
LEXINGTON INSURANCE CO.
L'OREAL USA S/D INC.
MERCER FIELD II CLO LTD.
MIDTOWN ACQUISITIONS LP
MONPOWER
MORGAN STANLEY BANK NA
MORGAN STANLEY SENIOR FUNDING INC.
NZCG FUNDING LTD.
OAKS MALL GAINESVILLE LP
OAKTREE CAPITAL MANAGEMENT LP
ONE JEANSWEAR GROUP LLC
PCOP II TOPCO INTERMEDIATE B LP
PECANLAND MALL LLC
PINEBRIDGE INVESTMENTS
POTOMAC EDISON
PRINCIPAL DIVERSIFIED REAL ASSET CIT
PRINCIPAL FUNDS INC.- DIVERSIFIED REAL ASSET FUND
PRISA LHC LLC
PRUDENTIAL INSURANCE
RPI BEL AIR MALL LLC
RPI GREENVILLE MALL LP
S2S COMMUNICATIONS INC
SALEM FIELDS CLO LTD.
SARANAC CLO
SEVEN STICKS CLO LTD.
SHOPPES AT RIVER CROSSING LLC
STRATEGIC CREDIT OPPORTUNITIES PARTNERS LLC
SYCAMORE PARTNERS
TACTICAL VALUE SPN - GLOBAL CREDIT OPPORTUNITIES LP
TATA AMERICA INTERNATIONAL CORP.
THACHER PARK CLO LTD.
TUP 130 LLC
U.S. BANK NA
URBAN SHOPPING CENTERS LP
VALLEY HILLS MALL LLC
WASHINGTON GAS
WILSHIRE INSTITUTIONAL MASTER FUND SPC - GUGGENHEIM ALPHA SEGREGATED
PORTFOLIO

Notes:

1.  Certain senior members of the team advising the Debtors noted that they have had in the past business interactions with certain members of the board of directors of Belk, Inc. in their capacities as independent directors of other clients of Lazard in the last three years.

2.  Lazard advised as special committee of the board of directors of Taubman Centers, Inc. ("TCO") in connection with its merger with Simon Property Group, Inc ("SPG").  The transaction closed in December of 2020.  TCO is not on the list of Potential Parties in Interest but the following affiliates of SPG are listed as Potential Parties in Interest under the category "Landlords" in relation to the Debtors: 4825 Simon Property Group LP, Auburn Mall LLC, Retail Property Trust, The, Simon Property Group LP and Town Center at Cobb LLC.