**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BELK, INC., *et al.,*[1] | ) | Case No. 21-30630 (MI) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**REORGANIZED DEBTORS' APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR
THE REORGANIZED DEBTORS EFFECTIVE AS OF FEBRUARY 23, 2021**

> **This application seeks an order that may adversely affect you. If you oppose the application, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the application should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the application and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**
>
> **Represented parties should act through their attorney.**

The above-captioned reorganized debtors (collectively, the "Reorganized Debtors," and before the Effective Date (as defined herein), the "Debtors") file this application (this "Application") for the entry of an order (the "Order"), substantially in the form attached hereto, authorizing the Reorganized Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date (as defined herein).

In support of this Application, the Reorganized Debtors submit the declaration of Steven N. Serajeddini, the president of Steven N. Serajeddini, P.C., a partner of Kirkland & Ellis LLP,

---

[1]   A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/belk. The location of the Reorganized Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

and a partner of Kirkland & Ellis International LLP (the "Serajeddini Declaration"), which is attached hereto as **Exhibit A** and the declaration of William Langley, the Chief Financial Officer of Belk, Inc., which is attached hereto as **Exhibit B** (the "Langley Declaration"). In further support of this Application, the Reorganized Debtors state as follows.

### Jurisdiction and Venue

1.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Reorganized Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Bankruptcy Court in connection with this Application to the extent that it is later determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016 of the, and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

### Background

4.      On February 23, 2021 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. In connection therewith, on the Petition Date, the Debtors filed their *Joint Prepackaged Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 10] (the "Plan") and a related *Disclosure Statement Relating to the Joint Prepackaged*

*Plan of Reorganization of Belk, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 9] (the "Disclosure Statement"). One hundred percent of the voting creditors voted in favor of the Plan.

5.      At a hearing on February 24, 2021, the Court approved the Disclosure Statement, confirmed the Plan, and entered the *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 61] (the "Confirmation Order"). On February 24, 2021, the effective date of the Plan occurred (the "Effective Date") and the Reorganized Debtors filed the *Notice of (I) Entry of Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan and (II) Occurrence of the Effective Date* [Docket No. 66].

6.      During these chapter 11 cases, the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of William Langley, Chief Financial Officer of Belk, Inc., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 8], incorporated herein by reference.

## Relief Requested

8.      By this Application, the Reorganized Debtors seek entry of the Order authorizing the retention and employment of Kirkland as their attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtors and Kirkland effective as of December 18, 2020 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to the Order and incorporated herein by reference.

### Kirkland's Qualifications

9.      The Reorganized Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

10.     Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *In re Gulfport Energy Corp.,* No. 20-35562 (DRJ) (Bankr. S.D. Tex. Jan. 11, 2021); *In re iQor Holdings Inc.,* No. 20-34500 (DRJ) (Bankr. S.D. Tex. Jan. 8, 2021); *In re Valaris plc*, No. 20-34114 (MI) (Bankr. S.D. Tex. Oct. 9, 2020); *In re Tailored Brands, Inc.*, No. 20-33900 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re Arena Energy, LP*, No. 20-34215 (MI) (Bankr. S.D. Tex. Sept. 25, 2020); *In re Denbury Res. Inc.*, No. 20-33801 (DRJ) (Bankr. S.D. Tex. Sept. 22, 2020); *In re BJ Services, LLC*, No. 20-33627 (MI) (Bankr. S.D. Tex. Sept. 4, 2020); *In re Mood Media Corp.*, No. 20-33768 (MI) (Bankr. S.D. Tex. Sept. 3, 2020); *In re Covia Holdings Corp.*, No. 20-33295 (DRJ) (Bankr. S.D. Tex. Aug. 3, 2020); *In re Chesapeake Energy Corp.*, No. 20-33233 (DRJ) (Bankr. S.D. Tex. Jul. 20, 2020); *In re Stage Stores, Inc.*, No. 20-32564 (DRJ) (Bankr. S.D. Tex. Jul. 10, 2020); *In re J.C. Penney Co., Inc.*, No. 20-20182 (Bankr. S.D. Tex. Jul. 2, 2020); *In re Ultra Petroleum Corp.*, No. 20-32631 (MI) (Bankr. S.D. Tex. Jun. 29, 2020); *In re Neiman Marcus Grp. Ltd LLC*, No. 20-32519 (DRJ) (Bankr. S.D. Tex. Jun. 26, 2020); *In re Hornbeck Offshore Servs. Inc.*, No. 20-32679 (DRJ) (Bankr. S.D. Tex. Jun. 18, 2020).[2]

11.     In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland became familiar with the Debtors' businesses and many of the potential legal issues that might

---

[2]    Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

have arisen in the context of these chapter 11 cases. The Reorganized Debtors believe that Kirkland was both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to be Provided

12.     Subject to further order of the Court, and consistent with the Engagement Letter, the Reorganized Debtors request the retention and employment of Kirkland for rendering the following legal services:

a.     advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b.     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.     attending meetings and negotiating with representatives of creditors and other parties in interest;

d.     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.     preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.     representing the Debtors in connection with obtaining authority to continue using cash collateral and any potential postpetition financing;

g.     advising the Debtors in connection with any potential sale of assets;

h.     appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.     advising the Debtors regarding tax matters;

j.     taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.  performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

## Professional Compensation

13.  Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland used in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

14.  Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

15.  Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[3]

---

[3]  For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein. While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

| Billing Category | U.S. Range |
|------------------|------------|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

16.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[4]

17.     Kirkland represented the Reorganized Debtors during the three-month period before the Petition Date, using the hourly rates listed above and in the Serajeddini Declaration. Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

18.     Kirkland's rate structure is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland performed in these chapter 11 cases.

19.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items. Examples

---

[4]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).

of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

20.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Kirkland utilizes the services of overtime secretaries. Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors or the Reorganized Debtors, as applicable, for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors or Reorganized Debtors, as applicable, consistent with prepetition practices.

21.     Kirkland charged the Debtors no more than $0.16 per page for standard duplication in these chapter 11 cases. Kirkland did not charge the Debtors for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research was used whenever the researcher determines that using Westlaw was more cost effective than using traditional (non-computer assisted legal research) techniques.

**Compensation Received by Kirkland from the Reorganized Debtors**

22.     Per the terms of the Engagement Letter, on December 18, 2020, the Debtors paid $500,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $2,900,017.92 in the aggregate. As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Reorganized Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any

advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Reorganized Debtors will not earn any interest on any advance payment retainer.[5]

23.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

24.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred but not yet applied to Kirkland's advance payment retainer, the amount of Kirkland's advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

**Kirkland's Disinterestedness**

25.     To the best of the Reorganized Debtors' knowledge and as disclosed herein and in the Serajeddini Declaration, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Reorganized Debtors' estates and (b) Kirkland has no connection to the Reorganized Debtors, their creditors, or other parties in interest, except as may be disclosed in the Serajeddini Declaration.

---

[5]     The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

**Supporting Authority**

26.     The Reorganized Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

27.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

28.     For all the reasons stated above and in the Serajeddini Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted.  Further, as stated in the Serajeddini Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Serajeddini Declaration.

**Notice**

29.     The Reorganized Debtors will provide notice of this Application to the following parties:  (a) the United States Trustee for the Southern District of Texas; (b) the holders of the 30

largest unsecured claims against the Debtors (on a consolidated basis); (c) the administrative agent under the ABL Facility and counsel thereto; (d) the administrative agent under the Debtors' prepetition term loan facilities and counsel thereto; (e) counsel to the Ad Hoc First Lien Term Lender Group; (f) counsel to the Ad Hoc Crossover Lender Group; (g) counsel to the Sponsor; (h) the United States Attorney's Office for the Southern District of Texas; (i) the Internal Revenue Service; (j) the United States Securities and Exchange Commission; (k) the state attorneys general for states in which the Reorganized Debtors conduct business; and (l) any party that has requested notice pursuant to Bankruptcy Rule 2002. A copy of this Application is also available on the website of the Reorganized Debtors' notice and claims agent at https://cases.primeclerk.com/belk. In light of the nature of the relief requested, no other or further notice is required.

WHEREFORE, the Reorganized Debtors request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  March 8, 2021

/s/ William Langley
William Langley
Chief Financial Officer of Belk, Inc.

**<u>Certificate of Service</u>**

I certify that on March 8, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kristhy M. Peguero*

Kristhy M. Peguero

# **EXHIBIT A**

**Serajeddini Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BELK, INC., *et al.,*[1] | ) Case No. 21-30630 (MI) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF STEVEN N. SERAJEDDINI
IN SUPPORT OF THE REORGANIZED DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND
KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR
THE REORGANIZED DEBTORS EFFECTIVE AS OF FEBRUARY 23, 2021**

I, Steven N. Serajeddini, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Steven N. Serajeddini, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York and the State of Illinois, and I have been admitted to practice in Southern District of New York and the Northern District of Illinois.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "Declaration") in support of the *Reorganized Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Reorganized Debtors Effective*

---

[1]    A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/belk. The location of the Reorganized Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

*as of February 23, 2021* (the "Application").[3]   Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Kirkland's Qualifications

4.      The Reorganized Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *In re Gulfport Energy Corp.,* No. 20-35562 (DRJ) (Bankr. S.D. Tex. Jan. 11, 2021); *In re iQor Holdings Inc.,* No. 20-34500 (DRJ) (Bankr. S.D. Tex. Jan. 8, 2021); *In re Valaris plc*, No. 20-34114 (MI) (Bankr. S.D. Tex. Oct. 9, 2020); *In re Tailored Brands, Inc.*, No. 20-33900 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re Arena Energy, LP*, No. 20-34215 (MI) (Bankr. S.D. Tex. Sept. 25, 2020); *In re Denbury Res. Inc.*, No. 20-33801 (DRJ) (Bankr. S.D. Tex. Sept. 22, 2020); *In re BJ Services, LLC*, No. 20-33627 (MI) (Bankr. S.D. Tex. Sept. 4, 2020); *In re Mood Media Corp.*, No. 20-33768 (MI) (Bankr. S.D. Tex. Sept. 3, 2020); *In re Covia Holdings Corp.*, No. 20-33295 (DRJ) (Bankr. S.D. Tex. Aug. 3, 2020); *In re Chesapeake Energy Corp.*, No. 20-33233 (DRJ) (Bankr. S.D. Tex. Jul. 20, 2020); *In re Stage Stores, Inc.*, No. 20-32564 (DRJ) (Bankr. S.D. Tex. Jul. 10, 2020); *In re J.C. Penney Co., Inc.*, No. 20-20182 (Bankr. S.D. Tex. Jul. 2, 2020); *In re Ultra Petroleum Corp.*, No. 20-32631 (MI) (Bankr. S.D. Tex. Jun. 29, 2020); *In re Neiman Marcus Grp. Ltd LLC*, No. 20-32519 (DRJ) (Bankr. S.D.

---

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Tex. Jun. 26, 2020); *In re Hornbeck Offshore Servs. Inc.*, No. 20-32679 (DRJ) (Bankr. S.D. Tex. Jun. 18, 2020).[4]

6.       In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland became familiar with the Debtors' businesses and many of the potential legal issues that might have arisen in the context of these chapter 11 cases. I believe that Kirkland is and was both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to Be Provided

7.       Subject to further order of the Court and that certain engagement letter dated December 18, 2020 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.       advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

b.       advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.       attending meetings and negotiating with representatives of creditors and other parties in interest;

d.       taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.       preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

---

[4]     Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and any potential postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

## Professional Compensation

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland used in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[5]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items. Examples

---

[5]     For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein. While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[6]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).

of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries. Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Reorganized Debtors for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Reorganized Debtors, consistent with prepetition practices.

14.     Kirkland charged the Debtors no more than $0.16 per page for standard duplication in these chapter 11 cases. Kirkland did not charge the Debtors for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

**<u>Compensation Received by Kirkland from the Reorganized Debtors</u>**

15.     Per the terms of the Engagement Letter, on December 18, 2020, the Debtors paid $500,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $2,900,017.92 in the aggregate. As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Reorganized Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any

advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Reorganized Debtors will not earn any interest on any advance payment retainer.[7]

16.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

17.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

18.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing*

---

[7]     The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

### Attorney Statement Pursuant to Revised UST Guidelines

19.        The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.   **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.   The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.   **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.   **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.   If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

Kirkland represented the Debtors from January 1, 2021 through the Petition Date, using the hourly rates listed above.

Kirkland represented the Debtors from December 18, 2020, through December 31, 2020 using the hourly rates listed below:

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

d.  **Question**: Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from February 23, 2021 through March 2, 2021.

**Kirkland's Disinterestedness**

20.    In connection with its proposed retention by the Reorganized Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.   Specifically, Kirkland obtained from the Reorganized Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter

---

[8]  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto. Kirkland has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto. In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years. Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide. All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations. The results of these searches have been disclosed herein and on **Schedule 2** attached hereto. Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

21.   Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information. The following is a list of the categories that Kirkland has searched:[9]

---

[9]   Kirkland's inclusion of parties in the following schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Reorganized Debtors or that any party properly

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Debtor Affiliates |
| 1(c) | Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff |
| 1(f) | Bankruptcy Professionals |
| 1(g) | Banks and Lenders |
| 1(h) | Insurers |
| 1(i) | Landlords |
| 1(j) | Litigants |
| 1(k) | Sureties and Letter of Credit Providers |
| 1(l) | Taxing Authorities and Governmental/Regulatory Agencies |
| 1(m) | U.S. Trustee Personnel for the Southern District of Texas |
| 1(n) | Utilities |
| 1(o) | Significant Vendors |

22.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

23.    Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[10]   For the avoidance of doubt, Kirkland will not commence a

---

belongs in the schedules or has a claim or legal relationship to the Reorganized Debtors of the nature described in the schedules.

[10]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.   As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date. As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system. The list generated from Kirkland's conflicts search system is over-inclusive.   As a general matter, Kirkland discloses connections

11

cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Reorganized Debtors to commence an action against that entity, the Reorganized Debtors will be represented in such particular matter by conflicts counsel.

24.    Of the entities listed on **Schedule 2**, only The Blackstone Group Inc. (together with its affiliated investment funds, "Blackstone") represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021.[11] Certain funds that are managed or advised by Blackstone Alternative Credit Advisors, LP are among the Debtors' lenders, and GSO Beacon Holdings LP, GSO Credit Alpha Fund LP, and other affiliates and transferees managed by Blackstone held equity interests in an affiliate of the Debtors. I do not believe that any current or former representation of Blackstone precludes it from meeting the disinterestedness standard under the Bankruptcy Code.

25.    Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(o)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

---

with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[11]    Specific percentages will be disclosed to the Office of the U.S. Trustee upon request.

26.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described herein.

27.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search. For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

28.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases. Likewise, certain such professionals have referred work to Kirkland.

29.     Certain insurance companies pay the legal bills of Kirkland clients. Some of these insurance companies may be involved in these chapter 11 cases. None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

## Specific Disclosures

30.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of the

representations described herein are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

**A.    Connections to Holders of Equity Interests in the Debtors.**

31.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Sycamore Partners Management, L.P. ("<u>Sycamore</u>") and certain of its affiliates on a variety of matters.    Prior to the Petition Date, affiliates of Sycamore indirectly owned approximately 88% of the equity interests in Belk, Inc. and, as of the Effective Date, they own a majority of the equity interests in Fashion Holdings Intermediate Inc.    Prior to Kirkland's representation of the Debtors, Kirkland represented Sycamore in connection with Sycamore's acquisition of Belk, Inc. and certain of its affiliates in 2015. Sycamore retained Latham & Watkins LLP to represent it in all matters related to the Debtors' chapter 11 cases and Kirkland did not represent Sycamore or its affiliates in connection with any matter in these chapter 11 cases.    All current and prior Kirkland representations of Sycamore have been in matters unrelated to these chapter 11 cases. Kirkland, Belk, Inc., and Sycamore are party to a waiver letter, dated December 17, 2020, pursuant to which Sycamore agreed to waive any conflict or other objection with respect to Kirkland's representation of the Debtors in these chapter 11 cases. Prior to the Petition Date, Belk, Inc. and Bear Parent Inc. established special committees comprised of disinterested directors and delegated sole authority to the special committees with respect to any potential conflict matters.    Quinn Emanuel Urquhart & Sullivan, LLP represented the Debtors at the direction of the special committees with respect to any potential conflict matters.    I do not believe that Kirkland's

14

current or prior representation of Sycamore precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

32.   As discussed above and disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Blackstone and certain of its affiliates on a variety of matters. Affiliates of Blackstone own non-controlling equity interests in and are creditors of Fashion Holdings Intermediate Inc. Kirkland did not represent Blackstone or its affiliates in connection with any matter in these chapter 11 cases. All current and prior Kirkland representations of Blackstone have been in matters unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Blackstone precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

33.   As discussed above and disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, KKR Credit Advisors (US) LLC and certain of its affiliates (collectively, "<u>KKR</u>") on a variety of matters. Affiliates of KKR own non-controlling equity interests in Fashion Holdings Intermediate Inc. Kirkland did not represent KKR or its affiliates in connection with any matter in these chapter 11 cases. All current and prior Kirkland representations of KKR have been in matters unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or prior representation of KKR precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.   Connections to Officers and Directors**.

34.   As disclosed below and on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Reorganized Debtors' current and recent former officers and directors. I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers

and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.     Lisa M. Harper, a director and the Chief Executive Officer of Belk, Inc., has served, is serving, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof. I do not believe that Kirkland's current or prior representation of clients for which Ms. Harper served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

36.     Steve Panagos and Jill Frizzley, independent directors and special committee members of Belk, Inc. and Bear Parent Inc., have served, are serving, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof. Quinn Emanuel Urquhart & Sullivan, LLP represented the Debtors at the direction of Mr. Panagos and Ms. Frizzley in their capacity as special committee members. I do not believe that Kirkland's current or prior representation of clients for which Mr. Panagos or Ms. Frizzley served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

37.     Paul Fossati and Rob Sweeney, directors of Belk, Inc., have served, are serving, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof. I do not believe that Kirkland's current or prior representation of clients for which Mr. Fossati or Mr. Sweeney served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

C.     **Connections to Other Entities.**

38.     As disclosed on **Schedule 2**, Premiere Brands Group LLC is a former Kirkland restructuring client (the "Premiere Brands"). Kirkland will not represent the Debtors, the

16

Reorganized Debtors, or the Debtors' or Reorganized Debtors' non-Debtor affiliates in any matter related to Premiere Brands' restructuring matters. Similarly, Kirkland will not represent Premiere Brands against the Debtors or the Reorganized Debtors in any of Premiere Brands' restructuring matters. Kirkland's representations of Premiere Brands is unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or former representation of Premiere Brands precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**D.      Connections to Other Chapter 11 Professionals**.

39.      As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Reorganized Debtors seek to retain in connection with these chapter 11 cases. Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland did not represent any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40.      The Debtors' proposed restructuring advisor is Alvarez & Marsal North America, LLC ("A&M Advisory"). As disclosed on **Schedule 2**, Kirkland represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital, LLC ("A&M Capital"), Alvarez & Marsal Europe LLP, Alvarez & Marsal Tax and UK LLP, and affiliated entities in matters unrelated to the Debtors and these chapter 11 cases. In addition, subject to the parameters discussed in the Kirkland Attorney and Employee Investments section of this Declaration, Kirkland person(s) have invested in one or more funds affiliated with A&M Capital. I do not believe that Kirkland's representation

17

of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

41.     The Debtors' proposed investment banker is Lazard Frères & Co. LLC ("Lazard"). As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Lazard Ltd., Lazard Group LLC, The Edgewater Funds, and affiliated entities on a variety of matters. Kirkland's current and prior representations of Lazard have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and did not represent Lazard in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Lazard precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.     On February 24, 2021, the Court approved Prime Clerk LLC ("Prime Clerk") as the Debtors' notice and claims agent.[12] Certain former Kirkland attorneys are currently employed by Prime Clerk. Though previously employed by Kirkland, any work provided by these former Kirkland attorneys was unrelated to the Debtors or these chapter 11 cases. As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Prime Clerk in matters unrelated to the Debtors and these chapter 11 cases. I do not believe that Kirkland's current and prior representation of Prime Clerk precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.     An ad hoc group of first lien term loan lenders and second lien term loan lenders retained PJT Partners LP ("PJT") as their investment banker. As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, PJT in a variety of matters.

---

[12] See *Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 51].

Kirkland's current and prior representations of PJT and its affiliates have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland did not represent PJT in connection with any matter during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of PJT precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

44.     An ad hoc group of first lien term loan lenders retained Evercore LLC ("Evercore") as their investment banker. As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Evercore and its affiliates in a variety of matters. Kirkland's current and prior representations of Evercore and its affiliates have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland did not represent Evercore in connection with any matter during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Evercore precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.      Kirkland Attorney and Employee Investments.**

45.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge. Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that

when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

46.     From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales.  And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund.  To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

20

47.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**F.     Former Clerks**.

48.     The following Kirkland employees had clerkships in the United States Bankruptcy Court for the Southern District of Texas during the last three years (together, the "Former Clerks"). I do not believe that the Former Clerk's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

49.     Camille E. Peeples is a Kirkland associate who clerked with the Honorable Andrew S. Hanen in the United States District Court for the Southern District of Texas from 2018 to 2019. Ms. Peeples began working at Kirkland in September 2019, and had no connection with the Debtors' chapter 11 cases while working for the Court. I do not believe that Ms. Peeples' work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

50.     Anna E. Swanson is a Kirkland associate who clerked with the Honorable Alfred H. Bennett in the United States District Court for the Southern District of Texas from August 2017 to August 2019. Ms. Swanson began working at Kirkland in September 2019, and had no connection with the Debtors' chapter 11 cases while working for the Court. I do not believe that

Ms. Swanson's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

51.     Mya L. Johnson is a Kirkland associate who was a law clerk for the Honorable Stephen Smith of the United States District Court for the Southern District of Texas from August 2017 to July 2018. Ms. Johnson began working at Kirkland in September 2018 and had no connection with the Debtors' chapter 11 cases while working for the court. I do not believe that Ms. Johnson's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**G.     Other Disclosures**.

52.     Finally, certain interrelationships exist among the Debtors. Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors. Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

53.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co. Certain bank accounts of the Debtors are maintained at JPMorgan Chase Bank, N.A. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

54.     Kirkland currently represents, and formerly has represented, Bank of America, N.A. ("Bank of America") and certain of its affiliates, in a variety of matters. Bank of America is the administrative agent under the Debtors' asset based revolving credit facility. Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021. All of Kirkland's

22

current and prior representations of Bank of America have been unrelated to the Debtors and these chapter 11 cases. I do not believe that Kirkland's representation of Bank of America precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.     James H.M. Sprayregen, a Kirkland partner, worked as an attorney at Kirkland from July 1990 until June 2006 and rejoined the firm in December 2008. From June 2006 until December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and distressed situations. Prior to the Petition Date, certain affiliates of Goldman Sachs were lenders of the Debtors. As described above, Goldman Sachs is a client of the firm and is disclosed on **Schedule 1(g)** attached hereto. I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

56.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients. Certain of these attorneys (the "Screened Kirkland Attorneys") did not and will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation. Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

57.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding

23

Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

### Affirmative Statement of Disinterestedness

58.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 8, 2021                                  Respectfully submitted,

                                                       */s/ Steven N. Serajeddini*
                                                       Steven N. Serajeddini
                                                       as President of Steven N. Serajeddini, P.C., as
                                                       Partner of Kirkland & Ellis LLP; and as Partner
                                                       of Kirkland & Ellis International LLP

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Steven N. Serajeddini, P.C. in Support of the Reorganized Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Reorganized Debtors Effective as of February 23, 2021* (the "Serajeddini Declaration").[1]   Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Serajeddini Declaration, matching the incomplete or ambiguous name.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Serajeddini Declaration.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Debtor Affiliates |
| 1(c) | Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff |
| 1(f) | Bankruptcy Professionals |
| 1(g) | Banks and Lenders |
| 1(h) | Insurers |
| 1(i) | Landlords |
| 1(j) | Litigants |
| 1(k) | Sureties and Letter of Credit Providers |
| 1(l) | Taxing Authorities and Governmental/Regulatory Agencies |
| 1(m) | U.S. Trustee Personnel for the Southern District of Texas |
| 1(n) | Utilities |
| 1(o) | Significant Vendors |

# SCHEDULE 1(a)

## **Debtors**

Bear Parent Inc.
Belk Accounts Receivable LLC
Belk Administration Co.
Belk Center Inc., The
Belk Department Stores LP
Belk eCommerce LLC
Belk Gift Card Co. LLC
Belk Inc.
Belk International Inc.
Belk Merchandising LLC
Belk Sourcing LLC
Belk Stores of Mississippi LLC
Belk Stores of Virginia LLC
Belk Stores Services Inc.
Belk Texas Holdings LLC
Belk-Simpson Co. of Greenville

# SCHEDULE 1(b)

## **Debtor Affiliates**

Fashion  Holdings  Intermediate  LLC
Fashion  Holdings  LLC
Fashion  Intermediate  Inc.
Fashion  Top Co. LLC

# SCHEDULE 1(c)

## Directors and Officers

Fossati, Paul
Frizzley, Jill
Gray, Stacy S.
Harper, Lisa M.
Hawkins, Jacob
Hendricks, Donald L.
Langley, William R.
Mirandi, Peter
Panagos, Steve
Park, Hyon
Patel, Nir
Riggs, Leslie
Sweeney, Rob

# SCHEDULE 1(d)

## <u>5% or More Equity Holders</u>

Sycamore Partners

# SCHEDULE 1(e)

## **Bankruptcy Judges and Staff**

Alonzo, Albert
Andresen, Jeannie
Castro, Ana
Chavez, Jeannie
Conrad, Tracey
Do, Linhthu
Isgur, Marvin
Jones, David R.
Laws, Tyler
Lopez, Christopher M.
Miller, Elizabeth
Norman, Jeffrey P.
Ochsner, Nathan
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rodriguez, Eduardo V.
Saldana, Rosario

# SCHEDULE 1(f)

## **Bankruptcy Professionals**

Alvarez & Marsal
Evercore Inc.
Evercore LLC
Latham & Watkins LLP
Lazard Ltd.
Morgan, Lewis & Bockius LLP
O'Melveny & Myers LLP
PJT Partners LP
Willkie Farr & Gallagher LLP

# SCHEDULE 1(g)

## Banks and Lenders

1828 CLO Ltd.
3M Employee Retirement Income Plan
American Money Management
AMMC CLO
Apex Credit Partners
Arch Street CLO Ltd.
Assured Investment Management LLC
Axis Specialty Ltd.
Bank of America NA
Barclays Bank plc
Baycity Alternative Investment Funds
    SICAV-SIF-Baycity US Senior Loan
    Fund
Birchwood Park CLO Ltd.
Black Diamond Capital Management
Blackstone Debt Advisors (GSO Capital
    Partners)
Blackstone Group Inc.
Blair Funding LLC
Blue Cross & Blue Shield of Florida Inc.
BlueMountain CLO
BlueMountain Fuji
BMO Harris Bank NA
BNP Paribas Asset Management United
    States
BNPP IP CLO
Bowman Park CLO Ltd.
California Street CLO IX LP
Canaras Capital Management LLC
Capital One Business Credit Corp.
Carlyle Investment
Cent CLO
City National Rochdale Fixed Income
    Opportunities Fund
City National Rochdale Funds
Columbia Cent CLO Advisors LLC
Columbia Funds Series Trust
Columbia Management Investment Advisers
    LLC
Cork Street CLO Designated Activity Co.
CPS Managers Master Fund LP
Cumberland Park CLO Ltd.

Cutwater Holdings LLC
CVC Credit Partners
Deutsche Asset Management Inc.
    Syndicated Loans from Flagship Capital
    Corp.
Dorchester Park CLO Designated Activity
    Co.
EAF Complan II-Private Debt
Ellington CLO
Emerson Park CLO Ltd.
Endurance Specialty Insurance Ltd.
Evans Grove CLO Ltd.
Exelon Strategic Credit Holdings LLC
Fifth Third Bank
First Eagle Private Credit
Flatiron CLO 2015-1 Ltd.
Franklin Floating Rate Trust
FS KKR Capital Corp.
GAM (Luxembourg) SA - Zilux FCP-SIF-
    Zilux Senior Loans Global
GIC Special Investments Pte. Ltd.
Goldman Sachs Trust II - Goldman Sachs
    Multi-Manager Non-Core Fixed Income
    Fund
Great American Insurance Co.
Great American Life Insurance Co.
Greywolf Capital Management LP
GSO Capital Partners LP
Guggenheim Partners Investment
    Management LLC
Hamilton Finance LLC
HCA Inc. Master Retirement Trust
Hein Park Capital Management LP
Hempstead II CLO Ltd.
Highland Capital Management Fund
    Advisors LP
IAM National Pension Fund
Insight North America LLC
Intel Retirement Plans Collective Investment
    Trust
J.H. Lane Partners LP
Jefferies Finance LLC

Jefferies Leveraged Credit Products LLC
JFIN CLO
JSCC Holdings LLC
Katriona Investment Pte. Ltd.
KKR & Co. Inc.
KKR CLO
KKR PCOP II Caymen Investors A LP
KKR TFO Partners LP
Lockwood Grove CLO Ltd.
MainStay Funds Trust
Maverick Enterprises Inc.
Medtronic Holdings SARL
Menard Inc.
Mercer Field II CLO Ltd.
Midtown Acquisitions LP
MJX Asset Management LLC
MJX Asset Management LLC - Venture
    CLO
Monarch Grove CLO Ltd.
Morgan Stanley Bank NA
Mountain View CLO
Municipal Employees Annuity & Benefit
    Fund of Chicago
Nassau Corporate Credit LLC
New York City Police Pension Fund
Newark BSL CLO 1 Ltd.
NewStar Arlington Senior Loan Program
    LLC
NewStar Berkeley Fund CLO LLC
NewStar Exeter Fund CLO LLC
NewStar Fairfield Fund Clo Ltd.
Nikko AM Global Investments (Cayman) -
    Hyfi Aquamarine Loan Fund
NN (L) Flex - Senior Loans
Nomura Corporate Funding Americas LLC
Nut Tree Capital Management LP
Nuveen Fund
NYL Investors LLC
NZCG Funding Ltd.
Oaktree Capital Management LP
Oregon Public Employees Retirement Fund
OZLM
Pacific Life Insurance Co.
PCOP II Topco Intermediate B LP
PensionDanmark

PineBridge Investments
Polar Bear Fund LP
Principal Diversified Real Asset CIT
Principal Funds Inc. - Diversified Real Asset
    Fund
Prisma SPC Holdings Ltd.
Provident Life & Accident Insurance Co.
Prudential Insurance
Regions Bank
Salem Fields CLO Ltd.
Saranac CLO
SCOF-2 Ltd.
Sculptor Capital LP
Seix Advisors
Seneca Park CLO Ltd.
Seven Sticks CLO Ltd.
Sonoma County Employees' Retirement
    Association
South Carolina Retirement Systems Group
    Trust
South Dock Funding Designated Activity
    Co.
Strategic Credit Opportunities Partners LLC
Symphony Asset Management
Tactical Value SPN - Global Credit
    Opportunities LP
Tall Tree Investment Management LLC
TCI-Symphony CLO
TD Bank NA
Thacher Park CLO Ltd.
Trestles CLO
U.S. Bank NA
UBS AG
Verger Capital Fund LLC
Virtus Asset Trust - Virtus Seix Floating
    Rate High Income Fund
Vista US Subsidiary 1 Fund LLC
Voya CLO
Voya Investment Management
Wellfleet Credit Partners LLC
Wells Fargo Bank NA
Wilshire Institutional Master Fund SPC -
    Guggenheim Alpha Segregated Portfolio

# SCHEDULE 1(h)

### **Insurers**

Allianz SE
Allied World Assurance Co. (US)
American Guarantee & Liability Insurance Co.
American International Group Inc.
ANV Global Services
Arch Specialty Insurance Co.
Aspen Specialty Insurance Co.
AXA XL
Beazley plc
CapSpecialty Inc.
Chubb Ltd.
Columbia Casualty Co.
Crum & Forster Insurance Co.
Endurance American Specialty Insurance Co.
Evanston Insurance Co.
Everest Indemnity Insurance Co.
First Specialty Insurance Co.
Great American Insurance Co.
Hartford Financial Services Group Inc., The
Homeland Insurance Co. of New York
Ironshore Specialty Insurance Co.
James River Insurance Co.
Lexington Insurance Co.
Liberty Mutual Holding Co. Inc.
Lloyd's of London
Mitsui Sumitomo Insurance Co. of America
Nationwide Mutual Insurance Co.
Navigators Insurance Co.
North American Co. for Life & Health Insurance
Princeton Excess & Surplus Lines Insurance Co., The
QBE Insurance Group Ltd.
RSUI Indemnity Co.
Safety National Casualty Corp.
Scottsdale Insurance Co.
Sompo Holdings Inc.
Tokio Marine HCC
Travelers Cos. Inc., The
Travelers P&C Co. of America
W.R. Berkley Corp.
Zurich Insurance Group AG

# SCHEDULE 1(i)

## Landlords

0124 SPG Anderson Mall LLC
2505 S. Maint Street LLC
4661 Shopping Center Association
4825 Simon Property Group LP
8401 Michigan Road LLC
Aegis Realty Operating Partnership LP
Ahoskie Center LLC
A-L 95 Creekside Town Center PH 3 LP
Albany Mall LLC
Allied Development of Alabama LLC
American National Insurance Co.
Anchor Columbia 2 LLC
Applewood Shopping Center GP
Argento, Gina J.
Asheboro Mall LLC
Asprey Real Estate Corp.
Asset Management Technologies LLC
ATC Investors LP
Atlantic North Land Trust Property
    Management Support Inc.
Auburn Mall LLC
Bainbridge Mall LLC
Bank Ozk
Bel Air Mall Realty Holding LLC
Biggs Park Inc.
Blue Ridge Mall LLC
BPR-FF LLC
BRC JV LLC
Brixmor Operating Partnership LP
BVA Avenue LLC
BVCV High Point LLC
Capital Plaza Inc.
Capitol Funds Inc.
Carolina Mall LLC
Carolina Place LLC
Cary Towne Center Property LLC
Casto-Oakbridge Venture Ltd.
CBL & Associates LP
CBL-T-C LLC
CBL-TRS Joint Venture LLC
Century Capital Group LLC
Charlottesville Fashion Square LLC

Cherokee Mainstreet LLC
CK Belk Holdings LLC
Cole Credit Property Trust IV
Cole Operating Partnership IV LP
Cole/Faison JV Bethlehem GA
College Square TEI Equities LLC
Combined Property Service Group
CPA 18 LP
CPT Peachtree Forum I LLC
CRC Mount Pleasant REIT LLC
Credit Suisse First Boston Mortgage
    Securities Corp. Commercial Mortgage
    Pass
Creekstone Juban I LLC
Crossroads Greenville Properties Ltd.
Cullman Shopping Center Inc.
CVM Holdings LLC
CW Joint Venture LLC
D Mall LLC
Dalton Mall LLC
Danville Mall LLC
Danville, City of (VA), Industrial
    Development Authority
Dare Center LLC
DDR Crossroads Center LLC
DDRM Properties LLC
DDRTC Core Retail Fund LLC
DDRTC Fayette Pavilion III & IV
Decatur Mall LLC
Delplace & Co. GP
Destin Commons Ltd.
Distribution Technology Inc.
Douglas Associates
Eastdale Mall LLC
Eastgate Associates Ltd.
Ershig Properties Inc.
Excel Trust LP
Fickling & Co. Inc.
Finmarc Wildewood LLC
Five Properties Holding Co. LLC
Foothills Mall Equities LLC
Four Plus Corp.

Fourth Quarter Properties 93 LLC
G&I VII RCG Valley Park LLC
Galleria Mall Investors LP
Galleria Rock Hill LLC
Gardner, Bill
Gator Coastal Shopping Centre LLC
GCTC Holdings LLC
Gemini Alto Centerville Partners LLC
GF Valdosta Holding LLC
GGP Ivanhoe II Inc.
GGP LP
Gleason Mall LP
Glimcher Properties LP
Governor's Square Mall
Grand Central Parkersburg LLC
Greer Plaza Inc.
Grovenstein QI LLC
H/S Augustine LP
H/S Florence LLC
H/S New Bern LLC
Halpern Enterprises Inc.
Hatchers Square LLC
Hawthorne Pinecrest LLC
HC Lakeshore LLC
HCW Private Development Co. LLC
Heitman America Real Estate
Henderson Square LP
Hendon Golden East LLC
HH Conyers Crossroads LLC
Hines Global REIT 2615 Medical Center
    Parkway LLC
Hoover Mall Ltd. LLC
HRE Fund III LP
Hupps Mill Plaza Associates LLC
Hutton, David
Ingles Markets Inc.
Inland National Real Estate Services LLC
Institutional Mall Investors LLC
Intalytics Inc.
IP Rockford Recap Ventures LLC
Jacksonville Avenues LP
Jacobson 5th Street LLC
Jacobson Charlotte East LLC
Jasper Mall Realty Holding LLC
JG Winston-Salem LLC
JMCR Sherman LLC

Jones Lang LaSalle Americas Inc.
KDI Athens Mall LLC
Khezrie, James
KIMCO Income Operating Partnership LP
Kin Properties Inc.
Kingsport Mall LLC
Kroger LP I
Lake City Shopping Center
Lake Pointe Property Owners Association
Lakeview Pointe Shopping Center
Laurens Retail I LLC
Lazy B Cattle Venture Ltd.
LB UBS 2006 C1 Triangle Town Boulevard
    LLC
Lebcon Associates Ltd.
Lenoir Retail I LLC
Lexington Parkway Plaza LLC
Libby Boone Enterprises LLC
Libby Henderson Enterprises
Light ACD Holdings LLC
Longwood Village Shopping Center
Macerich EQ LP
Mall of South Carolina LP
Mansfield Shops at Broad LLC
Mayflower Apple Blossom LP
MD Ruston Properties LLC
Millan Enterprises LLC
Milledgeville Associates LP
Miller-Valentine of Columbia Ltd.
Ml-CFC 2007-7 N 46Th St LLC
Monroe Crossing TEI Funds LLC
Monroe Retail Group LLC
MRW Retail Joint Venture
Mullins Colony LLC
Myrtle Beach Mall LLC
New Port Richey Development Co. LLC
News Co. LLC
North Carolina, State of, Public Employees
    Retirement System
North Main Phase II & III LLC
Northpark Realty LP
NRV Mall Associates
Oaks Mall Gainesville LP
Orange Park Mall LLC
Oxford Retail Holding LLC
Pacific Management Group LLC

PC Sweet Home Bama LLC
Pecanland Mall LLC
Pengould LLC
Penrose Mall LLC
Perlis Plaza Associates LLC
Pinnacle North II LLC
Pizitz of Dothan LLC
Pleasant Ridge Town Center LLC
Port Orange I LLC
PR Magnolia LLC
Preferred Apartment Communities
    Operating Partnership LP
PREIT Associates LP
Prince of Orange LLC
Prisa LHC LLC
Provest Centre Pointe Plaza Associates LLC
ProVest Lincoln Center LLC
ProVest PDQ Springdale LLC
Publix Super Markets Inc.
Rae-Me Realty Inc.
Rancho Lufkin LP
RCG Ventures Fund IV LP
RCG-Waycross Mall LLC
RD Tulsa Hills LP
Regional Malls LLC
Retail Properties of America Inc.
Retail Property Trust, The
Ridgeview Crossing
River Chase Shopping Center LLC
River Hills Mall
River Place Investors LLC
River Ridge Mall JV LLC
Riverbirch Realty LLC
Riverchase Business Association Inc.
Riverchase Land Acquisition LLC
Roanoke Landing Associates LLC
Robertson's Creek Dunhill Investors LLC
RockStep Christiansburg LLC
Rockstep McComb LLC
Rockstep Meridian LLC
Rome Mall LLC
Rosen McIntosh Plaza LLC
RP Jackson Plaza LLC
RP Town & Country LLC
RPI Bel Air Mall LLC
RPI Greenville Mall LP

RPT Realty LP
RSE Independence LLC
S2 Forest Gate Associates LLC
Saint Smitty LLC
Samonds Legacy LLC
Sampson Crossing LLP
Sawmill Square Associates LP
Scotland Crossing Investors LLC
Scott Village Big Springs LLC
SE Aiken LLC
Seayco-THF Conway Development LLC
Shallotte Crossing LLC
Shelby Mall LLC
Shelter Cove Towne Centre LLC
Shoppes at River Crossing LLC
Signal Hill Mall
Simon Property Group LP
SL Nusbaum Realty Co.
Southampton CTR Joint Venture
SouthPark Mall LP
Spotsylvania Mall Co.
Statesboro Mall LLC
Staunton EM2 LLC
Stirling Bossier LLC
Stockbridge Lakeshore LLC
Sumter Mall LLC
T Surfside FL LLC
Tabani Natchez Mall LP
Tallahassee Retail Venture LLC
Tanglewood Venture LLC
Temecula's Elite LLC
Temples Co., The
Tifton Plaza Owner LLC
TKG Smith Farm LLC
TM Northlake Mall LP
TMP SRE 1 LLC
TN Oak Ridge Rutgers LLC
Town Center at Cobb LLC
Towne Mall LLC
Tran, Khanh Quang
Triangle East Shopping Center
Tri-City Inc.
TUP 130 LLC
Turtle Creek LP
Unison Mooresville LLC
University Mall LLC

University  Mall Realty  Ltd.
Urban Shopping  Centers LP
US Properties  Group Inc.
Valley  Hills  Mall LLC
Vernon Park Mall  Holding  Corp.
VG Venture  LLC
VGEC LLC
Vicksburg  Income  Properties  LLC
Victory  Real Estate  Investment  LLC
Victory  Square LLC
Village  Lake Promenade  LLC
Washington  Prime  Group LP
Waters Inc.
Waxahachie  TC Partners  Ltd.
Weatherford  Dunhill  LLC
West C Street Holdings  LLC
West Georgia  Commons  LLC
West Town Mall LLC
Westgate  Mall LP
Westminster  Mall LLC
Whitestone  REIT Operating  Partnership  LP
WHLR-Village  of Martsinville  LLC
Winbrook  Management  LLC
Winter  Haven  Citi Centre LLC
Wiregrass  Realty  LLC
WV Crossroads  Realty  LLC
Yale  Waynesville  LLC
YFP LLC

# SCHEDULE 1(j)

## Litigants

Alexander Ricks PLLC
Arnold & Porter Kaye Scholer LLP
Colclough, Thomas M.
Doniger / Burroughs Law Firm
Flachsbart & Greenspoon LLC
Fross Zelnick Lehrman & Zissu PC
Herrmann & Murphy PLLC
Holwell Shuster & Goldberg LLP
IP Edge LLC
K&L Gates LLP
Klestadt Winters Jureller Southard & Stevens LLP
Lincoln Derr PLLC
Nixon Jach Hubbard PLLC
Offit Kurmann
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Thompson Legal Center LLC
Unique Designs Inc.
Watson & Norris pllc
Zarin & Associates

# SCHEDULE 1(k)

## **Sureties and Letter of Credit Providers**

North American Specialty Insurance Co.
Wells Fargo Capital Finance Inc.

# SCHEDULE 1(l)

## Taxing Authorities and Governmental/Regulatory Agencies

Adams, County of (MS), Tax Collector
Ahoskie, Town of (NC)
Aiken, City of (SC)
Aiken, County of (SC), Treasurer
Alabama, State of, Department of Revenue
Alabama, State of, Secretary of State,
    Probate Judges
Alabama, State of, Treasurer
Alabaster, City of (AL)
Alabaster, City of (AL), Revenue
    Department
Alachua, County of (FL), Tax Collector
Albany, City of (GA)
Albemarle, County of (VA)
Alcorn, County of (MS), Tax Collector
Allen Parish School Board (LA)
Alston & Bird LLP
Americus, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer
Angelina, County of (TX), Tax Office
Anybill Financial Services Inc.
Arizona, State of, Department of Revenue
Arkansas, State of
Arkansas, State of, Department of Finance
    & Administration
Arkansas, State of, Secretary of State
Ashland, City of (KY)
Athens Clarke, County of (GA)
Athens, City of (TN)
Auburn, City of (AL)
Augusta, County of (VA), Treasurer
Bainbridge, City of (GA)
Baldwin, County of (AL)
Barrow, County of (GA), Tax
    Commissioner
Beaufort, City of (SC)
Beaufort, County of (SC), Tax Collector
Beauregard, Parish of (LA), Sheriff's Office
Berkeley, County of (SC), Treasurer
Biloxi, City of (MS)
Birmingham, City of (AL)

Birmingham, City of (AL), Tax Trust
    Account
Blount, County of (TN), Trustee
Bossier City, City of (LA)
Bossier, Parish of (LA)
Bossier, Parish of (LA), Sheriff's Office -
    Tax Office
Bowling Green, City of (KY)
Branson, City of (MO)
Brevard, City of (NC)
Brevard, County of (FL), Tax Collector
Bristol, City of (TN)
Brunswick, County of (NC), Revenue
    Department
Buncombe, County of (NC), Tax Collector
Burke, County of (NC), Tax Collector
Burke, County of (NC), Tax Office
Burlington, City of (NC)
Burlington, County of (NC), Tax Collector
Caddo, Parish of (LA)
Caldwell, County of (NC), Tax Collector
California, State of, Department of Tax &
    Fee Administration
California, State of, Franchise Tax Board
Camden, City of (SC)
Camden, County of (GA), Tax
    Commissioner
Canton, City of (GA)
Carroll, County of (GA), Tax Office
Carroll, County of (MD) Board of
    Commissioners
Carrollton, City of (GA)
Carteret, County of (NC), Tax Collector
Cartersville, City of (GA)
CBIZ Operations Inc.
Centerville, City of (GA)
Centerville, City of (GA), Tax Collector
Charleston, City of (SC)
Charleston, County of (NC), Treasurer
Charleston, County of (SC), Recycle &
    Disposal
Charlotte, City of (NC), Tax Collector

Charlotte, City of (NC), Tax Commissioner
Chattanooga, City of (TN), Treasurer
Cherokee, County of (SC), Treasurer
Christiansburg, Town of (VA)
Clarksville, City of (MO)
Clay, County of (FL), Tax Collector
Cobb, County of (GA)
Colleton, County of (SC), Tax Collector
Collin, County of (TX), Tax Assessor
    Collector
Colorado, State of, Department of Revenue
Columbia, City of (SC)
Columbia, City of (TN), Recorder
Columbia, County of (GA), Tax Collector
Columbia, County of (GA), Tax
    Commission
Columbus, County of (NC), Tax Collector
Comal, County of (TX), Tax Office
Conway, City of (SC)
Conyers, City of (GA)
Cookeville, City of (TN)
Cooperative Purchasing Group
Corbin, City of (KY)
Cordele, City of (GA), Tax Collector
Corinth, City of (MS), Tax Department
Cornelia, City of (GA)
Cornelia, City of (GA), Tax Collector
Cornerstone Consulting Inc.
Coweta, Couny of (GA), Tax Commissioner
Crisp, County of (GA), Tax Commissioner
Cullman, City of (AL)
Cullman, County of (AL)
Cullman, County of (AL), Revenue
    Commissioner
Dallas, County of (TX), Tax Collector
Dalton, City of (GA), Municipal Court
Danville, City of (VA)
Dare, County of (GA), Tax Collector
Darlington, County of (SC), Treasurer
Decatur, City of (AL)
Decatur, County of (GA), Tax
    Commissioner
Deland, City of (FL)
Delaware, State of, Division of Corporations
Deloitte Tax LLP

Denton, County of (TX), Tax Assessor
    Collector
Denton, County of (TX), Tax Office
Dewees, Heather S.
Don Barnhill Associates LLC
Dothan, City of (AL)
Dougherty, County of (GA), Tax
    Department
Douglas, City of (GA)
Douglasville, City of (GA)
Dublin, City of (GA)
Ducharme Mcmillen & Associates Inc.
Easley, City of (SC)
Elizabeth City, City of (NC)
Elizabethtown, City of (KY)
Elkin, Town of (NC), Tax Collector
Ellis, County of (TX), Tax Assessor-
    Collector
Ernst & Young LLP
Escambia, County of (FL), Tax Collector
Etowah, City of (AL)
Etowah, County of (AL), Revenue
    Commissioner
Fair, Jerry Michael
Farmville, Town of (VA)
Fayetteville, City of (GA)
FL 1527 Public Improvement Fee
Flagler, County of (FL), Tax Collector
Florence, City of (SC)
Florence, County of (SC), Treasurer
Florida, State of, Department of Financial
    Services
Florida, State of, Department of Revenue
Flowood, City of (MS)
Forest Acres, City of (SC)
Forsyth, County of (GA), Tax
    Commissioner
Forsyth, County of (NC), Tax Collector
Franklin, City of (VA), Treasurer
Gaffney, City of (SC)
Gainesville, City of (FL)
Gallatin, City of (TN)
Garner, Town of (NC)
Gaston, County of (NC), Tax Collector
Gautier, City of (MS)
Georgetown, City of (SC)

Georgetown, County of (SC), Treasurer
Georgia, State of, Department of Revenue
Glynn, County of (GA), Occupational Tax Department
Grant Thornton LLP
Grapevine-Colleyville Area Tax Office
Grayson, County of (TX), Tax Collector
Greeneville, Town of (TN)
Greensboro, City of (NC)
Greenville, City of (MS)
Greenville, County of (SC), Tax Collector
Greenwood, City of (SC)
Greenwood, County of (SC), Tax Collector
Greer, City of (SC)
Griffin, City of (GA)
Guilford, County of (NC), Tax Department
Gulfport, City of (MS)
Guntersville, City of (AL)
Gwinnett, County of (GA)
Halifax, County of (VA), Treasurer
Hamblen, County of (TN)
Hamilton, County of (TN), Trustee
Harbison Community Association
Hardin, County of (KY), Sheriff's Office
Harnett, County of (NC), Tax Department
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hart, County of (GA), Tax Commissioner
Hartford, City of (CT), Commissioner of Revenue
Hartsville, City of (SC)
Hartwell, City of (GA)
Hattiesburg, City of (MS)
Hawaii, State of, Department of Taxation
Helena, City of (AL)
Henry, County of (GA)
Hertford, County of (NC), Tax Collector
High Point, City of (NC)
Hilton Head Island, Town of (SC)
Hinds, County of (MS), Tax Collector
Hoover, City of (AL)
Horry, County of (SC), Business License Department
Horry, County of (SC), Treasurer
Hot Springs, City of (AR)

Houston, County of (GA), Tax Commissioner
Hulsey, Travis A.
Hunt, County of (TX), Tax Office
Huntsville, City of (AL)
Idaho, State of, Tax Commission
Illinois, State of, Department of Revenue
Indiana, State of, Department of Revenue
Iowa, State of, Department of Revenue & Finance
Iredell, County of (NC), Tax Collector
Jackson, City of (TN)
Jackson, County of (MS), Tax Collector
Jasper, City of (AL)
Jefferson Davis, Parish of (LA)
Jefferson, City of (AL), Department of Revenue
Jefferson, County of (AL), Tax Collector
Johnson, County of (TN), Recorder
Jones, County of (MS), Tax Assessor-Collector
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Department of Revenue
Kentucky, Commonwealth of, Treasurer
Kerr, County of (TX), Tax Office
Kerrville Independent School District (TX)
Kershaw, County of (SC), Treasurer
Kingsport, City of (TN)
Knox, County of (KY)
Knox, County of (KY), Sheriff's Office
Knox, County of (TN), Trustee
Knoxville, City of (TN)
Lady Lake, Town of (FL)
Lafayette, County of (MS), Tax Collector
Lake City, City of (SC)
Lake, County of (FL), Tax Collector
Lamar, County of (MS), Tax Assessor-Collector
Lamar County of Appraisal District (TX)
Lancaster, City of (SC)
Lancaster, County of (SC), Treasurer
Lauderdale, County of (MS), Tax Collector
Laurel, City of (MS)
Laurens, City of (SC)
Laurens, County of (SC), Treasurer

Laurinburg, City of (NC)
Lee, City of (AL), Business License Office
Lee, County of (MS), Tax Collector
Lenoir, City of (NC)
Lexington, County of (SC)
Lexington, County of (SC), Treasurer's Office
Little Rock, City of (AR)
Livingston, Parish of (LA), School Board
Livingston, Parish of (LA), Sheriff's Office
Livingston, Parish of (LA), Tax Collector
Louisiana, State of, Department of Agriculture
Louisiana, State of, Department of Revenue
Louisiana, State of, Department of Revenue & Taxation
Louisiana, State of, Department of the Treasury
Lowndes, County of (MS), Tax Assessor-Collector
Lumberton, City of (NC)
Lynchburg, City of (VA)
Macon-Bibb, County of (GA)
Madison, County of (AL), License Department
Madison, County of (AL), Sales Tax Department
Madison, County of (AL), Tax Collector
Madison, County of (TN), Trustee
Maine, State of, Revenue Services
Marion, County of (FL), Tax Collector
Martin, County of (NC), Tax Collector
Martinsville, City of (VA)
Martinsville, City of (VA), Treasurer
Maryland, Commonwealth of, Comptroller
Maryland, State of, Department of, Assessments & Tax
Maryville, City of (TN)
Massachusetts, Commonwealth of
Maury, County of (TN), General Sessions Court
McComb, City of (MS), Tax Collector
McLennan, County of (TX), Rural Transportation District
McLennan, County of (TX), Tax Office

Mercer, County of (WV), Sheriff's Department
Meridian, City of (MS)
Michigan, State of
Middlesboro, City of (KY)
Milledgeville, City of (GA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Board of Cosmetology
Mississippi, State of, Department of Revenue
Mississippi, State of, Treasurer
Missouri, State of, Department of Revenue
Missouri, State of, Director of Revenue
Mobile, City of (AL)
Mobile, County of (AL)
Mobile, County of (AL), Revenue Commissioner
Monroe, City of (GA)
Monroe, City of (LA)
Monroe, City of (LA), Taxation & Revenue Department
Montgomery, City of (AL)
Montgomery, County of (AL), Commissioner
Montgomery, County of (TN), Trustee
Montgomery, County of (VA), Treasurer
Moore & Van Allen PLLC
Morehead City, Town of (NC)
Morgan, County of (AL)
Morgan, County of (AL), Revenue Commissioner
Morganton, City of (NC)
Morganton, City of (NC), Tax Collector
Morristown, City of (TN)
Moultrie, City of (GA)
Mount Airy, City of (NC)
Mt. Juliet, City of (TN)
Myrtle Beach, City of (SC)
Nacogdoches Central Appraisal District (TX)
Nacogdoches, City of (TX)
Nacogdoches, City of (TX), Tax Assessor Collector
Nash, County of (NC), Tax Collector
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation

New Jersey, State of, Department of the
  Treasurer
New Jersey, State of, Sales Tax
New Mexico, State of, Taxation & Revenue
  Department
New York, State of, Sales Tax Processing
Newnan, City of (GA)
North Augusta, City of (SC)
North Carolina, State of, Department of
  Labor
North Carolina, State of, Department of
  Revenue
North Carolina, State of, Department of the
  Treasurer
North Charleston, City of (SC)
Oconee, County of (NC), Treasurer
Ogletree Deakins Nash Smoak & Stewart
  PC
Ohio, State of, Treasurer
Oklahoma, State of, Tax Commission
Oklahoma, State of, Treasurer
Orangeburg, City of (SC)
Orangeburg, County of (SC), Treasurer
Ouachita, Parish of (LA), Tax Collector
Oxford, City of (MS)
Paradigm Tax Group LLC
Paragould, City of (AR)
Parker County Appraisal District (TX)
Parker, County of (TX)
Payne, County of (OK), Treasurer
Peachtree Corners, City of (GA)
Pennsylvania, Commonwealth of,
  Department of Revenue
Pickens, County of (SC), Treasurer
Pike, County of (MS), Tax Collector
Pitt, County of (NC), Tax Collector Pope,
County of (AR), Tax Collector
Port Orange, City of (FL)
Prattville, City of (AL)
PricewaterhouseCoopers LLP
Pulaski, County of (KY)
Pulaski, County of (KY), Sheriff's Office
Putnam, County of (TN), Trustee Randolph,
City of (NC), Tax Collector Rankin,
County of (MS), Tax Collector  Red River,
Parish of (LA)

Reidsville, City of (NC)
Rhode Island, State of, Division of Taxation
Richland, County of (SC)
Richland, County of (SC), Treasurer
Richmond, City of (KY)
Richmond, County of (NC), Tax Collector
Ridgeland, City of (MS)
Roanoke, City of (VA)
Roanoke, City of (VA), Treasurer
Roanoke, County of (VA), Treasurer
Robertson, County of (TN), Trustee
Robeson, County of (NC), Tax Collector
Rock Hill, City of (SC)
Rockingham, City of (NC), Tax Department
Rockingham, County of (NC), Tax Collector
Rockwall Central Appraisal District (TX)
Rocky Mount, City of (NC)
Rogers, City of (AR)
Rome, City of (GA)
Russellville, City of (AK)
Ryan LLC
Sabine, Parish of (LA)
Sampson, County of (NC), Tax Collector
Savannah, City of (GA)
Scotland, County of (NC), Tax Department
Selma, City of (AL)
Shelby, County of (AL)
Shelby, County of (AL), Property Tax
  Commissioner
Shreveport, City of (LA)
Simpsonville, City of (SC)
Snellville, City of (GA)
Somerset, City of (KY)
South Boston, Town of (VA)
South Carolina, State of, Department of
  Labor
South Carolina, State of, Department of
  Revenue
South Carolina, State of, Treasurer
South Dakota, State of, Department of
  Revenue
Spalding, County of (GA), Tax
  Commissioner
Spanish Fort, City of (AL)
Spartanburg, City of (SC)
Spartanburg, County of (SC), Treasurer

Spotsylvania, County of (VA), Treasurer
St. Marys, City of (GA)
Stanly, County of (NC), Tax Collector
Statesboro, City of (GA)
Streamline Tax Solutions LP
Stuttgart, City of (AR)
Suffolk, City of (VA), Treasurer
Sullivan, County of (TN), Trustee
Sumner, County of (TN), Trustee
Sumter, City of (SC)
Sumter, County of (SC), Treasurer
Surry, County of (NC), Tax Collector
Taney, County of (MO), Tax Collector
Tarrant, County of (TX), Tax Assessor-
    Collector
Tazewell, County of (VA), Treasurer
Tennessee, State of, B&E Division
Tennessee, State of, Department of Revenue
Tennessee, State of, Treasurer
Texas, State of, Comptroller
Texas, State of, Comptroller Public
    Accounts
Thomaston, City of (GA)
Thomasville, City of (GA)
Thomasville, City of (GA), School Tax
Tifton, City of (GA)
Toccoa, City of (GA)
Toombs, County of (GA), Tax Collector
Transaction Tax Consulting Group
Transylvania, County of (NC), Tax
    Administration
Transylvania, County of (NC), Tax
    Collector
Trussville, City of (AL)
Tucker, A. Lee
Tulsa, County of (OK), Treasurer
Tupelo, City of (MS)
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Special Tax
    Board
Tuscaloosa, County of (AL), Tax Collector
Tuscaloosa, County of (MS), License
    Department
United States, Government of the,
    Department of Homeland Security

United States, Government of the,
    Department of the Treasury
United States, Government of the,
    Department of the Treasury, Internal
    Revenue Service
Valdosta, City of (GA)
Vermont, State of, Department of Taxes
Vidalia, City of (GA)
Vidalia, City of (GA), Tax Collector
Vienna, City of (WV)
Virginia, Commonwealth of
Virginia, Commonwealth of, Comptroller
Virginia, Commonwealth of, Department of
    Taxation
Volusia, County of (FL)
Volusia, County of (FL), Revenue Division
Wake, County of (NC), Revenue
    Department
Walterboro, City of (SC)
Walters, Howard Moody, Jr.
Warren, County of (KY), Sheriff's Office
Warren, County of (MS), Tax Collector
Washington, County of (MS), Tax Collector
Washington, Parish of (LA), Tax Collector
Washington, State of, Department of
    Revenue
Waycross, City of (GA)
Waynesville, Town of (NC), Tax Collector
West Feliciana, Parish of (LA), Sales Tax
West Virginia, State of, Tax Department
West Virginia, State of, Treasurer
Westminster, City of (MD), Circuit Court
    Clerk
Whiteville, City of (NC)
Whitfield, County of (GA), Tax
    Commissioner
Wilkes, County of (NC), Tax Office
Wilkesboro, Town of (NC)
Wilkins, Dianne
Williamston, Town of (NC)
Williamston, Town of (NC), Tax Collector
Wilson, County of (TN), Trustee
Winchester, City of (VA)
Winchester, City of (VA), Treasurer
Winn Parish School Board (LA)
Wisconsin, State of, Department of Revenue

Wise, County of (VA)
Wise, Town of (VA)
Wise, Town of (VA), Treasurer
Wtowah, County of (AL), Revenue
    Commissioner
Wyoming, State of, Department of Revenue
York, County of (SC), Treasurer

# SCHEDULE 1(m)

## U.S. Trustee Personnel for the Southern District of Texas

Barcomb, Alicia
Boykin, Jacqueline
Bujold, Michael J.
Duran, Adrian
Duran, Hector
Epstein, Kevin M.
Goodwin, Valerie
Griffin, Barbara
Henicke, Genny
Johnson-Davis, Luci
Motton, Linda
Nguyen, Ha
Otto, Glenn
Ruff, Jayson B.
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Waxton, Clarissa
Whitworth, Jana

# SCHEDULE 1(n)

## Utilities

Ahoskie, Town of (NC)
Aiken Electric Cooperative Inc.
Aiken, City of (SC)
Alabama Power Co. Inc.
Alabaster Water Board
Albany, City of (GA), Utilities
Albemarle County Service Authority
Albemarle, City of (NC)
Alcorn County Electric Power
Americus, City of (GA)
AmeriGas LP
Appalachian Power Co.
Asheboro, City of (NC)
Asheville, City of (NC)
Ashland, City of (KY)
Athens Utilities Board
Athens-Clarke, City of (GA), Water
    Business Office
Atmos Energy Corp.
Auburn City Water Works Board Augusta
County Service Authority Bainbridge, City
of (GA)
Baldwin County Sewer Service LLC
Baltimore Gas & Electric Co.
Beaufort-Jasper Water & Sewer Authority
Birmingham Water Works & Sewer
Board Blue Ridge Electric Cooperative
Bluefield Gas Co.
Boone, Town of (NC)
Bossier, City of (LA), Utilities Department
Bowling Green Municipal Utilities Bradley
Public Service District (WV) Branson,
City of (MO)
Brevard, City of (NC)
BrightRidge
Bristol Tennessee Essential Services
Bristol, City of (TN)
Broad Creek Public Service District (SC)
Brunswick Electric Membership Corp.
Brunswick-Glynn County Joint Water &
Sewer Commission Buford, City of (GA)

Camden, City of (SC)
Canton, City of (GA)
Cape Coral, City of (FL)
Cape Fear Public Utility Authority
Carolina Water Service Inc. of NC
Carroll Electric Cooperative Corp.
Carrollton, City of (GA)
Cartersville, City of (GA)
Cary, City of (NC)
CDE Lightband
CenterPoint Energy Inc.
Centerville, City of (GA)
Charleston Water System
Charleston, County of (SC), Revenue
    Collections
Charlotte, City of (NC)
Chattanooga Gas Co.
Chattanooga, City of (TN)
Christiansburg, City of (VA)
City Corp. - Russellville Water & Sewer
Clarksville, City of (TN), Gas & Water
    Department
Clay County Utility Authority
Clay Electric Cooperative
Cleco Power LLC
Clermont, City of (FL)
Cleveland Utilities
Clinton, City of (NC)
Cobb Electric Membership Corp.
Cocoa, City of (FL)
Columbia County Water Utility
Columbia Gas of Kentucky Inc.
Columbia Gas of Maryland Inc.
Columbia Gas of Virginia Inc.
Columbia Power & Water Systems
Columbia, City of (SC)
Columbus Light & Water Department
Concord, City of (NC)
Conger LP Gas Inc.
Consolidated Utility District of Rutherford
    County
Constellation NewEnergy Gas Division LLC

Conway Corp.
Conway, City of (SC)
Cookeville, City of (TN)
Coolsprings Mall LLC
Corbin Utilities Commission
Cordele, City of (GA)
Corinth Gas & Water Department
Cornelia, City of (GA)
CoServ
Coweta-Fayette EMC
Crisp County Power Commission
Cullman Power Board
Cullman-Jefferson Counties Gas District
   (AL)
Cumming, City of (GA)
CyberSource Corp.
Dalton Utilities
Danville, City of (VA)
Daphne Utilities
Decatur Utilities
Deland, City of (FL)
Delta Natural Gas Co. Inc.
Dependabill Solutions LLC
Diverse Power
Dominion Energy North Carolina
Dominion Energy South Carolina
Dominion Energy West Virginia
Dothan Utilities
Douglas, City of (GA)
Douglasville-Douglas, County of (GA)
Dublin, City of (GA)
Duke Energy Corp.
Dunn, City of (NC)
Durham, City of (NC), Sewer/Water
Easley Combined Utilities
Electric City, City of (SC), Utilities
Elizabeth City, City of (NC)
Elkin, Town of (NC)
Emerald Coast Utilities Authority
Engie Insight Services Inc.
Engie Resources
Entergy Arkansas Inc
Entergy Gulf States LA LLC
Entergy Louisiana Inc.
Entergy Mississippi Inc.
EPB

Euless, City of (TX)
Farmville, Town of (VA)
Fayetteville Public Works Commission
First Utility District of Knox County (TN)
Flint EMC
Florence, City of (AL), Utilities Department
Florence, City of (SC)
Florida Power & Light Co.
Flower Mound, Town of (TX)
Flowood, City of (MS)
Floyd, County of (GA), Water Department
Forest City, Town of (NC)
Fort Hill Natural Gas Authority
Fort Worth, City of (TX)
Franklin, City of (VA)
Gaffney Board of Public Works
Gainesville Regional Utilities
Gainesville, City of (GA)
Gallatin Public Utilities
Gallatin, City of (TN), Department of
Electricity
Gastonia, City of (NC)
Gautier, City of (MS), Billing Department
Georgetown, City of (SC)
Georgia Power
Goldsboro, City of (SC)
Grand Strand Water & Sewer
Granite Telecommunications LLC
Green Valley Glenwood Public Service
District (WV)
Greeneville Light & Power System
Greeneville Water Commission Greensboro,
City of (SC)
Greenville Utilities Commission
Greenville Water
Greenville, City of (SC), Water Department
Greenville, City of (TX)
Greenwood Commissioners of Public
Works Greer Commission of Public Works
Griffin, City of (GA)
Gulf Power Co.
Gulfport, City of (MS)
Gwinnett, County of (GA), Water Resources
Halifax County Service Authority Hampton
Roads Sanitation District
Hardin County Water District # 2

Harrisonburg Electric Commission
Hartsville, City of (SC)
Hartwell, City of (GA)
Hattiesburg, City of (MS)
Henderson, City of (NC)
Hendersonville, City of (NC)
Hernando, County of (FL), Utilities Department
Hickory, City of (NC)
High Point, City of (NC)
Hixson Utility District
Hot Springs Water & Sewer Services
Huntsville Utilities
Jackson Electric Membership Corp. Jackson Energy Authority
Jacksonville Electric Authority
Jacksonville, City of (NC)
Jasper Waterworks & Sewer Board Inc.
Jefferson, County of (AL), Sewer Service
Jim Wilson & Associates
Johnson, City of (TN), Utility System Jointly Owned Natural Gas
Jones-Onslow Electric Membership Corp.
Kentucky Power Co.
Kentucky Utilities Co.
Kerrville Public Utility Board
Kerrville, City of (TX)
Kill Devil Hills Wastewater Treatment Plant Kill Devil Hills, Town of (NC)
Kingsport, City of (TN)
Kinston, City of (NC)
Knoxville Utilities Board
Lagrange Sanitation Services LLC
Lagrange, City of (GA)
Lake City, City of (FL)
Lake City, City of (SC)
Lakeland Electric
Lancaster, City of (SC)
Laurel, City of (MS), Public Utility Laurens Commission of Public Works Laurinburg, City of (NC)
Lee County Electric Cooperative Leesburg, City of (FL)
Lenoir City Utilities Board
Lenoir, City of (NC)
Lexington, City of (NC)

Liberty Utilities - Empire District
Lincolnton, City of (NC)
Lufkin, City of (TX)
Lumberton, City of (NC)
Lynchburg, City of (VA)
Mansfield, City of (TX)
Marshall-Dekalb Electric Cooperative
Martinsville, City of (VA)
Maryville, City of (TN), Utilities
McComb, City of (MS)
McKinney, City of (TX)
Meridian, City of (MS)
Middle Tennessee Electric Membership Corp.
Milledgeville, City of (GA)
Mississippi Power
Mobile Area Water & Sewer System
MonPower
Monroe, City of (LA)
Monroe, City of (NC)
Montgomery Water Works & Sanitary Sewer Board
Mooresville, City of (NC)
Morganton, City of (NC)
Morristown Utility Commission
Moultrie, City of (GA)
Mount Airy, City of (NC)
Mount Juliet, City of (NC)
Mount Pleasant Waterworks
Mountaineer Gas Co.
Myrtle Beach, City of (SC)
Nacogdoches, City of (TX)
Natchez Water Works
National Exemption Service
New Bern, City of (NC)
New Braunfels Utilities
New River Light & Power Co.
Newnan Utilities
North Augusta, City of (SC)
Norton, City of (VA)
Oak Ridge Utility District
Oak Ridge, City of (TN)
Ocala, City of (FL)
Old Dominion Power Co.
Owasso Public Works

Oxford, City of (MS)
Palm Coast, City of (FL)
Palmetto Electric Cooperative Inc.
Palmetto Utilities Inc.
Paragould Light Water & Cable
Paris, City of (TX)
Pasco County Utilities
Pearl River Valley EPA
Piedmont Natural Gas
Pineville Electric & Telephone
Port Orange, City of (FL)
Potomac Edison
Prattville Water Works Board
Public Service Co. of Oklahoma
Raleigh, City of (NC)
Reidsville, City of (NC)
Republic Services #728 - Vidalia
Richmond Utilities
Ridgeland, City of (MS)
Riviera Utilities
Roanoke Gas Co.
Roanoke Rapids Sanitary District (NC)
Rock Hill, City of (SC)
Rockingham, City of (NC)
Rockwall, City of (TX)
Rocky Mount, City of (NC)
Rogers Water Utilities
S2S Communications Inc.
Salisbury, City of (NC)
Sanford, City of (NC)
SanteeCooper
Savannah, City of (GA)
Sawnee Electric Membership Corp.
Sebring, City of (FL)
Selma Waterworks & Sewer Board
Seneca Light & Water
Sevier County Electric System
Sevier County Utility District
Sevierville, City of (TN)
Shallotte, City of (NC)
Shenandoah Valley Electric Cooperative
Sherman, City of (TX)
Shreveport, City of (LA)
Singing River Electric Cooperative
Smithfield, City of (NC)
Somerset, City of (KY)

South Walton Utility Co. Inc.
Southern Maryland Electric Cooperative
Southern Pines, City of (NC)
Southwestern Electric Power Co.
Southwestern VA Gas Co.
Spartanburg Water System
Spire Inc.
Spotsylvania, County of (VA), Treasurer
Springfield, City of (TN), Department of
Utilities
St. Augustine, City of (FL)
St. Mary's County Metropolitan
Commission
St. Marys, City of (GA)
Statesboro, City of (GA)
Statesville, City of (NC)
Stillwater, City of (OK)
Stuttgart Municipal Water Works
Summerville Comissioners of Public Works
Summerville, City of (GA)
Sumter, City of (SC)
Tallahassee, City of (FL)
Tampa Electric Co.
Tanglewood Venture LLC
Tazewell County Public Service Authority
TECO Peoples Gas
Tennessee-American Water Co.
Thomaston, City of (GA)
Thomasville Utilities
ThompsonGas
Tifton, City of (GA)
Toccoa, City of (GA)
Tombigbee Electric Power Association -
Fulton
Tri-County Electric Cooperative Inc.
Trussville Gas & Water
Tulsa, City of (AL), Utilities
Tupelo, City of (MS), Water & Light
Department
Tuscaloosa, City of (AL)
TXU Energy
University Mall LLC
Utilities Inc. of Louisiana
Utility Billing Services (AR)
Valdosta, City of (GA)
Vicksburg, City of (MS)

Vidalia,  City of (GA)
Vienna,  City of (WV)
Village  Center Service  Area
Waco, City of (TX),  Water Office
Walker, City of (LA)
Walterboro,  City of (SC)
Walton Electric  Membership  Corp.
Ward 2 Water District
Washington  Gas
Washington,  City of (NC), Municipal
Building
Waste Management  National  Services
Inc. Water Service  Corp. of Kentucky
Waxahachie,  City of (TX)
Waycross, City of (GA)
Waynesville,  Town of (NC) Weatherford,
City of (TX)
West Wilson  Utility  District
Western Virginia  Water Authority
Westminster,  City of (MD)
Whiteville,  City of (NC)
Wilkesboro,  Town of (NC)
Williamston,  Town of (NC)
Wilson,  City of (NC)
Winchester,  City of (VA)
Winston-Salem,  City of (NC)
Wise, Town of (VA)
York County  Natural Gas Authority

# SCHEDULE 1(o)

## Significant Vendors

Alfred Dunner Inc.
Alvarez & Marsal Holdings LLC
Bank of America Corp.
Bank of America Retail Group
Belk Stores Services Inc.
BH Multi Com Corp.
Blue Cross & Blue Shield of North Carolina
Brahmin Leather Works Inc.
Chanel Inc.
Clinique Laboratories
Columbia Sportswear Co.
Corporate Capital Markets
Diversified Distribution Systems
E&E Co. Ltd.
E-Lo Sportswear LLC
Engie Insight Services Inc.
Estée Lauder Inc.
Euroitalia USA Inc.
Euroitaly Inc.
F&F Apparel International Inc.
Federal Express Corp.
Footwear Unlimited Inc.
Fred David International USA Inc.
General Sportwear Co. Inc.
G-III Leather Fashions Inc.
Grant Thornton LLP
Haddad Apparel Group Ltd.
Haggar Apparel Co.
Hanesbrands Inc.
HMS Productions Inc.
Horizon Media Inc.
IBM Corp.
iCrossing Inc.
Izod Men's
JB Hunt Transport Inc.
Jones Lang LaSalle Americas Inc.
Keeco LLC
Lancome
Levi Strauss & Co.
LF Centennial Pte. Ltd.
L'Oreal USA S/D Inc.

Make-Up Art Cosmetics
Merchsource LLC
MGF Sourcing LLC
Michael Kors (USA) Inc.
Millwork Holdings Co. Inc.
Morgan Stanley Senior Funding Inc.
Nike USA Inc.
ONE Jeanswear Group LLC
Peerless Clothing International Inc.
Pem-America Inc.
Performics Inc.
Polo Ralph Lauren Corp.
Quad/Graphics Inc.
Ralph Lauren Childrenswear
Rare Editions for Girls
Richline Group
Ruby Rd Inc.
Santa Fe Apparel LLC
Skechers USA Inc.
Tata America International Corp.
U.S. Bank NA
Under Armour Inc.
United States Postal Service, The
Urban Outfitters Wholesale Inc.
Vinatex International Joint Stock Co.
VolumeCocomo Apparel Inc.
Westpoint Home Inc.

### SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 0124 SPG Anderson Mall LLC<br>Charlottesville Fashion Square LLC<br>Dare Center LLC<br>Glimcher Properties LP<br>Grand Central Parkersburg LLC<br>Orange Park Mall LLC<br>Washington Prime Group LP<br>Westminster Mall LLC | Washington Prime Group Inc. | Current |
| 3M Employee Retirement Income Plan | 3M Company | Current |
| Allianz SE | Pacific Investment Management Company, LLC | Current |
| Alvarez & Marsal<br><br>Alvarez & Marsal Holdings LLC | A&M Capital Advisors Europe, LLP | Current |
| | A&M Capital Advisors GP, LLC | Current |
| | A&M Capital Advisors LLC | Current |
| | A&M Capital Advisors, LP | Current |
| | A&M Capital Europe, SCSp | Current |
| | A&M Capital Opportunities Fund LP | Current |
| | A&M Capital Opportunities-GP Associates, LP | Current |
| | A&M Capital Partners, LLC | Current |
| | A&M Capital-GP Associates, LP | Current |
| | A&M Capital-GP Holdings, LP | Current |
| | Alvarez & Marsal AMCO Partners Fund, LP | Current |
| | Alvarez & Marsal Capital LLC | Current |
| | Alvarez & Marsal Capital, LP | Current |
| | Alvarez & Marsal Europe LLP | Current |
| | Alvarez & Marsal Inc. | Current |
| | Alvarez & Marsal Partners Buyout Fund, LP | Current |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Current |
| | Alvarez & Marsal Partners Europe Fund, LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Alvarez & Marsal Partners Fund, LP | Current |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Current |
| | Alvarez & Marsal Taxand UK LLP | Closed |
| ANV Global Services | Stone Point Capital LLC | Current |
| Apex Credit Partners<br>Jefferies Finance LLC | Barings Global Advisers Limited | Closed |
| Arch Street CLO Ltd.<br>First Eagle Private Credit<br>NewStar Arlington Senior Loan Program LLC<br>NewStar Berkeley Fund CLO LLC<br>NewStar Exeter Fund CLO LLC<br>NewStar Fairfield Fund Clo Ltd. | First Eagle Alternative Credit, LLC | Current |
| Arizona, State of, Department of Revenue | Arizona Department of Child Safety | Current |
| Aspen Specialty Insurance Co. | AEPF III 34 S.à r.l. | Current |
| | Apollo Capital Management, L.P. | Current |
| | Apollo Global Management, Inc. | Current |
| | Apollo Management International LLP | Current |
| | Apollo Principal Holdings IX LP | Current |
| | Marc Rowan | Current |
| | Martin Kelly | Former |
| | MidCap Financial Services, LLC | Closed |
| Asset Management Technologies LLC | MRI Software EMEA Limited | Current |
| | MRI Software LLC | Current |
| | MRI Software Ltd. | Current |
| Asset Management Technologies LLC | GI Partners | Current |
| | Richard Magnuson | Current |
| AXA XL | AXA Real Estate Investment Managers UK Ltd. | Current |
| | AXA REIM SGP | Current |
| | Maestro Health | Current |
| | XL Global Services, Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bank of America Corp.<br>Bank of America NA<br>Bank of America Retail Group | Bank of America Corporation | Current |
| | Bank of America Merrill Lynch | Current |
| | Bank of America Securities Ltd. | Current |
| | Bank of America, N.A. | Current |
| | Benjamin Klein | Current |
| | Merrill Lynch, Pierce, Fenner & Smith, Inc. | Closed |
| Barclays Bank plc | Barclays | Current |
| Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund<br><br>DDRTC Core Retail Fund LLC<br>Nuveen Fund<br>SCOF-2 Ltd.<br>Symphony Asset Management<br>TCI-Symphony CLO | Nuveen Alternatives Advisors, LLC | Closed |
| Black Diamond Capital Management | Rodney S. Cohen | Current |
| Blackstone Debt Advisors (GSO Capital Partners) | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Closed |
| Blackstone Group Inc. | BCP VIII, L.P. | Current |
| Dorchester Park CLO Designated Activity Co. | Bilal Khan | Former |
| Emerson Park CLO Ltd. | Blackstone Alternative Asset Management LP | Closed |
| Excel Trust LP | Blackstone Alternative Credit Advisors LP | Current |
| GSO Capital Partners LP | Blackstone Alternative Solutions LLC | Closed |
| Seneca Park CLO Ltd. | Blackstone Asia | Current |
| Thacher Park CLO Ltd. | Blackstone CQP Holdco LP | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Current |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Current |
| | Blackstone Group, The | Current |
| | Blackstone Infrastructure Partners | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone ISG-I Advisors LLC | Current |
| | Blackstone ISG-II Advisors LLC | Current |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Property Partners LP | Current |
| | Blackstone Real Estate | Closed |
| | Blackstone Real Estate Advisors | Current |
| | Blackstone Real Estate Advisors, LP | Current |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Current |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Asia) Limited | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Current |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Current |
| | Blackstone Real Estate Partners Limited | Current |
| | Blackstone Real Estate Special Situations Advisors LLC | Current |
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings | Closed |
| | Blackstone Strategic Capital Holdings L.P. | Current |
| | Blackstone Strategic Opportunity Fund | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Strategic Partners | Current |
| | Blackstone Tactical Opportunities | Closed |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | David I. Foley | Current |
| | GSO Capital Opportunities Fund III LP | Closed |
| | GSO Capital Partners | Current |
| | GSO Capital Partners International LLP | Closed |
| | GSO Capital Partners LP | Current |
| | John-Paul Munfa | Current |
| | Jonathan Korngold | Closed |
| | Prakash A. Melwani | Current |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| Blue Cross & Blue Shield of Florida Inc. | Blue Cross and Blue Shield of Florida | Closed |
| Blue Cross & Blue Shield of North Carolina | Blue Cross and Blue Shield of North Carolina | Current |
| BMO Harris Bank NA | Bank of Montreal | Closed |
| | BMO Capital Markets | Closed |
| | BMO Capital Markets Corp. | Closed |
| | BMO Harris Bank NA | Closed |
| | BMO Nesbitt Burns Inc. | Closed |
| BNP Paribas Asset Management United States | Bank of the West | Closed |
| BNPP IP CLO | BNP Paribas Securities (Asia) Ltd. | Closed |
| Brahmin Leather Works Inc. | Markel Corporation | Current |
| Evanston Insurance Co. | Markel Ventures, Inc. | Current |
| California Street CLO IX LP Travelers Cos. Inc., The Travelers P&C Co. of America | The Travelers Companies, Inc. | Current |
| Carlyle Investment | Carlyle Asia Growth Partners IV LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Carlyle Asia Investment Advisors Limited | Current |
| | Carlyle Aviation Fund Management LLC | Current |
| | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Closed |
| | Carlyle Global Credit Investment Management LLC | Closed |
| | Carlyle Group, The | Current |
| | Carlyle Infrastructure Fund, L.P. | Current |
| | Carlyle Investment Management LLC | Closed |
| | CECP Advisors LLP | Current |
| | The Carlyle Group | Current |
| Carolina Place LLC | Altera Infrastructure L.P. | Current |
| GGP Ivanhoe II Inc. | Brookfield Asset Management Inc. | Current |
| GGP LP | Brookfield Asset Management, LLC | Current |
| GGPLP, LLC | Brookfield Business Partners LP | Current |
| Hoover Mall Ltd. LLC | Brookfield Infrastructure Credit Fund | Current |
| Oaks Mall Gainesville LP | Brookfield Infrastructure Fund | Closed |
| Oaktree Capital Management LP | Brookfield Infrastructure Group LLC | Closed |
| Pecanland Mall LLC | Brookfield Special Opportunities LLC | Current |
| River Hills Mall | Brookfield Strategic Real Estate Partners III | Closed |
| Riverchase Business Association Inc. | BSREP II Bermuda GP L.P. | Closed |
| Riverchase Land Acquisition LLC | GFI Energy Group of Oaktree Capital Management | Current |
| RPI Greenville Mall LP | GGPLP, LLC | Closed |
| RSE Independence LLC | Jordon Kruse | Current |
| Shoppes at River Crossing LLC | Matthew Wilson | Current |
| Urban Shopping Centers LP | Oaktree Acquisition Corp. | Current |
| Valley Hills Mall LLC | Oaktree Acquisition Corp. II | Current |
| | Oaktree Capital Management, L.P. | Current |
| | Oaktree Maritime Finance II, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Oaktree Middle-Market Direct Lending Unlevered JPN-A 2017 Fund, L.P | Current |
| | Oaktree Power Opportunities Fund V, L.P. | Closed |
| | Oaktree Special Situations Group | Closed |
| | Oaktree Strategic Credit | Current |
| | Ronald N. Beck | Former |
| | Stephen Kaplan | Closed |
| Cary Towne Center Property LLC | CBL & Associates Limited Partnership | Closed |
| CBL & Associates LP | CBL & Associates Properties, Inc. | Closed |
| CBL-T-C LLC | | |
| CBL-TRS Joint Venture LLC | | |
| Coolsprings Mall LLC | | |
| CW Joint Venture LLC | | |
| FL 1527 Public Improvement Fee | | |
| Foothills Mall Equities LLC | | |
| JG Winston-Salem LLC | | |
| LB UBS 2006 C1 Triangle Town Boulevard LLC | | |
| Lebcon Associates Ltd. | | |
| Mall of South Carolina LP | | |
| Port Orange I LLC | | |
| Turtle Creek LP | | |
| Westgate Mall LP | | |
| Cent CLO | The Lionstone Group | Current |
| Columbia Cent CLO Advisors LLC | | |
| Columbia Funds Series Trust | | |
| Columbia Management Investment Advisers LLC | | |
| Chanel Inc. | Chanel SARL | Current |
| | John Galantic | Current |
| City National Rochdale Fixed Income Opportunities Fund | BlueBay Asset Management Services Ltd. | Current |
| City National Rochdale Funds | RBC Wealth Management | Current |
| Cleco Power LLC | Cleco Corporate Holdings LLC | Current |
| Cole Credit Property Trust IV | CIM Group LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Cole Operating Partnership IV LP | | |
| Columbia Casualty Co. | Consolidated Container Company | Closed |
| | Continental Casualty Company | Current |
| Corporate Capital Markets | CBRE Caledon Capital Management | Closed |
| Mansfield Shops at Broad LLC | CBRE Global Investors, Inc. | Current |
| Credit Suisse First Boston Mortgage Securities Corp. Commercial Mortgage Pass | Credit Suisse (Hong Kong) Limited | Current |
| | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |
| | Credit Suisse International | Current |
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Current |
| Cutwater Holdings LLC | Alcentra Limited | Current |
| Insight North America LLC | Mellon Stud Ventures | Current |
| CVC Credit Partners | CVC Advisers Limited | Current |
| | CVC Capital Partners Advisory (U.S.) Inc. | Closed |
| | CVC Credit Partners, LLC | Current |
| | CVC European Equity V Limited | Current |
| Deloitte Tax LLP | Clare Boardman and Adrian Peter Berry, as Joint Administrators of Mamas & Papas (Retail) Limited | Current |
| | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |
| Deutsche Asset Management Inc. Syndicated Loans From Flagship Capital Corp. | DB U.S. Financial Markets | Current |
| | Deutsche Bank | Closed |
| | Deutsche Bank AG | Current |
| | Deutsche Bank AG, London Branch | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Deutsche Bank AG, New York Branch | Current |
| | Deutsche Bank Americas Holding Corp. | Current |
| | Deutsche Bank Securities Inc. | Current |
| | Deutsche Bank Trust Co. Americas | Current |
| | Deutsche Bank Trust Corp. | Current |
| Dominion Energy North Carolina | Daniel Carro | Closed |
| Dominion Energy South Carolina | Dominion Energy Questar Corporation | Closed |
| Dominion Energy West Virginia | Dominion Energy Services, Inc. | Closed |
| | PSNC Blue Ridge Corporation | Closed |
| | PSNC Cardinal Pipeline Company | Closed |
| | Public Service Company of North Carolina, Inc. | Closed |
| | SCANA Corporation | Closed |
| | South Carolina Electric & Gas Company | Closed |
| Duke Energy Corp. | Duke Energy Corporation | Closed |
| Piedmont Natural Gas | | |
| EAF Complan II-Private Debt | Seema Khanna | Current |
| UBS AG | UBS AG, Hong Kong Branch | Closed |
| | UBS AG, London Branch | Current |
| | UBS Asset Management Funds Limited | Current |
| | UBS Financial Services, Inc. | Closed |
| | UBS Global Asset Management Inc. | Closed |
| | UBS Hedge Fund Solutions LLC | Closed |
| | UBS Investment Bank | Current |
| | UBS O'Connor LLC | Current |
| | UBS Securities Hong Kong Ltd. | Closed |
| | UBS Securities LLC | Current |
| | UBS Warburg | Current |
| Engie Insight Services Inc. | ENGIE Energy Services Holdings Northeast LLC | Closed |
| Engie Resources | OpTerra Energy Group | Closed |
| Ernst & Young LLP | Ernst & Young Canada | Closed |
| Evercore Inc. | Evercore Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Evercore LLC | | |
| Exelon Strategic Credit Holdings LLC | Exelon Corporation | Current |
| | William A. Von Hoene, Jr. | Current |
| Flatiron CLO 2015-1 Ltd.<br>MainStay Funds Trust<br>NYL Investors LLC | New York Life Insurance Company | Current |
| Florida Power & Light Co. | ClearSky Power & Technology Fund I LLC | Closed |
| Gulf Power Co. | NextEra Energy Constructors LLC | Current |
| | NextEra Energy Inc. | Current |
| | NextEra Energy Marketing LLC | Current |
| | NextEra Energy Operating Services LLC | Current |
| | NextEra Energy Project Management LLC | Current |
| | NextEra Energy Resources, LLC | Current |
| | NextEra Energy Transmission Southwest LLC | Current |
| | NextEra Energy, Inc. | Current |
| FS KKR Capital Corp.<br>KKR & Co. Inc.<br>KKR CLO<br>PCOP II Topco Intermediate B LP<br>Prisma SPC Holdings Ltd.<br>Strategic Credit Opportunities Partners LLC<br>Tactical Value SPN - Global Credit Opportunities LP | KKR Asia Limited | Current |
| | KKR Credit Advisors (EMEA) LLP | Current |
| | KKR Credit Advisors (UK) LLP | Closed |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR Real Estate Select Trust Inc. | Current |
| | KKR REPA AIV-2, L.P. | Closed |
| | Kohlberg Kravis Roberts & Co. LP | Current |
| | Pillarstone Europe LLP | Closed |
| | Pillarstone Italy S.p.A. | Current |
| FS KKR Capital Corp. | Franklin Square Energy and Power Fund | Closed |
| Strategic Credit Opportunities Partners LLC | FS Energy & Power Fund | Current |
| Georgia, State of, Department of Revenue | State of Georgia | Current |
| GIC Special Investments Pte. Ltd.<br>Katriona Investment Pte. Ltd. | EDBI Pte Ltd. | Closed |
| | GIC Infra Holdings Pte Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GIC Private Markets Private Limited | Current |
| | GIC Pte. Ltd. | Current |
| | GIC Real Estate Inc. | Current |
| | P3 Group S.à r.l. | Current |
| | Temasek Capital Private Ltd. | Current |
| | Vertex Venture Holdings Ltd. | Closed |
| Goldman Sachs Trust II - Goldman Sachs Multi-Manager Non-Core Fixed Income Fund | Aavid Thermalloy | Closed |
| | Goldman Sachs | Current |
| | Goldman Sachs & Co. LLC | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs Asset Management International Ltd. | Current |
| | Goldman Sachs Group Inc., The | Current |
| | Goldman Sachs Group, Merchant Banking Division | Current |
| | Goldman Sachs International Bank | Current |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs MB Services Limited | Closed |
| | Goldman Sachs PIA | Current |
| | Goldman Sachs Trust Company of Delaware | Current |
| | West Street Infrastructure Partners | Closed |
| Grant Thornton LLP | Grant Thornton International Ltd. | Current |
| Guggenheim Partners Investment Management LLC | Guggenheim Corporate Funding LLC | Current |
| Hamilton Finance LLC | Guggenheim Credit Services, LLC | Current |
| Hempstead II CLO Ltd. | Guggenheim Life and Annuity Company | Current |
| NZCG Funding Ltd. | Guggenheim Partners Investment Management LLC | Current |
| Salem Fields CLO Ltd. | Guggenheim Securities LLC | Current |
| Seven Sticks CLO Ltd. | | |
| South Dock Funding Designated Activity Co. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Strategic Credit Opportunities Partners LLC<br><br>Wilshire Institutional Master Fund SPC - Guggenheim Alpha Segregated Portfolio | | |
| Hanesbrands Inc. | Hanesbrands Inc. | Closed |
| Hines Global REIT 2615 Medical Center Parkway LLC | Hines<br><br>HMS Income Fund, Inc. | Current<br><br>Closed |
| Hupps Mill Plaza Associates LLC | Cushman & Wakefield, Inc. | Current |
| IBM Corp. | IBM Canada Ltd. | Closed |
| | IBM Corporation | Current |
| | International Business Machines Corp. | Current |
| | Red Hat, Inc. | Current |
| iCrossing Inc. | Sarah Mishurov | Former |
| Illinois, State of, Department of Revenue | Illinois Executive Ethics Commission | Current |
| | Illinois Torture Inquiry and Relief Commission | Current |
| | Office of the Governor, State of Illinois | Current |
| Intel Retirement Plans Collective Investment Trust | Christian Wolff | Closed |
| | Intel Capital Corp. | Closed |
| | Intel Corporation | Current |
| | Peter Kuo, Ker Zhang, Timothy Chen, Foster Chiang | Current |
| Izod Men's | Calvin Klein, Inc. | Current |
| Jefferies Finance LLC | Jefferies Finance LLC | Current |
| Jefferies Leveraged Credit Products LLC<br><br>JFIN CLO | Jefferies Hong Kong Limited | Current |
| Jones Lang LaSalle Americas Inc.<br><br>TM Northlake Mall LP | Jones Lang LaSalle Income Property Trust, Inc. | Current |
| | LaSalle Investment Management | Current |
| | LaSalle Investment Management / Jones Lang LaSalle Group | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Kentucky Utilities Co.<br>Old Dominion Power Co. | Kentucky Utilities Co.<br>LG&E and KU Energy LLC | Closed<br>Current |
| Latham & Watkins LLP | Robert J. Frances | Current |
| Lazard Ltd. | Lazard Group LLC | Closed |
| | Lazard Ltd. | Closed |
| | Lazard, Freres & Co. | Current |
| | The Edgewater Funds | Current |
| LF Centennial Pte. Ltd. | Adam Berns | Current |
| | Alan D. Yang | Current |
| | Daniel J. Ward | Current |
| | GLP Capital Partners LP | Current |
| | GLP CP Properties LLC | Current |
| | GLP Lava (Czech Republic) SRO | Current |
| | GLP Lilac (Czech Republic) SRO | Current |
| | GLP Lime (Czech Republic) SRO | Current |
| | GLP Maritime GP SP Zoo Adonia Spk | Current |
| | GLP Pte Ltd. | Current |
| | GLP Senec 1 (Slovakia) SRO | Current |
| | GLP Senec 2 (Slovakia) SRO | Current |
| | GLP Senec 3 (Slovakia) SRO | Current |
| | GLP Senec 5 (Slovakia) SRO | Current |
| | GLP Senec 6 (Slovakia) SRO | Current |
| | GLP Senec 7 (Slovakia) SRO | Current |
| | GLP US Management Holdings II LLC | Current |
| | GLP US Management LLC | Current |
| | Li & Fung Limited | Current |
| Lloyd's of London | Lloyd's America, Inc. | Current |
| Medtronic Holdings SARL | Mazor Robotics Ltd. | Closed |
| | Medtronic Inc. | Current |
| | Medtronic plc | Current |
| | Medtronic Sofamor Danek Inc. | Current |
| MGF Sourcing LLC<br>Sycamore Partners | MGF Sourcing Holdings, Limited | Current |
| | Peter T. Morrow | Current |
| | Stefan Kaluzny | Current |
| | Sycamore Partners (Co-Invest) LLC | Closed |
| | Sycamore Partners A LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Sycamore Partners Associates Co-Invest, Inc. | Closed |
| | Sycamore Partners Associates Investments LP | Closed |
| | Sycamore Partners Associates LP | Closed |
| | Sycamore Partners Associates-C, LP | Closed |
| | Sycamore Partners II, LP | Current |
| | Sycamore Partners III LP | Current |
| | Sycamore Partners Management, L.P. | Current |
| | Sycamore Partners Torrid, LLC | Closed |
| | Sycamore Partners, LP | Closed |
| Midtown Acquisitions LP | Davidson Kempner | Current |
| | Davidson Kempner European Partners LLP | Current |
| | Davidson Kempner Partners | Current |
| Minnesota, State of, Department of Revenue | Minnesota Department of Human Rights | Current |
| | Minnesota, State of, Office of the Attorney General | Current |
| MonPower Potomac Edison | FirstEnergy Corporation | Closed |
| Morgan Stanley Bank NA | AMLI/BPMT Towne Square Partnership | Current |
| Morgan Stanley Senior Funding Inc. | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley AIP GP LP | Current |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Infrastructure Partners | Current |
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Current |
| | Morgan Stanley Real Estate Investing | Current |
| | Morgan, Stanley & Co. | Current |
| | MS MCC Highland LLC | Closed |
| | Prime Property Fund | Current |
| | Stefano Corsi | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Nationwide Mutual Insurance Co. | Nationwide Mutual Insurance Company | Current |
| Scottsdale Insurance Co. | Veterinary Pet Insurance Company | Closed |
| New York City Police Pension Fund | NYC Department of Small Business Services | Closed |
| New York, State of, Sales Tax Processing | Empire State Development | Current |
| | State of New York | Closed |
| Newark BSL CLO 1 Ltd.<br><br>Prisa LHC LLC<br>Prudential Insurance | Prudential Insurance Company of America | Closed |
| Nike USA Inc. | Nike, Inc. | Current |
| Nikko AM Global Investments (Cayman) - Hyfi Aquamarine Loan Fund | Sumitomo Mitsui Banking Corp. | Current |
| Nomura Corporate Funding Americas LLC | Nomura Asset Acceptance Corporation | Closed |
| | Nomura Corporate Funding Americas LLC | Current |
| | Nomura Credit & Capital Inc. | Closed |
| | Nomura Holding America, Inc. | Closed |
| | Nomura Home Equity Loan, Inc. | Closed |
| | Nomura International (Hong Kong) Limited | Former |
| | Nomura Securities International, Inc. | Current |
| ONE Jeanswear Group LLC | Premier Brands Group LLC | Current |
| Oxford Retail Holding LLC | OMERS Administration Corp. | Closed |
| | OMERS Capital Asian Oppurtunities Corporation | Closed |
| | OMERS Capital European Oppurtunities Corporation | Closed |
| | OMERS Capital US Buyout Funds I Inc. | Closed |
| | OMERS Capital US Buyout Funds II Inc. | Closed |
| | OMERS Infrastructure Management, Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | OMERS Private Equality Venture Funds II Inc. | Closed |
| | OMERS Private Equity Inc. | Closed |
| OZLM<br>Sculptor Capital LP | Sculptor Capital LP | Closed |
| Paradigm Tax Group LLC | Michael Chou | Closed |
| | The Riverside Company | Former |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | John C. Godfrey | Current |
| Pennsylvania, Commonwealth of, Department of Revenue | Office of the General Counsel of Pennsylvania | Current |
| | Office of the Governor of Pennsylvania | Current |
| | Office of the Secretary of State of Pennsylvania | Current |
| | Pennsylvania Higher Education Assistance Agency | Current |
| | Pennsylvania, Commonwealth of, Office of the Secretary | Current |
| Performics Inc. | Lion Re: Sources, Inc. | Current |
| PineBridge Investments | FWD Group Management Holdings Limited | Current |
| | FWD Life Insurance Company (Bermuda) Limited | Current |
| | Pacific Century Group Holdings HK Limited | Current |
| | PCCW Limited | Former |
| | Richard Li | Current |
| PJT Partners LP | PJT Partners (UK) Limited | Current |
| | PJT Partners Holdings LP | Closed |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers Hong Kong Limited | Closed |
| | PricewaterhouseCoopers Limited | Closed |
| | PricewaterhouseCoopers LLP | Current |
| | PricewaterhouseCoopers LLP Ontario | Closed |
| Principal Diversified Real Asset CIT | Principal Enhanced Property Fund | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Principal Funds Inc. - Diversified Real Asset Fund | Principal Enhanced Property Fund LP | Current |
| Provident Life & Accident Insurance Co. | Principal Real Estate Investors LLC | Current |
| | Unum Tax | Current |
| Richline Group | Berkshire Hathaway Energy Co. | Closed |
| Safety National Casualty Corp. | BNSF Railway | Current |
| | Precision Castparts Corp. | Closed |
| | HCC Insurance Holdings, Inc. | Current |
| Tokio Marine HCC | HCC Life Insurance Company | Closed |
| | HCC Specialty Insurance Company | Closed |
| | HCC Specialty Underwriters, Inc. | Closed |
| | Houston Casualty Company | Closed |
| Tata America International Corp. | Tata America International Corporation | Closed |
| | Tata Consultancy Services Ltd. | Closed |
| Texas, State of, Comptroller | Greg Abbott, as Governor of Texas | Closed |
| Texas, State of, Comptroller Public Accounts | State of Texas | Closed |
| TXU Energy | Vistra Energy Corp. | Current |
| U.S. Bank NA | U.S. Bank National Association | Closed |
| | US Bancorp | Closed |
| United States, Government of the, Department of Homeland Security | Congresswoman Zoe Lofgren | Closed |
| United States, Government of the, Department of the Treasury | Konstantina Diamantopoulos | Former |
| United States, Government of the, Department of the Treasury, Internal Revenue Service | Orly Godfrey | Current |
| | Robert J. Quigley | Former |
| | United States Department of Homeland Security | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Virginia, Commonwealth of | United States District Court Northern District of Illinois, Racial Justice Diversity Committee<br>M. Kirkland Cox | Current<br><br><br><br>Closed |
| Virginia, Commonwealth of, Comptroller | Virginia House of Delegates | Closed |
| Virginia, Commonwealth of, Department of Taxation | | |
| W.R. Berkley Corp. | W.R. Berkley Corporation | Current |
| Washington Gas | WGL Holdings, Inc. | Current |
| Waste Management National Services Inc. | USA Waste of California, Inc. | Closed |
| Water Service Corp. of Kentucky | British Columbia Investment Management Corp. | Current |
| | QuadReal Property Group Limited Partnership | Current |
| Wellfleet Credit Partners LLC | Brian Ramsay | Current |
| | Edmund J. Feeley | Former |
| | Littlejohn & Co., LLC | Current |
| | Littlejohn Associates IV, LLC | Current |
| | Littlejohn Associates V, LLC | Current |
| | Littlejohn Holdings Manager, LLC | Current |
| | Littlejohn Holdings, LLC | Current |
| | Littlejohn Opportunities GP LLC | Current |
| | Michael Kaplan | Former |
| | Michael Klein | Current |
| | Pinnacle Midstream II LLC | Current |
| | Richard Maybaum | Current |
| | Robert Davis | Current |
| | Steven G. Raich | Former |
| | Tony Miranda | Former |
| | Wellfleet Credit Partners LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Wells Fargo Bank NA | Jon Kossow | Current |
| Wells Fargo Capital Finance Inc. | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Closed |
| Wisconsin, State of, Department of Revenue | Wisconsin Legislature | Closed |

# EXHIBIT B

## Langley Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BELK, INC., *et al.,*[1] | ) | Case No. 21-30630 (MI) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF WILLIAM LANGLEY IN SUPPORT**
**OF THE REORGANIZED DEBTOR'S APPLICATION FOR**
**THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND**
**KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE REORGANIZED DEBTORS EFFECTIVE AS OF FEBRUARY 23, 2021**

I, William Langley, Chief Financial Officer, of Belk, Inc., being duly sworn, state the following under penalty of perjury:

1.     I am the Chief Financial Officer of Belk, Inc., located at 2801 West Tyvola Road, Charlotte, North Carolina 28217.

2.     I submit this declaration (this "Declaration") in support of the *Reorganized Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Reorganized Debtors Effective as of February 23, 2021* (the "Application").[2]   Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]     A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/belk.  The location of the Reorganized Debtors' service address is 2801 West Tyvola Road, Charlotte, North Carolina 28217.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## The Debtors' Selection of Counsel

3.       The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.       To that end, the review process utilized by the Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings. Kirkland has represented Belk, Inc. and certain of its affiliates in various corporate and debt financing transactions and is familiar with the Debtors' business operations.

5.       Ultimately, the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code. More specifically, Kirkland is and was familiar with the Debtors' business operations and many of the potential legal issues that might have arisen in the context of these chapter 11 cases. I believe that Kirkland is and was both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

## Rate Structure

6.       In my capacity as Chief Financial Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations. As discussed below, I am also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Reorganized Debtors in the postpetition period.

**Cost Supervision**

7.     The Debtors have approved the prospective budget and staffing plan for the period from February 23, 2021 to March 2, 2021, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Kirkland.   The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases. The Reorganized Debtors will continue to review the statements that Kirkland regularly submits.

8.     As they did prepetition, the Reorganized Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets provided guidance on the periods of time involved, the level of the attorneys and professionals that worked on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 8, 2021                                    Respectfully submitted,

                                                        /s/ William Langley
                                                        Name: William Langley
                                                        Title:   Chief Financial Officer